Timothy T. Scott (SBN 126971)
tscott@sidley.com
Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
Paul L. Yanosy (SBN 233014)
pyanosy@sidley.com
Ryan M. Sandrock
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:     (415) 772-7400

Paul E. Kalb, M.D.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 736-8000
Facsimile:     (202) 736-8711

Nina M. Gussack
Andrew R. Rogoff
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:   (215) 981-4000
Facsimile:     (202) 981-4750

Attorneys For Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE, Individually,<br><br>        Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | Case No.  C 07 4911 EMC<br><br>FRCP 7.1 AND LOCAL RULE 3-16 STATEMENT |

### FRCP 7.1 AND LOCAL RULE 3-16 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Eli Lilly and Company states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more

1 | of its stock.

2 |     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
3 | the named parties, there is no such interest to report.

4 | Dated: September 21, 2007          SIDLEY AUSTIN LLP

By: *[signature]*
Geoffrey M. Ezgar

Attorneys For Defendant
ELI LILLY AND COMPANY

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On September 21, 2007, I served the foregoing document(s) described as **FRCP RULE 7.1 STATEMENT AND LOCAL RULE 3-16 STATEMENT** on all interested parties in this action as follows (or as on the attached service list):

[X] (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

[ ] (U.S. EXPRESS MAIL) I served the foregoing document(s) by Express Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing via Express Mail. Under that practice, the Express Mail would be deposited in the United States Postal Service on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid.

[ ] (FACSIMILE) I caused the foregoing document(s) to be served by facsimile transmission from facsimile machine number (415) 772-7400 to the interested party at the facsimile telephone numbers shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

[ ] (FEDERAL EXPRESS) I served the foregoing document(s) by Federal Express as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing via Federal Express (an express service carrier which provides overnight delivery). Under that practice, the sealed, addressed envelope(s) are delivered to an authorized courier or driver authorized by Federal Express the same date they are collected and processed, with all charges paid.

[ ] (HAND DELIVERY) I caused the document(s) to be delivered by hand by a courier service to the addressee(s) shown above unless otherwise noted.

[ ] (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown above.

[ ] (LEXIS NEXIS) I caused the document(s) to be delivered by e-mail by Lexis Nexis File & Serve to each interested party as shown above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 21, 2007, at San Francisco, California.

By: /s/ Gabriela Rodriguez
Gabriela Rodriguez

## SERVICE LIST

Nancy Hirsh, Esq., State Bar No. 49091 (By Hand Delivery and U.S. Mail)
Mark E. Burton, Jr. Esq., State Bar No. 178400
Rachel Abrams, Esq., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

Mark Zahner, Chief Prosecutor, State Bar No. 137732
Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
1455 Frazee Road, Suite 315
San Diego, CA 92108
(619) 688-6065

Edmund G. Brown, Jr., Attorney General of the State of California
Office of the Attorney General
1300 "I" Street
P.O. Box. 944255
Sacramento, CA 94244-2550