1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:        (415) 772-1200
6  Facsimile:        (415) 772-7400

7  Paul E. Kalb, M.D.
   SIDLEY AUSTIN LLP
8  1501 K Street, N.W.
   Washington, D.C.  20005
9  Telephone:     (202) 736-8000
   Facsimile:     (202) 736-8711
10
   Nina M. Gussack
11 Andrew R. Rogoff
   PEPPER HAMILTON LLP
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA 19103-2799
   Telephone:    (215) 981-4000
14 Facsimile:    (215) 981-4750

15 Attorneys For Defendant
   ELI LILLY AND COMPANY
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel*. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>    Relators,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Case No.  07-04911 EMC<br><br>Assigned to: Hon. Edward M. Chen<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL
CASE NO. 07-04911 EMC**

SF1 1472671v.1

1   I, Geoffrey Ezgar, certify and declare as follows:

2   I am over the age of 18 years and am not a party to this action.

3   My business address is Sidley Austin LLP, 555 California Street, Suite 2000,

4   San Francisco, California, 94104, which is located in the city, county and state where the

5   service described below took place.

6   On September 21, 2007, I caused a copy of defendant Eli Lilly and

7   Company's ("Lilly") Notice to Adverse Party of Removal to Federal Court, a copy of which

8   is attached (without its exhibit) hereto as Exhibit 1 (the "Removal Papers"), to be served on

9   plaintiff's counsel by hand delivery and U.S. Mail at the address shown below:

10  Nancy Hirsh, Esq., State Bar No. 49091
    Mark E. Burton, Jr. Esq., State Bar No. 178400
11  Rachel Abrams, Esq., State Bar No. 209316
    HERSH & HERSH
12  A Professional Corporation
    601 Van Ness Avenue, 2080 Opera Plaza
13  San Francisco, CA 94102-6388
14  (415) 441-5544

15

16  I also caused a copy of said documents to be mailed via U.S. Mail on

    September 21, 2007 to the addressees shown below:
17
    Mark Zahner, Chief Prosecutor, State Bar           Edmund G. Brown, Jr., Attorney General of
18  No. 137732                                          the State of California
    Brian V. Frankel, Supervising Attorney             Office of the Attorney General
19  General, State Bar No. 116802                      1300 "I" Street
    1455 Frazee Road, Suite 315                        P.O. Box. 944255
20  San Diego, CA 92108                                Sacramento, CA 94244-2550
21  (619) 688-6065

22

23  On September 26, 2007, I caused copies of the: 1) Order Setting Initial Case

24  Management Conference and ADR Deadlines; 2) ECF Registration Information Handout; 3)

25  Notice of Assignment of Case to A United States Magistrate Judge For Trial; 4) Standing

26  Order For Civil Practice in Cases Assigned For All Purposes to Magistrate Judge Edward M.

27  Chen; (5) Case Management Conference Order; and 6) the Standing Order for All Judges of

28
**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL
CASE NO. 07-04911 EMC**
SF1 1472671v.1

1 the Northern District of California re: Contents of Joint Case Management Statement (copies
2 of these documents are attached hereto as Exhibit 2) to be served on plaintiff's counsel by
3 hand delivery and U.S. Mail at the address shown below:

Nancy Hirsh, Esq., State Bar No. 49091
Mark E. Burton, Jr. Esq., State Bar No. 178400
Rachel Abrams, Esq., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

I also caused a copy of said documents to be mailed via U.S. Mail on September 26, 2007 to the addressees shown below:

| | |
|---|---|
| Mark Zahner, Chief Prosecutor, State Bar No. 137732<br>Brian V. Frankel, Supervising Attorney General, State Bar No. 116802<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>(619) 688-6065 | Edmund G. Brown, Jr., Attorney General of the State of California<br>Office of the Attorney General<br>1300 "I" Street<br>P.O. Box. 944255<br>Sacramento, CA 94244-2550 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2007, at San Francisco, California.

Dated: September 26, 2007                     SIDLEY AUSTIN LLP


                                              **By:** /s/ Geoffrey M. Ezgar
                                              **Geoffrey M. Ezgar**

                                              **Attorneys For Defendant**
                                              **ELI LILLY AND COMPANY**

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL
CASE NO. 07-04911 EMC**

SF1 1472671v.1