1 | **Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
2 | **Geoffrey M. Ezgar (SBN 184243)**
**gezgar@sidley.com**
3 | **Paul L. Yanosy (SBN 233014)**
**pyanosy@sidley.com**
4 | **SIDLEY AUSTIN LLP**
**555 California Street**
5 | **San Francisco, California 94104**
**Telephone:      (415) 772-1200**
6 | **Facsimile:       (415) 772-7400**

7 | **Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
8 | **1501 K Street, N.W.**
**Washington, D.C. 20005**
9 | **Telephone:     (202) 736-8000**
**Facsimile:      (202) 736-8711**

10 |

11 | **Nina M. Gussack**
**Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
12 | **3000 Two Logan Square**
**Eighteenth and Arch Streets**
13 | **Philadelphia, PA 19103-2799**
**Telephone: (215) 981-4000**
14 | **Facsimile:  (215) 981-4750**

15 | **Attorneys For Defendant**
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | Case No. 07-cv-04911-SI |
| | Assigned to: Hon. Susan Illston |
| Relators, | **DECLARATION OF PAUL L. YANOSY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND 9(b)** |
| v. | |
| ELI LILLY AND COMPANY, | Date: Nov. 16, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Place: Courtroom 10, 19th Floor |

**YANOSY DECLARATION**

SF1 1472848v.1

I, Paul L. Yanosy, declare as follows:

1. I am an attorney with Sidley Austin LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned matter, and admitted to practice before this Court. I make this declaration in support of Defendant's Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b) ("Request for Judicial Notice").

2. Attached to the Request for Judicial Notice are true and correct copies of the following documents, or the relevant pages thereof, as indicated therein:

   a. Exhibits 1-4: *Eli Lilly and Company* FORMS 10-K, fiscal years 2003, 2004, 2005 and 2006, as filed with the Securities and Exchange Commission ("SEC").

   b. Exhibit 5: *Chapter 15 – Covered Medical and Other Health Services* MEDICARE BENEFIT POLICY MANUAL, *available at*: http://www.cms.hhs.gov/manuals/Downloads/bp102c15.pdf (last visited September 28, 2007).

   c. Exhibit 6: DRUGDEX compendia database entry for Zyprexa (olanzapine), updated February, 2007.

   d. Exhibit 7: Hollister H. Hovey, *Eli Lilly Discloses U.S. Civil Probe Into Its Practices* WALL ST. J., Mar. 26, 2004 at B2.

   e. Exhibit 8: Mark Jewell, *Federal Officials Investigate Marketing of Lilly Drugs* AP WIRE, Mar. 25, 2004.

   f. Exhibit 9: Randsdell Pierson and Jed Seltzer, *Government Probes Lilly's Marketing Practices*, REUTERS, Mar. 25, 2004.

   g. Exhibit 10: Jeff Swiatek, *Federal Prosecutor Opens Probe of Lilly*, INDIANAPOLIS STAR, Mar. 26, 2004 at 1C.

   h. Exhibit 11: Michele Marcucci and Rebecca Vesely, *Oakland Physician May Lose License*, OAKLAND TRIBUNE, Dec. 4, 2006.

   i. Exhibit 12: Alex Berenson, *Drug Files Show Maker Promoted Unapproved Use*, N.Y. TIMES, Dec. 18, 2006 at A1.

   j. Exhibit 13: Val Brickates Kennedy, *Update: Lilly Denies Report of Zyprexa Wrong-doing*, DOW JONES BUSINESS NEWS, Dec. 18, 2006.

      k.     Exhibit 14:    Marc Siegel, *Medicine; Doctor Files; Pressured to Prescribe*, L.A. TIMES, Dec. 25, 2006 at F3, a true and correct copy of which is attached hereto as **Exhibit 14**.

      l.     Exhibit 15:    Avery Johnson, *WSJ (1/5) Update: Lilly Settles 18,000 Zyprexa Claims*, WALL ST. J., Jan. 5, 2007 at A4.

      m.    Exhibit 16:    Alex Berenson, *States Study Marketing of Lilly Pill*, N.Y. TIMES, Jan. 20, 2007 at C1.

      n.     Exhibit 17:    Jerome Burne, *Doped to Keep Them Quiet*, DAILY MAIL, Jan. 30, 2007 at 38.

      o.     Exhibit 18:    Rita Rubin, *Vioxx Whistle-Blower Speaks Up on Demoted Antibiotic Ketek; Graham: 'Nothing has Really Changed' in FDA Oversight*, USA TODAY, Feb. 14, 2007 at 7D.

      p.     Exhibit 19:    Keith J. Winstein, *Congressional Panel to Study Off-Label Use of Stents, Drugs*, WALL ST. J., Mar. 6, 2007 at A12.

      q.     Exhibit 20:    Reuters, *House Panel Chief Seeks Data From Makers of Stents and Drugs*, N.Y. TIMES, Mar. 6, 2007 at C6.

      r.     Exhibit 21:    Petra Pasternak, *Plaintiffs Lawyers Hit on New Pharma Angle: State Clients*, THE RECORDER, Apr. 3, 2007.

      s.     Exhibit 22:    *Hersh & Hersh Targets Eli Lilly's Most Profitable Anti-Psychotic Drug*, BUSINESS WIRE, Feb. 27, 2003.

      t.     Exhibit 23:    *State Prosecutors Say Trickle of Off-Label Cases Will Soon Turn into a Flood*, RX COMPLIANCE REPORT, Apr. 4, 2007 at 1.

      u.     Exhibit 24:    *Pharmacy Claim Form (30-1) Completion*, *available at*: http://files.medi-cal.ca.gov/pubsdoco/publications/Masters-MTP/Part2/pcf30-1comp_p00.doc (last visited September 28, 2007).

      v.     Exhibit 25:    GOVERNMENT CODE SECTIONS 12650 TO 12656, A COMPLETE HISTORY as compiled and certified by Jan Raymond.

      w.    Exhibit 26:    *Eli Lilly and Company* FORM 10-Q, for the quarter ending September 30, 2007.

1     I declare under penalty of perjury under the laws of the Unites States that the forgoing
2 is true and correct.  Executed on this 28th day of September 2007 at San Francisco, California.

                                                  /s/ Paul L. Yanosy
                                                    Paul L. Yanosy