# EXHIBIT 7

*Eli Lilly Discloses U.S. Civil Probe Into Its Practices The Wall Street Journal March 26, 2004 Friday*

Copyright 2004 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(Copyright (c) 2004, Dow Jones & Company, Inc.)

**THE WALL STREET JOURNAL.**

The Wall Street Journal

March 26, 2004 Friday

**SECTION:** Pg. B2

**LENGTH:** 318 words

**HEADLINE: Eli Lilly Discloses** U.S. **Civil Probe** Into Its Practices

**BYLINE:** By Hollister H. Hovey Dow Jones Newswires

**BODY:**

**Eli Lilly** & Co. said the U.S. attorney in Philadelphia has launched a **civil** investigation into the drug maker's marketing and promotional practices. Lilly said the products likely to be involved in the investigation include osteoporosis drug Evista as well as antidepressant Prozac and Zyprexa, for schizophrenia and bipolar disorder.

The Indianapolis company said it intends to cooperate with the investigation, which is being undertaken by the U.S. Attorney's Office for the Eastern District of Pennsylvania, led by Patrick Meehan.

Pennsylvania recently filed a lawsuit against 13 big drug makers alleging the companies worked together "to oppose and avoid efforts to reduce prescription drug costs and/or change the way in which payors reimburse for prescription drugs." That suit, which doesn't involve Lilly, is focused on drug makers' alleged practice of charging doctors a lower price for drugs than the doctors charge their patients. The difference is pocketed by doctors, and the practice helps drug companies capture a larger percentage of the market for their products, according to the Pennsylvania attorney general.

It isn't apparent whether the same issues are involved with this federal investigation.

Lilly had said in its annual report that such an investigation was in the cards, but it wasn't aware of this specific investigation until a few days ago, a spokeswoman said. "Because it's an ongoing government investigation, we can't comment or speculate," she said.

In its annual report, filed March 15 with the Securities and Exchange Commission, Lilly said "several pharmaceutical companies have received subpoenas from government agencies with respect to a variety of products, including a number of neuroscience products. It is possible that other Lilly products, including Zyprexa, could become subject to investigation."

Officials from the U.S. attorney's office declined to comment Thursday.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

Source: **Combined Source Set 3**  **- Wall Street Journal**
Terms: **Eli Lilly Discloses US Civil Probe Into Mktg**  (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
View: Full
Date/Time: Tuesday, September 25, 2007 - 9:10 PM EDT

LexisNexis®   About LexisNexis  |  Terms & Conditions  |  Contact Us
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.