# EXHIBIT 8

*Federal officials investigate marketing of Lilly drugs The Associated Press State & Local Wire March 25, 2004, Thursday, BC cycle*

Copyright 2004 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

March 25, 2004, Thursday, BC cycle

**SECTION:** Business News; State and Regional

**LENGTH:** 490 words

**HEADLINE:** Federal officials investigate **marketing of Lilly drugs**

**BYLINE:** By MARK JEWELL, AP Business Writer

**DATELINE:** INDIANAPOLIS

**BODY:**
Eli **Lilly** and Co., already under federal **investigation** for the way it promoted an osteoporosis **drug,** said Thursday it faces a new federal probe of its **marketing** practices.

The Indianapolis-based company said it believes the new probe also likely focuses on the osteoporosis **drug** Evista, as well as **Lilly's** current top-seller, the antipsychotic **drug** Zyprexa, and its former blockbuster antidepressant Prozac.

**Lilly,** one of several **drug** makers to come under federal scrutiny over **marketing** issues, said the U.S. Attorney for the Eastern District of Pennsylvania has begun a civil **investigation.**

Rich Manieri, a spokesman for the U.S. Attorney in Philadelphia, declined to comment.

**Lilly** spokeswoman Terra Fox said the **investigation** is separate from an ongoing probe of Evista by the Department of Justice's Office of Consumer Litigation. **Lilly** had previously disclosed that it received grand jury subpoenas in July 2002 and July 2003 over Evista promotions to consumers and doctors.

**Lilly** said the outcome of the **investigation** could hurt the company's financial position. Zyprexa had $4.3 billion in sales last year, while Prozac sales totaled $645 million - a sharp decline since the introduction of cheaper generic versions in 2001. Evista sales last year totaled $922 million.

**Lilly** shares closed down 99 cents to $65.50 on the New York Stock Exchange.

The company said in a regulatory filing earlier this month that some of its **drugs** including Zyprexa could come under **investigation. Lilly** noted that several other **drug** makers had been subpoenaed for records on **drugs** including neurological medications. Those companies include Wyeth, Forest Laboratories, GlaxoSmithKline and Janssen.

**Lilly** learned about the new **investigation** since that filing, Fox said.

Last September, the U.S. Attorney in Philadelphia sued Medco Health Solutions Inc., alleging that the nation's biggest pharmacy benefit-management company violated federal false-

claims laws. Pennsylvania's state attorney general sued 13 major **drug** makers earlier this month - **Lilly** was not among them - and accused them of inflating prices.

The previously disclosed **investigation** of Evista by the U.S. Office of Consumer Litigation began after a competitor complained that **Lilly** was improperly **marketing** the osteoporosis **drug** as a breast cancer preventative - a use for which it did not have Food and **Drug** Administration approval.

Zyprexa, which now accounts for about a third of **Lilly's** overall sales, has been prescribed to 12.5 million people since its introduction in 1996 as an alternative to older schizophrenia treatments that tend to have more serious side effects. It is undergoing a patent challenge.

Since losing its own patent protection, Prozac has ceded nearly 80 percent of its sales to generic versions. The **drug** dropped to about 5 percent of **Lilly's** total sales last year.

On the Net:

Eli **Lilly:** www.lilly.com

**LOAD-DATE:** March 26, 2004

Source: **Combined Source Set 4**  **- The Associated Press State & Local Wire**
Terms: Lilly Drug Marketing Under Investigation  (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
View: Full
Date/Time: Tuesday, September 25, 2007 - 9:18 PM EDT

**LexisNexis®**   About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.