# EXHIBIT 10

*Federal prosecutor opens probe of Lilly;Marketing of drugs appears to be focus of inquiry in Pennsylvania The Indianapolis Star March 26, 2004 Friday Final Edition*

Copyright 2004 The Indianapolis Star
All Rights Reserved
The Indianapolis Star

March 26, 2004 Friday Final Edition

**SECTION:** BUSINESS; Pg. 1C

**LENGTH:** 407 words

**HEADLINE: Federal prosecutor** opens **probe of Lilly;**
**Marketing of drugs appears to be focus of inquiry** in **Pennsylvania**

**BYLINE:** BY JEFF SWIATEK JEFF.SWIATEK@INDYSTAR.COM

**BODY:**
A **federal prosecutor** in **Pennsylvania** is investigating Eli **Lilly** and Co.'s **marketing** of up to three of its best-known **drugs.**

The Indianapolis drugmaker said Thursday that it was notified of the investigation a few days ago.

The **probe appears** to include Zyprexa, its top-selling **drug;** previous best-seller Prozac; and the osteoporosis **drug** Evista, **Lilly** said. No subpoenas asking for information have been served yet, said **Lilly** spokeswoman Terra Fox.

A Department of Justice **probe** launched in 2002 was limited to **Lilly's marketing** of Evista.

Such **drug marketing** investigations are becoming more common across the industry. Some have resulted in judgments or fines ranging into the hundreds of millions of dollars.

"A few **prosecutors** have made a name through this," winning large judgments and prompting other **prosecutors** or government agencies to try their hand at cracking down on **drug** companies for promotional violations, said Bradley Thompson, a **drug** law expert and partner at the Indianapolis law firm of Baker & Daniels.

Some of the cases cite violations of **drug marketing** laws that were tightened two years ago by the **federal** Department of Health and Human Services. The new **federal** guidelines ban certain **marketing** practices that had been widely used, such as wining and dining doctors or flying them to paid vacations at resorts as a way of getting them to prescribe a company's products.

"The law was sort of laid down, and now the government is systematically enforcing it," Thompson said.

Drugmakers also have seen numerous **drug** pricing investigations and lawsuits in the past year.

**Lilly** wouldn't comment on details of the latest investigation. The U.S. Attorney for the Eastern District of **Pennsylvania,** Patrick Meehan, also would not comment on his office's **Lilly** investigation. Meehan previously was senior counsel to Sen. Arlen Specter, R-**Pa.**

"At some point they might disclose more about it. Until then, it's hard to handicap" the

impact of an investigation on **Lilly,** said Stephen A. O'Neil, a **drug** stock analyst for the JJB Hilliard, WL Lyons investment firm in Louisville, Ky.

**Lilly's marketing** of Evista has been the subject of a separate investigation, by the Department of Justice, for the past two years.

Earlier this month, the **Pennsylvania** attorney general sued 13 drugmakers for deceptive pricing and sales practices. **Lilly** wasn't one of them.

Call Star reporter Jeff Swiatek at (317) 444-6483.

**LOAD-DATE:** March 27, 2004

Source: News & Business > Individual Publications > I > **The Indianapolis Star (Indiana)**
Terms: **Federal prosecutor opens probe of Lilly Marketing of drugs appears to be focus of inquiry in Pennsylvania** (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
View: Full
Date/Time: Tuesday, September 25, 2007 - 9:22 PM EDT



About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.