1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:        (415) 772-1200
6  Facsimile:         (415) 772-7400

7  Paul E. Kalb, M.D.
   SIDLEY AUSTIN LLP
8  1501 K Street, N.W.
   Washington, D.C.  20005
9  Telephone:    (202) 736-8000
   Facsimile:     (202) 736-8711
10
   Nina M. Gussack
11 Andrew R. Rogoff
   PEPPER HAMILTON LLP
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA 19103-2799
   Telephone:   (215) 981-4000
14 Facsimile:    (215) 981-4750

15 Attorneys For Defendant
   ELI LILLY AND COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>　　　　Relators,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | Case No. 07-cv-04911-SI<br><br>Assigned to: Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(6) AND 9(b) WITH PREJUDICE**<br><br>Date: November 16, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor |

**[PROPOSED] ORDER – 07-cv-04911-SI**

Defendant Eli Lilly and Company's ("Lilly") Motion to Dismiss Under Rules 12(b)(1), 12(b)(6) and 9(b), came on for hearing before this Court on November 16, 2007 at 9:00 a.m.  All parties were represented by counsel.

Having considered the moving and opposition papers and heard the oral arguments of counsel, the Court HEREBY ORDERS as follows:

1.  Lilly's Motion to Dismiss Under Rules 12(b)(1), 12(b)(6) and 9(b) is GRANTED; and

2.  Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

DATED:   November __, 2007            _____
                                      Honorable Susan Illston
                                      United States District Judge

-2-
**[PROPOSED] ORDER – 07-cv-04911-SI**

SF1 1473001v.1