1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:       (415) 772-1200
6  Facsimile:        (415) 772-7400

7  Paul E. Kalb, M.D.
   SIDLEY AUSTIN LLP
8  1501 K Street, N.W.
   Washington, D.C.  20005
9  Telephone:     (202) 736-8000
   Facsimile:      (202) 736-8711
10
   Nina M. Gussack
11 Andrew R. Rogoff
   PEPPER HAMILTON LLP
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA 19103-2799
   Telephone:    (215) 981-4000
14 Facsimile:     (215) 981-4750

15 Attorneys For Defendant
   ELI LILLY AND COMPANY
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Relators, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No.  07-04911 SI <br><br> Assigned to: Hon. Susan Illston <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**
**CASE NO. 07-04911 SI**

SF1 1473016v.1

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On September 28, 2007, I served the foregoing document(s) described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(6) AND 9(b); MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;**

2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND 9(b);**

3. **DECLARATION OF PAUL L. YANOSY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND 9(b);**

4. **[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(6) AND 9(b) WITH PREJUDIC; AND**

5. **PROOF OF SERVICE**

on all interested parties in this action as follows:

☒ (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown below.

Nancy Hirsh, Esq., State Bar No. 49091
Mark E. Burton, Jr. Esq., State Bar No. 178400
Rachel Abrams, Esq., State Bar No. 209316
jolasov@hershlaw.com
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

☒ (BY FEDERAL EXPRESS) I served the foregoing document(s) by Federal Express as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown below. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing via Federal Express (an express service carrier which provides overnight delivery). Under that practice, the sealed, addressed envelope(s) are delivered to an authorized courier or driver authorized by Federal Express the same date they are collected and processed, with all charges paid.

**CERTIFICATE OF SERVICE**
**CASE NO. 07-04911 SI**

SF1 1473016v.1

1 | Mark Zahner, Chief Prosecutor, State Bar No. 137732
2 | Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
  | 1455 Frazee Road, Suite 315
3 | San Diego, CA 92108
  | (619) 688-6065

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on September 28, 2007, at San Francisco, California.

By: _____
          Gabriela Rodriguez

**CERTIFICATE OF SERVICE**
**CASE NO. 07-04911 SI**

SF1 1473016v.1