**Timothy T. Scott (SBN 126971)**
tscott@sidley.com
**Geoffrey M. Ezgar (SBN 184243)**
gezgar@sidley.com
**Paul L. Yanosy (SBN 233014)**
pyanosy@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California 94104**
**Telephone:      (415) 772-1200**
**Facsimile:       (415) 772-7400**

**Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C. 20005**
**Telephone:    (202) 736-8000**
**Facsimile:     (202) 736-8711**

**Nina M. Gussack**
**Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
**3000 Two Logan Square**
**Eighteenth and Arch Streets**
**Philadelphia, PA 19103-2799**
**Telephone:    (215) 981-4000**
**Facsimile:     (215) 981-4750**

**Attorneys For Defendant**
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Relators,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No. 07-cv-04911-SI<br><br>Assigned to: Hon. Susan Illston<br><br>**DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

**TO THE COURT AND TO PLAINTIFF:**

Pursuant to United States District Court for the Northern District of California Local Rule 3-13, defendant Eli Lilly & Company ("Lilly") states that it is aware of actions involving all or a material part of the same subject matter and all or substantially all of the same parties as this action. These actions are set forth in Exhibits A-C hereto. As set forth in detail in Lilly's Motion to Stay All Proceedings Pending Transfer Before the Judicial Panel On Multidistrict Litigation, Lilly will be moving for this proceeding to be consolidated in the Zyprexa Products Liability Litigation, MDL No. 1596, in the United States District Court for the Eastern District of New York.

Dated: October 3, 2007                         SIDLEY AUSTIN LLP


                                               By: /s/ Timothy T. Scott

                                                   Attorneys For Defendant
                                                   ELI LILLY AND COMPANY