EXHIBIT B:
CASES PENDING TRANSFER

| Plaintiff Name | Court | Filed |
|---|---|---|
| Anderson, Derrick | 1 USDC, WD NC; 07-CV-303 | 7/31/2007 |
| Bailey, Robyn et al. | 1 USDC for the District of UT; No. 2:06cv00177 | 2/28/2006 |
| Black, Jesse A. | 1 USDC, Central District of CA; ED CV-07-00913 | 7/23/2007 |
| Bowman, Katherine L. | 1 USDC, SD IN; 1:07CV0827 | 6/26/2007 |
| Cerrato Jr., Robert C. | 1 USDC ED of NY [MDL 1596] | 2/27/2006 |
| Dean, Dwight L. | 1 USDC, SD FL; 07-22423-CIV-Seitz/McAliley | 9/17/2007 |
| Deorr, Edward C. | 1 USDC, Central District of CA; SACV07-812 | 7/13/2007 |
| Earl, Arlene | 1 USDC ND AL | 7/12/2007 |
| Flowers, Latanya | 1 USDC ED of MO | 12/18/2006 |
| Gardner, Phillip Jerome | 1 USDC, SD NY; 07-CV-3982 | 6/20/2007 |
| Hernandez, Joseph | 1 USDC ND of CA; No. C06-01318 SBA | 2/23/2006 |
| King, Yolanda | 1 USDC ND of CA, No. C-05-5009 JSW | 12/5/2005 |
| Leary, Marissa | 1 USDC ED of NY [MDL 1596] | 2/28/2007 |
| Lehrer, Peter | 1 USDC NJ; 07-2766 | 6/14/2007 |
| Pennsylvania Employees Benefit Trust Fund | 1 U.S. District Court, Eastern District of Pennsylvania | 4/24/2007 |
| Pillard, Gerald J. | 1 USDC WD of NY | 6/26/2007 |
| Pratcher, Nathaniel | 1 USDC, ND CA; C-07-4232 | 8/17/2007 |
| Rogers, Steven | 1 USDC, ND CA; C-07-2826 | 5/30/2007 |
| Samuel, Laurie | 1 USDC WD of NY | 7/13/2007 |
| Schneider, Marvin K. | 1 USDC WD of NY | 6/22/2007 |
| Sexton, Charles | 1 USDC ED TX | 8/20/2007 |
| Walker, Tara Beth | 1 USDC ND of CA; No. C-06-2041 CW | 3/17/2006 |
| Warburton, Martha M. | 1 USDC ND of CA; No. C-06-1848 MMC | 3/9/2006 |
| Williams, Erin | 1 US DC, CD of CA, | 2/21/2007 |