EXHIBIT C:
CASES IN STATE COURT

| Plaintiff Name | Court | Filed |
|---|---|---|
| Abbott, Philip | Sup. Court of Middlesex County NJ; No. L-9110-06MT | 11/9/2006 |
| Abellera, Israel | Middlesex County Sup. Ct. NJ; No. L-680-06 | 1/27/2006 |
| Abels, Mark | Marion County Superior Court, IN; No. 49D100608ET32247 | 8/4/2006 |
| Acevedo, Carmelina | Sup. Court of Middlesex County NJ; No. L-9105-06MT | 11/9/2006 |
| Acy, Yvonne | Middlesex County Sup. Ct. NJ; No. L1610-06 | 2/23/2006 |
| Adams, Barbara | Sup. Court of Tippecanoe County, IN; No. 79D01-0612-CT-00173 | 12/4/2006 |
| Adams, David (IN) | Marion COunty Superior Court, IN | 2/27/2006 |
| Akins, Ronnie | Middlesex County Sup. Ct. NJ; No. L-1645-06 | 2/23/2006 |
| Alago, Angel | Sup. Ct. of New Castle County DE; No. 06C-01-317 RRC | 1/29/2006 |
| Alban, Deborah | Superior Ct of Middlesex County, NJ; No. L-6927-05 | 9/19/2005 |
| Alexander, Terry | Superior Ct. of Marion County, IN; No. 49D010602-CT007645 | 2/23/2006 |
| Algario, Joel et al. | Los Angeles County Sup. Ct. CA; No. BC347855 | 2/23/2006 |
| Allen, Beatrice | Marion County Superior Court, IN; No. 49C0106009CT0038978 | 9/21/2006 |
| Aller, Steven E. | Middlesex County Sup. Ct. NJ; No. L-1788-06 | 2/28/2006 |
| Amos, Vincent Sr. | Marion County Superior Court, IN; 49D120709CT039764 | 9/18/2007 |
| Anderson, David | Middlesex County Sup. Ct. NJ; No. L-1596-06 | 2/23/2006 |
| Anderson, Steven | Middlesex County Sup. Ct. NJ; No. L-617-06 | 1/27/2006 |
| Andrews, Ruby | Middlesex County Sup. Ct. NJ; No. L-1566-06 | 2/23/2006 |
| Appel, Sheryl | Sup. Court of Middlesex County NJ; No. L-9116-06-MT | 11/9/2006 |
| Arena, Angelina | Superior Ct. of Marion County, IN; No. 49D100606-CT-27218 | 6/30/2006 |
| Arnold, Patricia | Marion County Superior Court, IN. No. 49013060908CT032787 | 8/9/2006 |
| Ashburn, Rose (NJ) | Superior Court of Middlesex County, NJ; No. L-6983-06 | 8/30/2006 |
| Ashley, Karen Executor of Estate of Rodney White | Middlesex County Sup. Ct. NJ; No. L-660-06 | 1/27/2006 |
| Atencio, Mary | State of NM, County of Rio Arriba; D-0117-CV-020070167 | 4/19/2007 |
| Atkinson, Martha | Superior Court of Middlesex County, NJ; L-3751-06 | 5/11/2006 |
| Austin Jr., Johnny James | Superior Ct. of Middlesex County NJ. No. MID-L-9109-06 | 11/9/2006 |
| Baird, Kathleen | Middlesex County Sup. Ct. NJ; No. L-1629-06 | 2/23/2006 |
| Baker, Bonita J. | Middlesex County Sup. Ct. NJ; No. L-1611-06 | 2/23/2006 |
| Barbe, Michael | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00080 | 2/27/2006 |
| Barnett, Hazel | Marion County Superior Court, IN | 9/21/2006 |
| Basilo, Alda | Maricopa County Justice Courts, State of Arizona, CC200712287RB | 6/27/2007 |
| Bavone, Carl et al | Cir. Ct. Twentieth Judicial Cir. St. Clair County IL; No. 05-L-770 | 12/30/2005 |

1

EXHIBIT C:
CASES IN STATE COURT

| Name | Court | Date |
|---|---|---|
| Bender, Bruce | Middlesex County Sup. Ct. NJ; No. L-705-06 | 1/27/2006 |
| Bernhauser, Brent | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00079 | 2/27/2006 |
| Bernhoffer, Anton | Middlesex County Sup. Ct. NJ; No. L-697-06 | 1/27/2006 |
| Best, Kutara as guardian ad litem for Katrina Best (minor) | Middlesex County Sup. Ct. NJ; No. L-666-06 | 1/27/2006 |
| Bex, Jeff | Marion County Superior Court, IN; No. 49C010607CT028853 | 7/13/2006 |
| Bjorklund, Susan | Middlesex County Sup. Ct. NJ; No. L-1785-06 | 2/28/2006 |
| Blake, Diana | Middlesex County Sup. Ct. NJ; No. L-1599-06 | 2/23/2006 |
| Blanco Jr., Ricardo O. | Superior Ct. of Marion County, IN; No. 49D130603-CT-011852 | 3/21/2006 |
| Bliss, Tracy | Sup. Court of Middlesex County, NJ; No. L-9064-06 | 11/9/2006 |
| Bobish, Frank | Middlesex County Sup. Ct. NJ; No. L-721-06 | 1/27/2006 |
| Bodine, Jacqueline | Middlesex County Superior Court, NJ; No. MID-L-4589-06 | 6/9/2006 |
| Bortello, Robert | Middlesex County Sup. Ct. NJ; No. L-1641-06 | 2/23/2006 |
| Boyce, Lynette | State of IN, County of Tippecanoe; 79D01-0704-CT-00026 | 4/4/2007 |
| Bragg, Colleen L. | Middlesex County Sup. Ct. NJ; No. L-1801-06 | 2/28/2006 |
| Bragg, Roy o/b/o Bragg, Emma | Middlesex County Sup. Ct. NJ; No. L-9102-06 | 11/9/2006 |
| Braun, Chrystal | Superior Court of Middlesex County, NJ; L-3744-06 | 5/11/2006 |
| Brim, Mary | Middlesex County Sup. Ct. NJ; No. L-1591-06 | 2/23/2006 |
| Brinson-Bey, Carol | Middlesex County Sup. Ct. NJ; No. L-688-06 | 1/27/2006 |
| Broadway, Denise | Superior Court of Middlesex County, NJ; No. L-5601-06 | 7/20/2006 |
| Brown, Braxton | Middlesex County Sup. Ct. NJ; No. L-1605-06 | 2/23/2006 |
| Brown, James | Middlesex County Superior Court, NJ; No. MID-L-004578-06 | 6/9/2006 |
| Bundy, Eric | Middlesex County Sup. Ct. NJ; No. L-1591-06 | 2/23/2006 |
| Burdyn, Richard | Middlesex County Sup. Ct. NJ; No. L-1584-06 | 2/23/2006 |
| Burngarner, Michelle (NJ) | Superior Court of Middlesex County, NJ; No. L-5601-06 | 7/20/2006 |
| Burton, Felita A. | Middlesex County Sup. Ct. NJ; No. L-1813-06 | 2/28/2006 |
| Butler, Francine | Middlesex County Sup. Ct. NJ; No. L-1806-06 | 2/28/2006 |
| Button, Ann Executor of Estate of Louise Danko; and Mary Danko | Middlesex County Sup. Ct. NJ; No. L-662-06 | 1/27/2006 |
| Cain, Donald | Middlesex County Sup. Ct. NJ; No. L-665-06 | 1/27/2006 |
| Calkin, Kenneth | Sup. Ct. of New Castle County DE; No. 06C-01-299 RRC | 1/29/2006 |
| Cameron Dorothy | Superior Court of Middlesex County, NJ; No. L-8184-06 | 10/13/2006 |
| Cameron, Dorothy (NJ) | Sup. Court of Middlesex County NJ; No. L-8184-06 | 10/13/2006 |
| Cannizzaro, Catherine | Superior Court, NJ; L-6814-07 | 8/7/2007 |
| Capistrant, Gary | Middlesex County Sup. Ct. NJ; No. L-717-06 | 1/27/2006 |
| Carlisle, Michael | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00076 | 2/27/2006 |
| Carter, Geraldine | Superior Court of Tippecanoe County, IN; No. 79D01-0603-CT-00097 | 3/1/2006 |
| Cavanagh, Michelle | Middlesex County Sup. Ct. NJ; No. L-1582-06 | 2/23/2006 |
| Chapman, John | Middlesex County Sup. Ct. NJ; No. L-1625-06 | 2/23/2006 |
| Collins, Carol | Marion County Sup. Ct. IN; No. 49D070602CT007649 | 2/23/2006 |
| Collins, Heidi | Middlesex County Sup. Ct. NJ; No. L-707-06 | 1/27/2006 |
| Collum, Wendell W. (NJ) | Superior Court of Middlesex County, NJ; No. L-6772-06 | 8/30/2006 |

EXHIBIT C:
CASES IN STATE COURT

| | | |
|---|---|---|
| Commonwealth of PA, Office of General Counsel | Court of Common Pleas of Phila. County, PA; No. 002836 | 2/26/2007 |
| Condo, Helena | Superior Court of Middlesex County, NJ; L-3746-06 | 5/11/2006 |
| Connors, Kelly | Middlesex County Sup. Ct. NJ; No. L-1585-06 | 2/23/2006 |
| Conway, Gregory Patrick | Middlesex County Sup. Ct. NJ; No. L-1812-06 | 2/28/2006 |
| Cook, Adolph | Middlesex County Sup. Ct. NJ; No. L-1632-06 | 2/23/2006 |
| Cooper, Adam | Superior Court of NJ; L7447-07 | 8/24/2007 |
| Cope Jr., Dannie G. et al | Tippecanoe County Sup. Ct. IN; No. 79D01-0602-CT-00014 | 2/6/2006 |
| Copeland, Emily et al | Tippecanoe Sup. Ct. IN; No. 79D01-0602-CT-00015 | 2/6/2006 |
| Coppola, Patricia | Middlesex County Sup. Ct. NJ; No. L-1600-06 | 2/23/2006 |
| Cortes, Maria | Sup. Court of Middlesex County NJ; No. L-7011-06 | 8/30/2006 |
| Cotton, Elaine (NJ) | Superior Court of Middlesex County, NJ; No. L-5619-06 | 7/20/2006 |
| Coulbern, Roseanna | In the Tippecanoe County Sup. Ct. IN; No. 79D01 0602 CT 00019 | 2/6/2006 |
| Courts, Latisha | Middlesex County Sup. Ct. NJ; No. L-1628-06 | 2/23/2006 |
| Crane, William | Sup. Court of Middlesex County, NJ; No. L-9065-06- MT | 11/9/2006 |
| Crawford, Jerry | Superior Ct. of Tippecanoe County, IN; No. 79D01-0602-CT-00009 | 2/1/2006 |
| Cross-Campbell, Yolanda | Superior Court of Middlesex County, NJ; No. MID-L-6765-06 | 8/30/2006 |
| Cross, Kenneth | Middlesex County Sup. Ct. NJ; No. L-1583-06 | 2/23/2006 |
| D'Errico, Janice | Middlesex County Sup. Ct. NJ; No. L-1572-06 | 2/23/2006 |
| Dainis, John | Middlesex County Sup. Ct. NJ; No. L-681-06 | 1/27/2006 |
| Day, Beverly | Superior Court of Middlesex County NJ; No. L-9117-06-MT | 11/9/2006 |
| Dean, Betsy (NJ) | Sup. Court of Middlesex County NJ; No. L-8192-06 | 10/13/2006 |
| Dengal, Thomas J. | Marion County Superior Court, IN; No. 49D13-0609-CT-038128 | 9/15/2006 |
| Derbisz Jr., Ronald | Superior Ct. of Middlesex County NJ; No. MID-L-9125-06 | 11/9/2006 |
| Dickerson, Christopher A. | Middlesex County Sup. Ct. NJ; No. L-1791-06 | 2/28/2006 |
| Didion, Nancy | Sup. Ct. of New Castle County, DE; No. 06C-01-323RRC | 1/29/2006 |
| Dowdell, Damon L. (NJ) | Superior Court of Middlesex County, NJ; No. L-7477-06 | 9/15/2006 |
| Dozier, Dru | Middlesex County Sup. Ct. NJ; No. L-1571-06 | 2/23/2006 |
| Drozd, Peter | Superior Court of Middlesex County, NJ; No. L-9101-06MT | 11/9/2006 |
| Duncan, Bradley | Superior Court of Tippecanoe County, IN; 79D01-0612-ct-00181 | 12/22/2006 |
| Easley, Catherine | Middlesex County Sup. Ct. NJ; No. L-1567-06 | 2/23/2006 |
| Edge, Joyce | Middlesex County Sup. Ct. NJ; No. L-1810-06 | 2/28/2006 |
| Edwards, Larry | Superior Court of Marion County, IN; No. 49C9107-03-CT-0012505 | 3/5/2007 |
| Edwards, Marianna | Common Pleas, Allegheny County; GD-07-014983 | 7/10/2007 |
| Edwards, Noland | Middlesex County Sup. Ct. NJ; No. L-702-06 | 1/27/2006 |
| Esprit-Touchette, Teal | Middlesex County Sup. Ct. NJ; No. L-1594-06 | 2/23/2006 |
| Fall, Anna (NJ) | Middlesex County Superior Court, NJ; No. L-6124-06 | 8/7/2006 |
| Felix, Alva et al | In the Tippicanoe County Sup. Ct. IN; No. 79D01-0602-CT-00091 | 2/28/2006 |
| Fernandez, Dario | Middlesex County Sup. Ct. NJ; No. L-1639-06 | 2/23/2006 |
| Fernandez, Romon | Superior Court of Middlesex County, NJ; No. MID-L-4791-06 | 6/19/2006 |

3

EXHIBIT C:
CASES IN STATE COURT

| Name | Court | Date |
|---|---|---|
| Ferrara, Theodore | Superior Court of Middlesex County, NJ; No. L-6987-06 | 8/30/2006 |
| Fisher, Mona | Middlesex County Sup. Ct. NJ; No. L-695-06 | 1/27/2006 |
| Fisher, Rose Mary R. | Middlesex County Sup. Ct. NJ; No. L-1787-06 | 2/28/2006 |
| Fletcher, Todd | Middlesex County Superior Court, NJ; No. MID-L-004574-06 | 6/9/2006 |
| Forrest, Robert L. | Middlesex County Sup. Ct. NJ; No. L-1802-06 | 2/28/2006 |
| Foster, Sue Ellen | Middlesex County Sup. Ct. NJ; No. L-715-06 | 1/27/2006 |
| Foster, Wendy | Sup. Ct. of Middlesex County NJ; No. L-9103-06 | 11/9/2006 |
| Franklin, Sheryl (NJ) | Sup. Court of Middlesex County NJ; No. L-8188-06 | 10/13/2006 |
| Freeman, Deborah | Superior Court of New Castle County, DE; No. 06C-01-298-RRC | 1/29/2006 |
| Frey, Daniel J. | Court of Common Pleas of Lehigh County, PA; No. 2006-C-113V | 4/18/2006 |
| Galary, June o/b/o Crowley, Margaret | Superior Court of Middlesex County, NJ; No. L-9446-26MT | 11/30/2006 |
| Ganifas, John | Sup. Court of Middlesex County NJ; No. L-9104-06MT | 11/9/2006 |
| Gantt, Linda J. (NJ) | Middlesex County Superior Court, NJ; No. L-006132-06 | 8/7/2006 |
| Gipson, Carol S. | Sup. Court of Tippecanoe County IN; No. 79D01-0611-CT-00172 | 11/22/2006 |
| Godley, Patricia et al | Sup. Ct. of Los Angeles County, CA; No. BC347856 | 2/23/2006 |
| Goodrum, Teresa M. | Middlesex County Sup. Ct. NJ; No. L-1811-06 | 2/28/2006 |
| Gorman, John | Middlesex County Sup. Ct. NJ; No. L-700-06 | 1/27/2006 |
| Grace, Booker | Middlesex County Sup. Ct. NJ; No. L-1580-06 | 2/23/2006 |
| Grant, DeLisa | Superior Ct. of Middlesex County NJ; No. MID-L-9050-06 | 11/13/2006 |
| Gray, Leslie | Middlesex County Sup. Ct. NJ; No. L-1620-06 | 2/23/2006 |
| Greene, Deborah | Middlesex County Superior Court, NJ; No. L-6485-06 | 8/21/2006 |
| Greenfelder, Richard | Middlesex County Sup. Ct. NJ; No. L-1640-06 | 2/23/2006 |
| Green, Frederick | Middlesex County Superior Court, NJ; No. MID-L-004588-06 | 6/9/2006 |
| Green, Johnnie | Superior Court of Middlesex County, NJ; No. L-1520-07 | 1/23/2007 |
| Gregor, Betty L. (NJ) | Middlesex County Superior Court, NJ; No. L-6122-06 | 8/7/2006 |
| Grimes, Tracy | Tippecanoe County Sup. Ct. IN; No. 79D01-0602-CT-00018 | 2/6/2006 |
| Grubb, Denise | Middlesex County Superior Court, NJ; No. MID-L-004785-06 | 6/9/2006 |
| Hanson, Mark | Superior Court of New Castle County DE; No. 06C-01-313-RRC | 1/29/2006 |
| Harbison, Robert | Middlesex County Sup. Ct. NJ; No. L-1636-06 | 2/23/2006 |
| Hardney, Warren | Middlesex County Sup. Ct. NJ; No. L-691-06 | 1/27/2006 |
| Harmon, Mary | Middlesex County Sup. Ct. NJ; No. L-692-06 | 1/27/2006 |
| Hamly, Yvonne | Superior Court of Middlesex County, NJ; No. L-9093-06 | 11/9/2006 |
| Harrison, Janet | Middlesex County Sup. Ct. NJ; No. L-1796-06 | 2/24/2006 |
| Hayes, Kerry Mitchell | Superior Court of New Castle County, DE; No. 06C-01-302 | 1/29/2006 |
| Hayes, Kevin | TBA Middlesex County Superior Court, NJ; No. MID-L-04577-06 | 6/9/2006 |

4

EXHIBIT C:
CASES IN STATE COURT

| Name | Court | Date |
|---|---|---|
| Hayworth, Rick | Marion County Superior Court, IN; No. 49D050608CT036205 | 8/31/2006 |
| Heidbreder, Lia | | 1/11/2007 |
| Henderson, Sharon | Marion County Superior Court Tippecanoe County Sup. Ct. IN; No. 79D01-0602-CT-00093 | 2/28/2006 |
| Hennik, Krisy | Superior Ct of Marion County, IN; No. 49D02-0606-CT-027216 | 6/30/2006 |
| Hensley, Rose | Superior Court of Middlesex County, NJ; L-9-07-MT | 12/29/2006 |
| Hernandez, Joseph (NJ) | Sup. Court of Middlesex County NJ; No. L-8191-06 | 10/13/2006 |
| Hill, Norman | Middlesex County Sup. Ct. NJ; No. L-704-06 | 1/27/2006 |
| Hinkle, Mark | Middlesex County Sup. Ct. NJ; No. L-1637-06 | 2/23/2006 |
| Hoang, Hein Nhu | Superior Court of CA; | 11/15/2006 |
| Horton, Michael | Middlesex County Sup. Ct. NJ; No. L-1609-06 | 2/23/2006 |
| Howard, Frank and Jeanette o/b/o Frank Howard, Jr. | State Court of Fulton County GA. No.: 05EV000217B | 10/24/2005 |
| Huntley, Troy | Middlesex County Sup. Ct. NJ; No. L-1607-06 | 2/23/2006 |
| Hunt, James | Superior Ct. of Tippecanoe County, IN; No. 79D01-0602-CT-00095 | 2/28/2006 |
| Hurley, William | Middlesex County Sup. Ct. NJ; No. L-1817-06 | 2/28/2006 |
| Jackson, Cynthia | Middlesex County Sup. Ct. NJ; No. L-703-06 | 1/27/2006 |
| Jackson, Geraldine | Superior Ct. of Tippecanoe County IN; No. 79D01-0602-CT-00010 | 2/1/2006 |
| Jackson, Naron | Superior Court of Middlesex County, NJ; L-3754-06 | 5/11/2006 |
| Jackson, Rochelle | Middlesex County Sup. Ct. NJ; No. L-1619-06 | 2/23/2006 |
| Jaggers, Josh | Sup. Court of Middlesex County, NJ; No. L-9069-06 | 11/9/2006 |
| Jay, Janyth | Middlesex County Sup. Ct. NJ; No. L-713-06 | 1/27/2006 |
| Jenkins, Gertrude | Middlesex County Sup. Ct. NJ; No. L-1630-06 | 2/23/2006 |
| Johnson Jr., Willie | Middlesex County Sup. Ct. NJ; No. L-701-06 | 1/27/2006 |
| Johnson, Cynthia | Superior Court of New Castle County, DE; No. 06C-12-022 SER | 12/4/2006 |
| Johnson, Terry | Middlesex County Sup. Ct. NJ; No. L-1597-06 | 2/23/2006 |
| Jones, Gary | Superior Court of New Castle County, DE; No. 06C-01-304-RRC | 1/29/2006 |
| Jones, William L. (NJ) | Middlesex County Superior Court, NJ; No. L-6120-06 | 8/7/2006 |
| Jordan, Jeffrey | Middlesex County Sup. Ct. NJ; No. L-686-06 | 1/27/2006 |
| Kelley, Maura | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00077 | 2/27/2006 |
| Kiggans, Eileen F. | Middlesex County Sup. Ct. NJ; No. L-1821-06 | 2/28/2006 |
| King Jr., Larry | Middlesex County Sup. Ct. NJ; No. L-727-06 | 1/27/2006 |
| King, Yolanda | Middlesex County Sup. Ct. NJ; No. L-1644-06 | 2/23/2006 |
| Kluska, Lori | Middlesex County Superior Court, NJ; No. MID-L-04590-06 | 6/9/2006 |
| Konkol, William | Middlesex County Sup. Ct. NJ; No. L-1601-06 | 2/23/2006 |
| Konrad, Roxann K. | Middlesex County Sup. Ct. NJ; No. L-1786-06 | 2/23/2006 |
| Kovacs, Karl | Superior Ct. of Tippecanoe County IN; No. 79D01-0601-CT-00001 | 1/5/2006 |
| Krall, Stephen | Middlesex County Sup. Ct. NJ; No. L-1618-06 | 2/23/2006 |
| Kramer, Mary | Middlesex County Sup. Ct. NJ; No. L-664-06 | 1/27/2006 |

| | | |
|---|---|---|
| Kramer, Terry | Middlesex County Sup. Ct. NJ; No. L-1604-06 | 2/23/2006 |
| La'Rocque, Shannon | Middlesex County Sup. Ct. NJ; No. L-663-06 | 1/27/2006 |
| Lack, Janet | Middlesex County Sup. Ct. NJ; No. L-1606-06 | 2/23/2006 |
| Laing, Niles et al. | Tippecanoe County Sup. Ct. IN; No. 79D01-0602-CT-00092 | 2/28/2006 |
| Lee, Jerry | Superior Ct. of Jackson County, IN; No. 36D01-0603-CT-2 | 3/1/2006 |
| Lee, Lester | Middlesex County Sup. Ct. NJ; No. L-1574-06 | 2/23/2006 |
| Legaretta, Mario | Middlesex County Sup. Ct. NJ; No. L-659-06 | 1/27/2006 |
| Loganberry, Casonia | Middlesex County Sup. Ct. NJ; No. L-1633-06 | 2/23/2006 |
| Lohn, Traci, Indivually and a/n/f of Anton Lohn | In the Court of Common Pleas Cuyahoga County, OH; No. CV 06 602879 | 9/29/2006 |
| Louden, Clara (IN State) | Decatur Superior Court, IN; 16D01-0705-PL95 | 5/3/2007 |
| Lowery, Michael | Middlesex County Sup. Ct. NJ; No. L-718-06 | 1/27/2006 |
| Lucas, Sharon | Superior Ct. of Marion County, IN; No. 49D110603-CT-11045 | 3/21/2006 |
| Ludington, Kelly (as Guardian of Judy Hensley) and Hensley, Judy | Marion County Sup. Ct. IN; No. D0406020CT006598 | 2/15/2006 |
| Maldanado, Santos by and through his mother and next friend Louise Wilson | County of St. Louis (Consolidated) | 8/24/2005 |
| Mangham, James Randall | Superior Ct. of Tippecanoe County, IN; No. 79D01-0601-CT-00002 | 1/5/2006 |
| Manock, Meri Alice | Superior Ct. of Marion County, IN; No. 49D110603-CT-11048 | 3/21/2006 |
| Mason, Ginger | Superior Court of New Castle County, DE; No. 06C-01-307-RRC | 1/29/2006 |
| Mattison, Patricia | Middlesex County Sup. Ct. NJ; No. L-1577-06 | 2/23/2006 |
| Mays, Michael | Middlesex County Sup. Ct. NJ; No. L-698-06 | 1/27/2006 |
| McCaughrean, Gail | Middlesex County Superior Court, NJ; No. MID-L-004592-06 | 6/9/2006 |
| McClellan, Amy | Middlesex County Sup Ct. NJ; No. L-709-06 | 1/27/2006 |
| McCorkle, David | Sup. Court of Middlesex County NJ; No. L-9109-96 | 11/9/2006 |
| McCorvey, Doris | Middlesex County Superior Court, NJ; No. L-6238-06 | 8/15/2006 |
| McCoy, Janet et al | Sup. Ct. of Los Angeles County, CA; No. BC347857 | 2/23/2006 |
| McKee, Rexanne | Superior Court of Middlesex County, NJ; No. L-9123-06 | 11/9/2006 |
| McLaughlin, Lawrence J. | Middlesex County Sup. Ct. NJ; No. L-1807-06 | 2/28/2006 |
| McSwain, Patricia | Middlesex County Sup. Ct. NJ; No. L-1603-06 | 2/23/2006 |
| Meeker, Harry | Middlesex County Sup. Ct. NJ; No. L-667-06 | 1/27/2006 |
| Meek, Samuel | Marion Superior Court of IN; No. 49D03-0608-PL-031426 | 12/21/2006 |
| Mehringer, Beverly | Middlesex County Sup. Ct. NJ; No. L-683-06 | 1/27/2006 |
| Milhouse, Alfreda N. | Superior Court of NJ, Middlesex County; No. L-3565-06 | 5/1/2006 |
| Miller, Howard | Middlesex County Sup. Ct. NJ; No. L-9114-06 | 11/9/2006 |
| Milovanovic, Milan | Middlesex County Sup. Ct. NJ; No. L-1784-06 | 2/28/2006 |
| Mitchell, Gail | Superior Court of Middlesex County, NJ; No. L-6986-06 | 8/30/2006 |
| Montana, Michael | Sup. Court of Los Angeles County CA; No. BC 360995 | 10/27/2006 |
| Moore, Kelly | Middlesex County Sup. Ct. NJ; No. L-1578-06 | 2/23/2006 |
| Morris, Katherine (NJ) | Middlesex County Superior Court, NJ; No. L-6237-06 | 8/15/2006 |
| Mullings, Estella (NJ) | Middlesex County Superior Court, NJ; No. L-6484-06 | 8/21/2006 |

EXHIBIT C:
CASES IN STATE COURT

EXHIBIT C:
CASES IN STATE COURT

| Name | Court | Date |
|---|---|---|
| Munselle, Janet Lee | Superior Court of New Castle County, DE; No. 06C-08-024 SER | 8/2/2006 |
| Murray, Joshua E. (NJ) | Middlesex County Superior Court, NJ; No. L-6234-06 | 8/15/2006 |
| Mussetter, Anderia W. | Middlesex County Sup. Ct. NJ; No. L-1789-06 | 2/28/2006 |
| Naderi, Babak | Superior Court of CA; BC370490 | 5/1/2007 |
| Naimon, Stacy | Sup. Court of Middlesex County, NJ; No. L-9068-06 | 11/9/2006 |
| Neiswender, Helen | Middlesex County Sup. Ct. NJ; No. L-1586-06 | 2/23/2006 |
| Nevel, Linda L. | Middlesex County Sup. Ct. NJ; No. L-1615-06 | 2/23/2006 |
| Nickels, Patricia R. | Middlesex County Sup. Ct. NJ; No. L-672-06 | 1/27/2006 |
| Nijsse, Cheri | Middlesex County Sup. Ct. NJ; No. L-1576-06 | 2/23/2006 |
| Novosat, Joseph | Middlesex County Sup. Ct NJ; No. L-1635-06 | 2/27/2006 |
| Olenick, Christine (Rep. of Estate) | Cir. Ct. of Brooke County WV No. 03-0019 | 7/8/2003 |
| Oliver, Demitrius A. (NJ) | Superior Court of Middlesex County, NJ. No. L7226-06 | 9/6/2006 |
| Panasci, Anthony | Middlesex County Sup. Ct. NJ; No. L-1612-06 | 2/23/2006 |
| Pearson, David Glen | Marion County Sup. Ct. IN; No. 49D060602CT007653 | 2/28/2006 |
| Perry, Sandra J. | Middlesex County Sup. Ct. NJ; No. L-1799-06 | 2/28/2006 |
| Petersen, Malie | Superior Court of New Castle County DE; No. 06C-01-315-RRC | 1/29/2006 |
| Peterson, Mary | Middlesex County Sup. Ct. NJ; No. L-674-06 | 1/27/2006 |
| Pickard, Carl | Middlesex County Sup. Ct. NJ; No. L-685-06 | 1/27/2006 |
| Pinkney, Tammie | Middlesex County Sup. Ct. NJ; No. L-1564-06 | 2/23/2006 |
| Posey, Brian o/b/o Himself and All Others Similarly Situated | Superior Court of Marion County, IN; No. 49-D01-0606-CT-027212 | 6/30/2006 |
| Price, Herbert (NJ) | Superior Court of Middlesex County, NJ; No. L-7007-06 | 8/31/2006 |
| Putignano, Jenai | Middlesex County Sup. Ct. NJ; No. L-729-06 | 1/27/2006 |
| Ramirez, Miguel A. | Superior Court of Tippecanoe County, IN; No. 0611-CT-00165 | 11/8/2006 |
| Ramsey, Diane | Marion County Superior Court, IN; No. 4980106608CTC32784 | 8/9/2006 |
| Ramsey, Sheila | Middlesex County Sup. Ct. NJ; No. L-670-06 | 1/27/2006 |
| Ransom, Constance | Sup. Court of Middlesex County, NJ; No. L-9063-06 | 11/9/2006 |
| Reichenbach, Shawn | Tippecanoe Sup. Ct. IN; No. 79D01-0602-CT-00013 | 2/6/2006 |
| Rickey, Michael | Superior Ct. of Marion County, IN; No. 49D07-0606-CT-027211 | 6/30/2006 |
| Riley, Cleoide | Middlesex County Sup. Ct. NJ; No. L-696-06 | 1/30/2006 |
| Robinson, Kevin | Middlesex County Sup. Ct. NJ; No. L-1581-06 | 2/23/2006 |
| Robinson, Larry | Sup. Court of Middlesex County, NJ; 3727-06 | 5/9/2006 |
| Rodriguez, Maria Del Consuelo | Superior Ct. of Middlesex County NJ; No. MID-L-9062-06 | 11/9/2006 |
| Roohi, Shahab | Middlesex County Sup. Ct. NJ; No. L-728-06 | 1/27/2006 |
| Rudnick, Elizabeth | Superior Court of Middlesex County, NJ; L-3747-06 | 5/11/2006 |
| Rupp, Timothy | Superior Court of Middlesex County, NJ; No. L-9113-06 | 11/9/2006 |
| Rutkowsky, Joseph J. | Middlesex County Sup. Ct. NJ; No. L-1626-06 | 2/23/2006 |
| Rutledge, Eleanor | Sup. Court of Middlesex County, NJ; No. L-9070-06-MT | 11/9/2006 |
| Ryan, David M. | Middlesex County Sup. Ct. NJ; No. L-1888-06 | 2/28/2006 |
| Santiago, Carla | Middlesex County Superior Court, NJ; No. MID-L-004576-06 | 6/9/2006 |
| Savage, Timothy | Middlesex County Sup. Ct. NJ; No. L-1621-06 | 2/23/2006 |

7

EXHIBIT C:
CASES IN STATE COURT

| | | |
|---|---|---|
| Savellano, Gerald | Middlesex County Sup. Ct. NJ; No. L-669-06 | 1/27/2006 |
| Savic, Florence | Morris County Superior Court, NJ; No. MRS-L-2289-06 | 8/23/2006 |
| Schmittle, Alex J. | Middlesex County Sup. Ct. NJ; No. L-1624-06 | 2/23/2006 |
| Schneider, Tina | Middlesex County Sup. Ct. NJ; No. L-1592-06 | 2/23/2006 |
| Schroeder, Douglas | Superior Court of New Castle County, DE; No. 06C-01-303-RRC | 1/29/2006 |
| Scoggins, Karl et al | Sup. Ct. of Los Angeles County CA; No. BC347858 | 2/23/2006 |
| Sconiers, Jerry et al | Sup. Ct. of Los Angeles County, CA | 1/27/2006 |
| Shadrach III, Bruce | Middlesex County Sup. Ct. NJ; No. L-725-06 | 1/27/2006 |
| Shalley, Perry | Philadelphia County Court of Common Pleas, No. 07-0391 | 7/3/2007 |
| Shelby, Tark | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00081 | 2/27/2006 |
| Shutt, Christopher | Middlesex County Sup. Ct. NJ; No. L-724-06 | 1/27/2006 |
| Sidola, Karen | Middlesex County Sup. Ct. NJ; No. L-1623-06 | 2/23/2006 |
| Silvera, Devon | Superior Court of NJ, Middlesex County; No. L-3538-06 | 5/5/2006 |
| Simpson, Barry | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00078 | 2/27/2006 |
| Skinner, Bryon | Middlesex County Sup. Ct. NJ; No. L-1634-06 | 2/23/2006 |
| Smith, Ida | Middlesex County Sup. Ct. NJ; No. L-1622-06 | 2/23/2006 |
| Smolsky, Susan M. | Middlesex County Sup. Ct. NJ; No. L-1820-06 | 2/28/2006 |
| Sober, Glen G. | Middlesex County Sup. Ct. NJ; No. L-1803-06 | 2/28/2006 |
| Spence, Earl | In the Superior Court of New Castle County, DE; No. 06C-09-019 SER | 9/1/2006 |
| Spiker, Larry | Middlesex County Sup. Ct. NJ; No. L-1617-06 | 2/23/2006 |
| Staats, Mary L. | Middlesex County Sup. Ct. NJ; No. L-1793-06 | 2/28/2006 |
| State of Alaska | Superior Ct for the State of AK, Third Judicial Dist; No. 3AN-06-5630-CIV | 3/1/2006 |
| State of California, ex rel Jaydeen Vicente | Superior Ct. of San Francisco County, CA; No. CGC-07-463338 | 5/11/2007 |
| State of New Mexico Attorney General Investigation | Bernalillo County Second Judicial District Court, NM; No. CV-06-7230 | |
| State of South Carolina, ex rel Henry McMaster, Attorney General | Court of Common Pleas of Spartanburg County, SC | 5/25/2007 |
| State of Utah | Third Judicial District Court of Salt Lake County, UT; No. 070907357 | 5/17/2007 |
| Steinke, Gloria | Middlesex County Sup. Ct. NJ; No. L-711-06 | 1/27/2006 |
| Stevenson, Sandra | Middlesex County Sup. Ct. NJ; No. L-710-06 | 1/27/2006 |
| Stillman, Geraldine | Middlesex County Sup. Ct. NJ; No. L-1588-06 | 2/23/2006 |
| Stoffer, Douglas | Middlesex County Sup. Ct. NJ; No. L-1595-06 | 2/28/2006 |
| Stranghoner, Terry | Superior Ct of the State of DE, for New Castle County, No. 06C-03-011 RRC | 3/1/2006 |
| Streeper, Paul | Superior Court of NJ, Middlesex County; No. L-3534-06 | 5/5/2006 |
| Strickland, Sylvia | Middlesex County Sup. Ct. NJ; No. L-714-06 | 1/27/2006 |
| Strong, Shirley | Superior Ct. of Tippecanoe County, IN; No. 79D01-0602-CT-00094 | 2/28/2006 |
| Surderski, Jayne | Superior Court of Middlesex County NJ; No. L-9115-06-MT | 11/9/2006 |

8

EXHIBIT C:
CASES IN STATE COURT

| Name | Court | Date |
|---|---|---|
| Sutherland, Robert | Cir. Ct. for 1st Dist. Hinds County, MS, No. 251-04-271CIV | 3/30/2004 |
| Suzan III, William P. | Middlesex County Sup. Ct. NJ; No. L-1815-06 | 2/28/2006 |
| Swoope, Reginald | Superior Court of NJ, Middlesex County; No. L-3535-06 | 5/5/2006 |
| Tanner, Eugene O/B/O Estate of Mary Tanner and Stephen E. Tanner | Middlesex County Sup. Ct. NJ; No. L-658-06 | 1/27/2006 |
| Tardy, Danny (Rep. of Estate) | Sup. Ct. Cumberland County, ME No. 03-538 | 10/1/2003 |
| Taylor, Kay | Superior Court of Middlesex County, NJ; No. L-6985-06 | 8/30/2006 |
| Teague, Glenn | Superior Court, CA; CGC-07-462030 | 4/4/2007 |
| Thebeau, Cynthia | Middlesex County Sup. Ct. NJ; No. L-723-06 | 1/27/2006 |
| Thigpen, John (NJ) | Superior Court of Middlesex County, NJ; No. L-6984-06 | 8/30/2006 |
| Thompson, Brenda | Middlesex County Sup. Ct. NJ; No. L-1593-06 | 2/23/2006 |
| Thornton, Nathaniel | Sup. Ct. of New Castle County, DE; No. 06C-01-306RRC | 1/29/2006 |
| Tiger, Jeffrey | Middlesex County Sup. Ct. NJ; No. L-716-06 | 1/27/2006 |
| Tipton, Patricia A. | Middlesex County Sup. Ct. NJ; No. L-1794-06 | 2/28/2006 |
| Torretti, Philip | Superior Court of Middlesex County, NJ; L-9106-06MT | 11/9/2006 |
| Tracy, Patricia | Circuit Ct. of Jefferson County, AL; No. CV-06-921 | 2/14/2006 |
| Tukes, Ann Marie | Middlesex County Sup. Ct. NJ; No. L-1598-06 | 2/23/2006 |
| Viola, Joseph | Superior Court, NJ; 6626-07 | 7/27/2007 |
| Wade, Latrice | Superior Court of NJ, Middlesex County; No. L-3528-06 | 5/5/2006 |
| Walker, Tara B. (NJ) | Middlesex County Superior Court, NJ; No. L-6121-06 | 8/7/2006 |
| Walker, Walter | Sup. Ct. of New Castle County, DE; No. 06C-01-319RRC | 1/29/2006 |
| Wardak, Shafiqa | Superior Court of Los Angeles County, CA Central District; No. BC348211 | 3/1/2006 |
| Wardsworth, Jammie | Superior Court of Middlesex County, NJ; L-3742-06 | 5/11/2006 |
| Ward, Annie | Middlesex County Sup. Ct. NJ; No. L-1568-06 | 2/23/2006 |
| Warner, Edward | Middlesex County Sup. Ct. NJ; No. L-699-06 | 1/27/2006 |
| Warren, Melissa M. | Middlesex County Sup. Ct. NJ; No. L-1804-06 | 2/28/2006 |
| Weitz, David | Superior Court of Middlesex County, NJ; L-3749-06 | 5/11/2006 |
| West, Cheryl | Superior Court of NJ, Middlesex County; No. L-3522-06 | 5/5/2006 |
| West, Michael | Superior Ct. of Middlesex County NJ; No. MID-L-9107-06 | 11/9/2006 |
| Whaley, Karita | Middlesex County Sup. Ct. NJ; No. L-677-06 | 1/27/2006 |
| White, Charon K. | Middlesex County Sup. Ct. NJ; No. L-1818-06 | 2/28/2006 |
| Wickham, Kimberly | Middlesex County Sup. Ct. NJ; No. L-726-06 | 1/27/2006 |
| Wiesen, Robert (NJ) | Superior Court of Middlesex County, NJ; No. L7222-06 | 9/6/2006 |
| Wiggins, Brenda | Middlesex County Sup. Ct. NJ; No. L-712-06 | 1/27/2006 |
| Wilder, Jonathan | Middlesex County Sup. Ct. NJ; No. L-1616-06 | 2/23/2006 |
| Williams, Rebecca | Middlesex County Sup. Ct. NJ; No. L-708-06 | 1/27/2006 |
| Williams, Terri | Sup. Ct. of New Castle County, DE; No. 06C-01-309RRC | 1/29/2006 |
| Willirich, Sonia | Middlesex County Sup. Ct. NJ; No. L-1782-06 | 2/28/2006 |
| Wimberly, Rex L. | Sup. Ct. of New Castle County, DE; No. 06C-01-308RRC | 1/27/2006 |
| Wingfield, Bobby | Middlesex County Sup. Ct. NJ; No. L-706-06 | 1/27/2006 |
| Wise, Randi | Middlesex County Sup. Ct. NJ; No. L-675-06 | 1/27/2006 |
| Wister, Marie E. | Middlesex County Sup. Ct. NJ; No. L-1647-06 | 2/23/2006 |
| Wolff, Benjamin | Middlesex County Sup. Ct. NJ; No. L-1602-06 | 2/23/2006 |
| Wood, Wanda | Superior Ct. of Middlesex County, NJ; No. L1643-06 | 2/23/2006 |
| Wright, Reathe | Marion County Sup. Ct. IN; No. D120602CT066532 | 2/15/2006 |

EXHIBIT C:
CASES IN STATE COURT

| | | |
|---|---|---|
| Youngblood, Harvey | Superior Court of Tippecanoe County, IN; No. 79D01-0602-CT-00075 | 2/27/2006 |