UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 1 1 2005 ★
BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION

ORDER
04 MD 1596 (JBW)

-------------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

———————————————
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

