1    **Timothy T. Scott (SBN 126971)**
     **tscott@sidley.com**

2    **Geoffrey M. Ezgar (SBN 184243)**
     **gezgar@sidley.com**

3    **Paul L. Yanosy (SBN 233014)**
     **pyanosy@sidley.com**

4    **SIDLEY AUSTIN LLP**
     **555 California Street**

5    **San Francisco, California  94104**
     **Telephone:        (415) 772-1200**

6    **Facsimile:        (415) 772-7400**

7    **Paul E. Kalb, M.D.**
     **SIDLEY AUSTIN LLP**

8    **1501 K Street, N.W.**
     **Washington, D.C.  20005**

9    **Telephone:    (202) 736-8000**
     **Facsimile:    (202) 736-8711**

10

11   **Nina M. Gussack**
     **Andrew R. Rogoff**

12   **PEPPER HAMILTON LLP**
     **3000 Two Logan Square**
     **Eighteenth and Arch Streets**

13   **Philadelphia, PA  19103-2799**
     **Telephone:    (215) 981-4000**

14   **Facsimile:    (215) 981-4750**

15   **Attorneys For Defendant**
     **ELI LILLY AND COMPANY**

16

17               UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel*. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | Case No. 07-cv-04911-SI |
| Relators, | Assigned to: Hon. Susan Illston |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| ELI LILLY AND COMPANY, | |
| Defendant. | Date:  November 9, 2007 Time:  9:00 a.m. Place: Courtroom 10, 19th Floor |

27

28

1      Defendant Eli Lilly and Company's ("Lilly") Motion to Stay All Proceedings

2   Pending Transfer By The Judicial Panel on Multidistrict Litigation (the "Motion") came on for

3   hearing before this Court on November 9, 2007 at 9:00 a.m.  All parties were represented by

4   counsel.

5      Having considered the moving and opposition papers and heard the oral arguments of

6   counsel, the Court HEREBY ORDERS as follows: the Motion is granted and all proceedings in this

7   case are stayed pending transfer of the case to the Zyprexa MDL in the Eastern District of New

8   York.

9      IT IS SO ORDERED.

10

11

12  DATED:   November __, 2007      _____

13                                 Honorable Susan Illston
                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER – CASE NO. 07-cv-04911-SI**

SF1 1473001v.1