1  **Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
2  **Geoffrey M. Ezgar (SBN 184243)**
**gezgar@sidley.com**
3  **Paul L. Yanosy (SBN 233014)**
**pyanosy@sidley.com**
4  **SIDLEY AUSTIN LLP**
**555 California Street**
5  **San Francisco, CA  94104**
**Telephone:       (415) 772-1200**
6  **Facsimile:       (415) 772-7400**

7  **Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
8  **1501 K Street, N.W.**
**Washington, D.C.  20005**
9  **Telephone:   (202) 736-8000**
**Facsimile:    (202) 736-8711**
10
**Nina M. Gussack**
11 **Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
12 **3000 Two Logan Square**
**Eighteenth and Arch Streets**
13 **Philadelphia, PA  19103-2799**
**Telephone:   (215) 981-4000**
14 **Facsimile:    (215) 981-4750**

15 **Attorneys For Defendant**
**ELI LILLY AND COMPANY**
16

17                        UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | Case No.  07-cv-04911-SI |
| | Assigned to: Hon. Susan Illston |
| Relators, | **CERTIFICATE OF SERVICE** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

**CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI**

SF1 1473016v.1

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On October 3, 2007, I served the foregoing document(s) described as:

1. **DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;**

2. **NOTICE OF MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDINGS TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; MEMORANDUM IN SUPPORT THEREF;**

3. **[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; AND**

4. **PROOF OF SERVICE**

on all interested parties in this action as follows:

☒ (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown below.

Nancy Hersh, Esq., State Bar No. 49091
Mark E. Burton, Jr. Esq., State Bar No. 178400
Rachel Abrams, Esq., State Bar No. 209316
jolasov@hershlaw.com
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

☒ (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

Mark Zahner, Chief Prosecutor, State Bar No. 137732
Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
1455 Frazee Road, Suite 315
San Diego, CA 92108
(619) 688-6065

1  I declare under penalty of perjury under the laws of the State of California that
2  the above is true and correct.
3  Executed on October 3, 2007, at San Francisco, California.

By: _____
Lisa C. Donohue

**CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI**

SF1 1473016v.1