1  I declare under penalty of perjury under the laws of the State of California that
2  the above is true and correct.
3  Executed on October 3, 2007, at San Francisco, California.

By: *[signature]*
Lisa C. Donohue

---

**CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI**

SF1 1473016v.1