IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE OF,

    Plaintiff,

v.

ELI LILLY AND CO.,

    Defendant.

No. C 07-04911SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 21, 2007, at 2:00 p.m. Counsel shall comply with the attached order when preparing for the conference.

Defendant's Motion to Stay Proceedings has been continued to Friday, November 16, 2007, at 9:00 a.m.

Dated: October 5, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk