1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Geoffrey M. Ezgar (SBN 184243)**
   **gezgar@sidley.com**
3  **Paul L. Yanosy (SBN 233014)**
   **pyanosy@sidley.com**
4  **SIDLEY AUSTIN LLP**
   **555 California Street**
5  **San Francisco, California  94104**
   **Telephone:      (415) 772-1200**
6  **Facsimile:       (415) 772-7400**

7  **Paul E. Kalb, M.D.**
   **SIDLEY AUSTIN LLP**
8  **1501 K Street, N.W.**
   **Washington, D.C.  20005**
9  **Telephone:    (202) 736-8000**
   **Facsimile:     (202) 736-8711**

10

11 **Nina M. Gussack**
   **Andrew R. Rogoff**
   **PEPPER HAMILTON LLP**
12 **3000 Two Logan Square**
   **Eighteenth and Arch Streets**
13 **Philadelphia, PA  19103-2799**
   **Telephone:    (215) 981-4000**
14 **Facsimile:     (215) 981-4750**

15 **Attorneys For Defendant**
   **ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>       Relator,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>       Defendant. | Case No. 07-cv-04911-SI<br><br>Assigned to: Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION TO PLACE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER – CASE NO. 07-cv-04911-SI**

Having considered Defendant Eli Lilly and Company's ("Lilly") *Ex Parte* Motion to File Documents Under Seal, pursuant to Local Rule 79-5. the Court HEREBY ORDERS as follows:

1. The following portions of Lilly's previously-filed Notice of Removal shall be placed under seal:

   (a) pages 3 and 5 of Exhibit A to Relator's Complaint entitled, *Superior Court of the State of California in and for the City and County of San Francisco, captioned as State of California ex. rel. Jaydeen Vicente and Jaydeen Vicente Individually, Plaintiffs, v. Eli Lilly and Company*, which is attached as an exhibit to the Notice of Removal (the "Complaint");

   (b) Exhibit C to the Complaint;

   (c) Exhibit D to the Complaint;

   (d) Exhibit E to the Complaint;

   (e) Exhibit F to the Complaint;

   (f) Exhibit G to the Complaint;

   (g) Exhibit H to the Complaint;

   (h) Exhibit I to the Complaint;

   (i) Exhibit J to the Complaint;

   (j) Exhibit K to the Complaint;

   (k) Exhibit L to the Complaint; and

   (l) Exhibit M to the Complaint.

2. Consistent with the above, the complete and un-redacted version of the Notice of Removal is hereby ordered sealed.

3. A redacted version of the Notice of Removal consistent with this Order shall be maintained in the public file.

4. The Confidentiality Agreement attached as Exhibit B to the Declaration of Andrew R. Rogoff in Support of Defendant Eli Lilly and Company's Ex Parte Motion to Place Documents Under Seal shall be placed under seal.

IT IS SO ORDERED.

DATED: October __, 2007          _____
                                                  Honorable Susan Illston
                                                  United States District Judge

-3-
**[PROPOSED] ORDER – CASE NO. 07-cv-04911-SI**

SF1 1473508v.1