1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California 94104
   Telephone:    (415) 772-1200
6  Facsimile:    (415) 772-7400

7  Paul E. Kalb, M.D.
   SIDLEY AUSTIN LLP
8  1501 K Street, N.W.
   Washington, D.C. 20005
9  Telephone:   (202) 736-8000
   Facsimile:   (202) 736-8711
10

   Nina M. Gussack
11 Andrew R. Rogoff
   PEPPER HAMILTON LLP
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA 19103-2799
   Telephone: (215) 981-4000
14 Facsimile: (215) 981-4750

15 Attorneys For Defendant
   ELI LILLY AND COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20 STATE OF CALIFORNIA *ex rel.* JAYDEEN  )  Case No. 07-cv-04911-SI
   VICENTE and JAYDEEN VICENTE             )
21 Individually,                            )  Assigned to: Hon. Susan Illston
                                            )
22                                          )
                Relator,                    )  **DECLARATION OF ANDREW R. ROGOFF**
23                                          )  **IN SUPPORT OF DEFENDANT ELI LILLY**
                                            )  **AND COMPANY'S *EX PARTE* MOTION**
24        v.                                )  **TO PLACE DOCUMENTS UNDER SEAL**
                                            )
25                                          )
   ELI LILLY AND COMPANY,                   )
26                                          )
                                            )
27              Defendant.                  )
                                            )
28

---

SF1 1473304v.1                    ROGOFF DECLARATION

I, Andrew R. Rogoff, declare as follows:

1. I am an attorney with Pepper Hamilton LLP. I will be applying for *pro hac vice* admission to this court to represent defendant Eli Lilly and Company ("Lilly") in the above-captioned matter. I make this declaration in support of Lilly's *Ex Parte* Motion to Place Documents Under Seal.

2. I am one of the attorneys representing Lilly in the matter captioned *In Re Zyprexa Products Liability Litigation*, MDL No. 1596 (the "MDL"), in the United States District Court for the Eastern District of New York. As such, I have personal knowledge of the procedures implemented in the MDL to protect Lilly's confidential materials and the documents subject to such protection.

3. Attached as Exhibit A hereto is a copy of one of the protective orders entered in the MDL ("CMO-3").

4. Hersh & Hersh is counsel to several plaintiffs in the MDL and a signatory to CMO-3.

5. On October 2, 2007, I asked Rachel Abrams, one of the attorneys at Hersh & Hersh representing Relator, to enter into a stipulation that certain confidential materials attached to the Complaint in this matter be placed under seal. She refused to enter into such a stipulation.

6. Ms. Abrams told me that her law firm received the exhibits to the Complaint from Ms. Vicente, and not from the production of documents by Lilly pursuant to CMO-3.

7. The following documents attached to the Complaint are essentially the same as documents produced in the MDL and subject to CMO-3: (a) Exhibit A, pages 3 and 5; (b) Exhibit D; (c) Exhibit E; (d) Exhibit F; (e) Exhibit G; and (f) Exhibit H.

8. In my capacity as counsel for Lilly, I have also received true and correct copies of certain documents relating to Relator Jaydeen Vicente, including Exhibits B and C attached hereto.

9. Attached as Exhibit B is a true and correct copy of the "Employee Confidentiality and Invention Agreement" signed by Jaydeen Vicente on July 16, 2001. This document is confidential, and Lilly is also seeking to place it under seal.

10. Attached as Exhibit C is a true and correct copy of an e-mail sent by Jaydeen Vicente on July 24, 2003 to Jill Schein and Charmayne Rauch.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 10th day of October 2007 at Philadelphia, Pennsylvania.

*/s/ Andrew R. Rogoff*
Andrew R. Rogoff