# EXHIBIT C

**REDACTED**

Jaye J Ramirez  
07/24/03 11:18 AM

To: Jill A Schein/AM/LLY@Lilly  
cc: Charmayne M Rauch/AM/LLY@Lilly  
Subject: Letter of Resignation

To Eli Lilly & Company:

**REDACTED**

I will contact Charmayne Rauch immediately to make arrangements for the return of any property belonging to Eli Lilly & Co.

**REDACTED**

Jaye Ramirez