Timothy T. Scott (SBN 126971)
tscott@sidley.com
Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
Paul L. Yanosy (SBN 233014)
pyanosy@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, California  94104
Telephone:       (415) 772-1200
Facsimile:       (415) 772-7400

Paul E. Kalb, M.D.
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 736-8000
Facsimile:   (202) 736-8711

Nina M. Gussack
Andrew R. Rogoff
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750

Attorneys For Defendant
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>         Relator,<br><br>   v.<br><br>ELI LILLY AND COMPANY,<br><br>         Defendant. | Case No. 07-cv-04911-SI<br><br>Assigned to: Hon. Susan Illston<br><br>**DECLARATION OF TIMOTHY T. SCOTT IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION TO PLACE DOCUMENTS UNDER SEAL** |

SCOTT DECLARATION

SF1 1473683v.1

I, Timothy T. Scott, declare as follows:

1.  I am an attorney with Sidley Austin LLP. I am admitted to this Court and am one of the attorneys representing defendant Eli Lilly and Company ("Lilly") in the above-captioned matter. I make this declaration in support of Lilly's *Ex Parte* Motion to Place Documents Under Seal (the "Motion").

2.  On October 9, 2007, I spoke to Mark Burton, one of the attorneys at Hersh & Hersh representing Relator, and informed him that Lilly would be filing the Motion. Mr. Burton stated that Relator would oppose the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 9th day of October 2007 at San Francisco, California.

s/Timothy T. Scott
———————————————————
Timothy T. Scott

2
**SCOTT DECLARATION**