Timothy T. Scott (SBN 126971)
tscott@sidley.com
Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
Paul L. Yanosy (SBN 233014)
pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

Paul E. Kalb, M.D.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:    (202) 736-8000
Facsimile:    (202) 736-8711

Nina M. Gussack
Andrew R. Rogoff
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:    (215) 981-4000
Facsimile:    (215) 981-4750

Attorneys For Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Relators,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No. 07-cv-04911-SI<br><br>Assigned to: Hon. Susan Illston<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI

SF1 1473826v.1

1        I am employed in the County of San Francisco, State of California. I am over
2  the age of 18 and not a party to the within action. My business address is Sidley Austin LLP,
3  555 California Street, San Francisco, California 94104.
4        On October 11, 2007, I served the following document(s) described as:

5        **NOTICE OF REMOVAL (SUBMITTED UNDER SEAL)**

6        **DECLARATION OF ANDREW R. ROGOFF IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION**
7        **TO PLACE DOCUMENTS UNDER SEAL**

8     NOTE: (Parties will receive the electronic copies of the redacted versions of the sealed documents as well as the associated documents via ECF electronic
9     notification.)

10  on all interested parties in this action as follows:

11  ☒ (FEDERAL EXPRESS) I served the foregoing document(s) by Federal Express as follows: I placed true copies of the document(s) in a sealed envelope addressed to each
12  interested party as shown below. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's practice
13  for collection and processing of correspondence for mailing via Federal Express (an express service carrier which provides overnight delivery). Under that practice, the sealed, addressed
14  envelope(s) are delivered to an authorized courier or driver authorized by Federal Express the same date they are collected and processed, with all charges paid.

17  Nancy Hersh, Esq., State Bar No. 49091
    Mark E. Burton, Jr. Esq., State Bar No. 178400
18  Rachel Abrams, Esq., State Bar No. 209316
    jolasov@hershlaw.com
19  HERSH & HERSH
    A Professional Corporation
20  601 Van Ness Avenue, 2080 Opera Plaza
    San Francisco, CA 94102-6388
21  (415) 441-5544

23  Mark Zahner, Chief Prosecutor, State Bar No. 137732
    Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
24  1455 Frazee Road, Suite 315
    San Diego, CA 92108
25  (619) 688-6065

**CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI**

SF1 1473826v.1

1 | I declare under penalty of perjury under the laws of the State of California that
2 | the above is true and correct.

Executed on October 11, 2007, at San Francisco, California.

By: *(signature)* Joan Nielson

CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-SI

SF1 1473826v.1