IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE, and JAYDEEN VICENTE individually.<br><br>　　　　Plaintiffs,<br>　　v.<br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant.<br>_____/ | No.  C 07-4911 SI<br><br>**RECUSAL ORDER** |

I hereby recuse myself in the above entitled matters and request that the cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: October 12, 2007

_____
SUSAN ILLSTON
United States District Judge