```
 1  NANCY HERSH, ESQ., State Bar No. 49091
    MARK E. BURTON, JR., ESQ., State Bar No. 178400
 2  RACHEL ABRAMS, ESQ., State Bar No. 209316
    JEANETTE HAGGAS, ESQ., State Bar No. 244713
 3  HERSH & HERSH
 4  A Professional Corporation
    601 Van Ness Avenue, 2080 Opera Plaza
 5  San Francisco, CA  94102-6388
    (415) 441-5544
 6
 7  Attorneys for Plaintiffs
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | CASE NUMBER 07-cv-04911-SI<br><br>DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL |

- 1 -
PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION
FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL

I, Jeanette Haggas, declare:

1. I am an attorney duly licensed to practice law before the Courts of the State of California. I am an associate in the law firm of Hersh & Hersh, attorneys of record for Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto:

2. I make this Declaration in Support of Plaintiffs' Opposition To Defendant Eli Lilly And Company's *Ex Parte* Motion For Leave To Place Documents Under Seal.

3. Attached as **Exhibit A** is a true and correct copy of the Opinion & Order, dated August 3, 2007, in the action entitled, *South Carolina v. Eli Lilly & Co.*, Slip Op., 2007 WL 2261693 (D.S.C. Aug. 3, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly and Company ("Lilly") as the Plaintiffs in the case at bar. The District Court for the District of South Carolina granted plaintiff's motion to remand.

4. Attached as **Exhibit B** is a true and correct copy of the Order Re: Plaintiff's Claim Of Proof, dated August 1, 2007, in the action entitled, *Alaska v. Eli Lilly & Co.*, Slip Op., No. 06-88, 2006 WL 2168831, at *2 (D. Ak. July 28, 2006). In this action, the plaintiff alleged similar claims against Lilly as the Plaintiffs in the case at bar. The District Court for the District of Alaska granted plaintiff's motion to remand.

PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL

5. Attached as **Exhibit C** is a true and correct copy of the Memorandum Decision And Order Denying Defendants' Motion To Stay And Granting Plaintiff's Motion To Remand, dated September 4, 2007, in the action entitled, *Utah v. Eli Lilly & Co.,* Slip. Op., No. 07-380 (D. Utah Sept. 4, 2007). In this action, the plaintiff alleged similar claims against Lilly as the Plaintiffs in the case at bar. The District Court for the District of Utah granted plaintiff's motion to remand.

6. Attached as **Exhibit D** is a true and correct copy of the Memorandum And Order, dated June 27, 2007, in the action entitled, *Pennsylvania v. Eli Lilly & Co.,* No. 07-1083, 2007 WL 1876531 (E.D. Pa. June 27, 2007). In this action, the plaintiff alleged similar claims against Lilly as the Plaintiffs in the case at bar. The District Court for the Eastern District of Pennsylvania granted plaintiff's motion to remand.

7. Attached as **Exhibit E** is a true and correct copy of a press release entitled, "Lilly Announces Updates to the Zyprexa and Symbyax U.S. Labels," dated October 5, 2007, and available online at http://newsroom.lilly.com/releaseDetail.cfm?ReleaseID=267502.

- 3 -
PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL

8. Attached as **Exhibit F** is a true and correct copy of an article entitled, "Zyprexa Documents," which is available online at http://www.furiousseasons.com/zyprexadocs.html.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 15, 2007, at San Francisco, California.

By_____s/Jeanette Haggas_____
JEANETTE HAGGAS