NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

Attorneys for Plaintiffs

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CASE NUMBER CGC-07-463338<br><br>**PROOF OF SERVICE** |

- 1 -
PROOF OF SERVICE

## PROOF OF SERVICE

I, Portland Grant, declare:

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6388.

On October 15, 2007, I served the following:

PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL;

DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S *EX PARTE* MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL

in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

Carlotta R. Hivoral
Deputy Attorney General
Edmund G. Brown, Jr.
Attorney General of the State of California
Mark Zahner
Chief Prosecutor
Brian V. Frankel
Supervising Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: (619) 688-6065
Facsimile: (619) 688-4200
Counsel for the State of California

Timothy T. Scott
Geoffrey M. Ezgar
Paul L. Yanosy
Sidley Austin LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200
fax: (415) 772-7400
Attorneys for Def. Eli Lilly and Company

Paul E. Kalb, M.D.
Sidley Austin LLP
1501 K Street N.W.
Washington, DC 20005
(202) 736-8000
fax: (202) 736-8711
Attorneys for Def. Eli Lilly and Company

Nina M. Gussack
Andrew R. Rogoff
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
fax: (215) 981-4750
Attorneys for Def. Eli Lilly and Company

___ **(BY CERTIFIED U.S. MAIL RETURN RECEIPT REQUESTED)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

___ **(BY PERSONAL SERVICE)** I served by hand each such envelope to the addressee above.

___ **(BY OVERNIGHT DELIVERY)** I placed a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s), and causing said envelope to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

___ **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

_X_ **(BY E-FILING/E-SERVICE)** I transmitted via e-filing/e-service the document(s) listed before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on October 15, 2007, at San Francisco, California.

_____
Portland Grant