NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | CASE NUMBER 07-cv-04911-CRB |
| Plaintiffs, | JUDGE BREYER'S STANDING ORDERS |
| vs. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

- 1 -
JUDGE BREYER'S STANDING ORDERS

## STANDING ORDERS

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. Scheduling Days:
a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:15 p.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
b. Civil Law and Motion Calendar is conducted on Fridays at **10:00 a.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
c. Case Management Conferences are conducted on Fridays at **8:30 a.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
d. Pretrial conferences are generally conducted at **2:30 p.m.** on days determined by the Court.
e. Counsel need not reserve a hearing date for motions, however, counsel are advised to check the legal papers for unavailable dates. Noticed dates may be reset as the Court's calendar requires.

3. Motions to compel discovery are referred to a Magistrate Judge for assignment and shall be noticed for hearing before the assigned Magistrate Judge.

4. No changes in the Court's schedule shall be made *except by signed order of the Court and only upon a showing of good cause.* Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an *ex parte* application in writing.

5. Briefs or Memoranda of Points and Authorities in support of, or in opposition to, any motions filed in this action must be typed on 28-line, double-spaced pleading paper and, except for summary judgment motions, may not exceed **FIFTEEN** (15) pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required. Briefs exceeding ten (10) pages in length must contain an **additional** summary of argument, including reference to any important cases cited. Summary judgment memoranda may not exceed 25 pages. Counsel shall submit a proposed form of order with all motion and opposition papers.

6. Counsel in civil matters shall comply with the Court's Guidelines for trial and pre-trial conference.

PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4 AND 5, FEDERAL RULES OF CIVIL PROCEDURE, AND TO FILE WITH THE CLERK OF THE COURT A CERTIFICATE REFLECTING SUCH SERVICE.

**IT IS SO ORDERED.**

Dated: June 30, 2004

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Portland Grant, declare:

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6388.

On October 15, 2007, I served the following:

JUDGE BREYER'S STANDING ORDERS

in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

Carlotta R. Hivoral
Deputy Attorney General
Edmund G. Brown, Jr.
Attorney General of the State of California
Mark Zahner
Chief Prosecutor
Brian V. Frankel
Supervising Deputy Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: (619) 688-6065
Facsimile: (619) 688-4200
Counsel for the State of California

Timothy T. Scott
Geoffrey M. Ezgar
Paul L. Yanosy
Sidley Austin LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200
fax: (415) 772-7400
Attorneys for Def. Eli Lilly and Company

Paul E. Kalb, M.D.
Sidley Austin LLP
1501 K Street N.W.
Washington, DC 20005
(202) 736-8000
fax: (202) 736-8711
Attorneys for Def. Eli Lilly and Company

Nina M. Gussack
Andrew R. Rogoff
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
fax:  (215) 981-4750
Attorneys for Def. Eli Lilly and Company

__X__  **(BY U.S. MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____  **(BY PERSONAL SERVICE)** I served by hand each such envelope to the addressee above.

____  **(BY OVERNIGHT DELIVERY)** I placed a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s), and causing said envelope to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

____  **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

____  **(BY E-FILING/E-SERVICE)** I transmitted via e-filing/e-service the document(s) listed before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on October 15, 2007, at San Francisco, California.

_____
Portland Grant