NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CASE NUMBER 07-CV-04911-CRB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1447]**<br><br>Date:       November 30, 2007<br>Time:       10:00 a.m.<br>Courtroom:  8, 19th Floor<br><br>Honorable Charles R. Breyer |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2007, at the hour of 10:00 a.m., or as soon thereafter as the matter can be heard before the Honorable Charles R. Breyer, United States District Court, Northern District of California, Plaintiff will and hereby does move the Court for an order remanding this case to the Superior Court in and for the

- 1 -
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1447]

City and County of San Francisco, State of California, from which it was removed, pursuant to 28 U.S.C. 1441.

The motion is based on this Notice, the Motion to Remand, the Memorandum of Points and Authorities in Support of Remand, the Declaration of Jeanette Haggas and the exhibits attached thereto, all papers filed in relation to Plaintiffs' Motion to Remand, filed concurrently herewith, the complete files and records in this action, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED: October 19, 2007.

HERSH & HERSH
A Professional Corporation

By    /s/ Jeanette Haggas
NANCY HERSH, ESQ.
MARK E. BURTON, JR., ESQ.
RACHEL ABRAMS, ESQ.
JEANETTE HAGGAS, ESQ.
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

AND

BRIAN P. KENNEY, ESQ.
MEREDITH T. SHEPHERD, ESQ.
BRANDON J. LAURIA, ESQ.
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Telephone: (610) 940-9099
Facsimile: (610) 940-0284

Attorneys for Plaintiffs

- 2 -
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1447]