NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CASE NUMBER 07-CV-04911-CRB <br><br> **DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT** <br> **[28 U.S.C. §1447]** <br><br> Date: November 30, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 8, 19th Floor <br><br> Honorable Charles R. Breyer |

- 1 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND
CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1447]

I, Jeanette Haggas, declare:

1. I am an attorney duly licensed to practice law before the Courts of the State of California. I am an associate in the law firm of Hersh & Hersh, attorneys of record for Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto:

2. I make this Declaration in Support of Plaintiffs' Motion To Remand.

3. Attached as **Exhibit A** is a true and correct copy of the Opinion & Order, dated August 3, 2007, in the action entitled, *South Carolina v. Eli Lilly & Co.*, Slip Op., 2007 WL 2261693 (D.S.C. Aug. 3, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The District Court for the District of South Carolina granted plaintiff's motion to remand.

4. Attached as **Exhibit B** is a true and correct copy of the Order Re: Plaintiff's Claim Of Proof, dated August 1, 2007, in the action entitled, *Alaska v. Eli Lilly & Co.*, Slip Op., No. 06-88, 2006 WL 2168831, at *2 (D. Ak. July 28, 2006). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The superior court declined to rule on the sufficiency of the state's proffered method to prove its case. The court further denied Eli Lilly's claims that the plaintiff's complaint was "remote" and held that the plaintiff's strict liability claims were not barred by the "economic loss

rule". Additionally, the court denied Lilly's motion to dismiss plaintiff's claims of unfair trade practices.

5. Attached as **Exhibit C** is a true and correct copy of the Memorandum Decision And Order Denying Defendants' Motion To Stay And Granting Plaintiff's Motion To Remand, dated September 4, 2007, in the action entitled, *Utah v. Eli Lilly & Co.*, Slip. Op., No. 07-380 (D. Utah Sept. 4, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The District Court for the District of Utah granted plaintiff's motion to remand.

6. Attached as **Exhibit D** is a true and correct copy of the Memorandum And Order, dated June 27, 2007, in the action entitled, *Pennsylvania v. Eli Lilly & Co.*, No. 07-1083, 2007 WL 1876531 (E.D. Pa. June 27, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The Eastern District Pennsylvania Court granted plaintiff's motion to remand.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 19, 2007, at San Francisco, California.

By ___/s/ Jeanette Haggas___
JEANETTE HAGGAS

- 3 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1447]