NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CASE NUMBER 07-CV-04911-CRB<br><br>[PROPOSED] ORDER |

- 1 -
[PROPOSED] ORDER

The matter of Plaintiffs' Motion to Remand came on for hearing before this Court. The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is GRANTED pursuant to 28 U.S.C. §1447(c).

IT IS SO ORDERED.

DATED:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CHARLES R. BREYER