**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | No. C 07-04911 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ELI LILLY AND CO., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion currently on calendar for November 30, 2007 to **Friday, December 7, 2007 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy