NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CASE NUMBER 07-CV-04911-CRB <br><br> ***EX PARTE* APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS** |

- 1 -
EX PARTE APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS

Plaintiff-Relator Vicente's *Ex Parte* Application is made pursuant to this Court's standing orders and Civil Local Rules 7-10 and 7-11.

Counsel for Relator Vicente contacted two of Defendant's attorneys by email on Thursday, November 15, 2007, requesting a stipulation to exceed the 15-Page Limitation on briefs for Vicente's Opposition To Defendant Eli Lilly & Company's Motion To Dismiss. That evening I discussed the matter with the attorneys for Defendant and they refused to stipulate to exceed the 15 page limitation and allow the normal 25 page limitation.

At the time the motion to dismiss was filed, the case was pending before the Hon. Susan Illston and the motion's memorandum of law exceeds 20 pages. Further, the motion to dismiss is made on multiple statutory grounds and raises complex issues regarding qui tam law and California's Unfair Competition law. Thus, Relator Vicente requests that she be allowed the page limitation provided for by the Federal Rules of Civil Procedure of 25 pages for her Opposition to Defendant's Motion to Dismiss.

DATED: November 16, 2007.

        HERSH & HERSH
        A Professional Corporation


By        s/ Mark Burton
   NANCY HERSH, ESQ., State Bar No. 49091
   MARK E. BURTON, JR., ESQ., State Bar No. 178400
   RACHEL ABRAMS, ESQ., State Bar No. 209316
   JEANETTE HAGGAS, ESQ., State Bar No. 244713
   HERSH & HERSH, A Professional Corporation
   601 Van Ness Avenue, 2080 Opera Plaza
   San Francisco, CA 94102-6388
   (415) 441-5544
   Attorneys for Plaintiff