NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CASE NUMBER 07-CV-04911-CRB<br><br>**DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS** |

- 1 -
DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO EXCEED THE 15-PAGE
LIMITATION ON OPPOSITION BRIEFS

I, Mark Burton, declare:

1. I make this declaration in support of Plaintiff-Relator's Ex Parte Application to exceed the 15 page limitation on opposition briefs.

2. I am an attorney in good standing of the California Bar and the United States Northern District of California.

3. I contacted two attorneys at Sidley Austin primarily responsible for the representation of Defendant in this matter by email on November 15, 2007. My email requested a stipulation for Vicente's Opposition to Defendant's Motion to Dismiss to exceed the 15 page limitation set by this Court's standing orders. That evening I discussed the stipulation with both of those attorneys and my request for the normal 25 page limitation was refused. Thus, necessitating this Ex Parte request. Defendant's attorneys are aware that Vicente would file this request today.

4. The Opposition brief involved an analysis of complicated legal issues regarding qui tam cases involving issues of law and fact and can not be adequately briefed within 15 pages.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2007, at San Francisco, California.

By /s/ MARK BURTON

- 2 -
DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS