1    Timothy T. Scott (SBN 126971)
     tscott@sidley.com
2    Geoffrey M. Ezgar (SBN 184243)
     gezgar@sidley.com
3    Paul L. Yanosy (SBN 233014)
     pyanosy@sidley.com
4    SIDLEY AUSTIN LLP
     555 California Street
5    San Francisco, California  94104
     Telephone:      (415) 772-1200
6    Facsimile:      (415) 772-7400

7    Paul E. Kalb, M.D.
     SIDLEY AUSTIN LLP
8    1501 K Street, N.W.
     Washington, D.C.  20005
9    Telephone:    (202) 736-8000
     Facsimile:    (202) 736-8711

10

11   Nina M. Gussack
     Andrew R. Rogoff
12   PEPPER HAMILTON LLP
     3000 Two Logan Square
13   Eighteenth and Arch Streets
     Philadelphia, PA  19103-2799
     Telephone:    (215) 981-4000
14   Facsimile:    (215) 981-4750

15   Attorneys For Defendant
     ELI LILLY AND COMPANY
16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

20   STATE OF CALIFORNIA *ex rel.* JAYDEEN      )    Case No. 07-cv-04911-CRB
     VICENTE and JAYDEEN VICENTE               )
21   Individually,                              )    Assigned to: Hon. Charles R. Breyer
                                                )
22                      Relators,               )    **DEFENDANT'S OPPOSITION TO
                                                )    RELATOR'S *EX PARTE* MOTION TO
23              v.                              )    EXCEED THE 15-PAGE LIMITATION ON
                                                )    OPPOSITION BRIEFS**
24                                              )
                                                )
25   ELI LILLY AND COMPANY,                     )
                                                )
26                      Defendant.              )
                                                )
27   _____       )

28

---

1    1.    The hearing dates for three pending motions in this case—Defendant Eli Lilly and

2    Company's ("Lilly") Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand—

3    are set for December 7, 2007.   Because the Thanksgiving holiday falls within the midst of the

4    briefing schedule on these motions, both parties will have only three business days to prepare replies

5    (with Lilly having to file two separate replies), which are due on November 21, 2007.

6    2.    If the November 21, 2007 deadline stands, counsel for Lilly will have an extremely

7    limited time period to discuss Lilly's replies with Lilly's Indiana-based in-house counsel.  Moreover,

8    at least two of the attorneys on this matter for Lilly have had to, or will have to, cancel or modify

9    their Thanksgiving air travel in order to accommodate this schedule.

10    3.    On November 14, 2007,  Lilly's counsel contacted Relator's counsel and suggested,

11    in light of the tight schedule imposed by the Thanksgiving holiday, that the parties stipulate to

12    additional time for the filing of reply briefs and a re-setting of the hearing date for a week or two

13    after December 7th.  Relator rejected this suggestion.

14    4.    Late in the afternoon of November 15, 2007, Relator's counsel contacted Lilly's

15    counsel asking whether Lilly would object to Relator filing a 25-page response brief.   Notably,

16    Relator received Lilly's Motion to Dismiss on September 28, 2007, but waited over six weeks to

17    make this request.   Lilly offered to stipulate to the page extension if Relator agreed to Lilly's earlier

18    request to move the hearing date to enlarge the time available to respond and avoid the

19    complications created by the Thanksgiving holiday.  Relator not only refused but, in her current *ex

20    parte* motion, failed to inform the Court of the offer made by Lilly and instead characterized Lilly's

21    offer as a "refusal" to stipulate.   Relator has now filed an *ex parte* request seeking leave to file a

22    brief in excess of this Court's fifteen page deadline.

23    5.    Granting Relator's request will require Lilly to respond to two briefs, one of them 25

24    pages in length, in less than three business days.  While Lilly is prepared to file a reply in response to

25    a brief adhering to this Court's page limit, it would impose an unnecessary hardship on Lilly and its

26    counsel to respond to a 25 page brief in such a short time period.

27    6.    Lilly therefore respectfully requests that Relator's motion be denied.  Alternatively,

28    should this Court grant Relator's motion, Lilly requests that both Lilly and Relator be given until

1    December 7, 2007 to file their replies and that the hearing date on these motions be re-set for

2    December 21, 2007.  This additional time would be warranted both by the length of Relator's

3    Motion to Dismiss response and the difficulty of filing two replies in the shortened period imposed

4    by the Thanksgiving holiday.

5         WHEREFORE, Lilly respectfully requests that this Court deny Relator's *ex parte*

6    motion to exceed the 15-Page Limitation on Opposition Briefs.

7

8    Dated:  November 16, 2007                    SIDLEY AUSTIN LLP

9

10

11                                      By:  s/ Timothy T. Scott

12                                           _____

                                             Attorneys For Defendant
13                                           ELI LILLY AND COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF1 1472101v.1