# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On November 16, 2007, I served the document(s) described as:

**DEFENDANT ELI LILLY AND COMPANY'S OPPOSITION TO MOTION TO REMAND**

on the interested party in this action as follows:

☒    (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to the interested party as shown below. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

Mark Zahner, Chief Prosecutor, State Bar No. 137732
Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
1455 Frazee Road, Suite 315
San Diego, CA 92108
(619) 688-6065

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 16, 2007, at San Francisco, California.

By: _*Gabriela Rodriguez*_
Gabriela Rodriguez

---

**CERTIFICATE OF SERVICE**
**CASE NO. 07-04911 CRB**

SF1 1473016v.1