NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CASE NUMBER 07-CV-04911-CRB<br><br>DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>Date:      December 7, 2007<br>Time:      10:00 a.m.<br>Courtroom: 8, 19th Floor<br><br>Honorable Charles R. Breyer |

- 1 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I, Jeanette Haggas, declare:

1. I am an attorney duly licensed to practice law before the Courts of the State of California. I am an associate in the law firm of Hersh & Hersh, attorneys of record for Plaintiff in this action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto:

3. I make this Declaration in Support of Plaintiffs' Opposition To Defendant's Motion To Stay All Proceedings Pending Transfer By The Judicial Panel On Multidistrict Litigation.

4. Attached as **Exhibit A** is a true and correct copy of the Opinion & Order, dated August 3, 2007, in the action entitled, *South Carolina v. Eli Lilly & Co.*, Slip Op., 2007 WL 2261693 (D.S.C. Aug. 3, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The District Court for the District of South Carolina granted plaintiff's motion to remand.

5. Attached as **Exhibit B** is a true and correct copy of the Order Re: Plaintiff's Claim Of Proof, dated August 1, 2007, in the action entitled, *Alaska v. Eli Lilly & Co.*, Slip Op., No. 06-88, 2006 WL 2168831, at *2 (D. Ak. July 28, 2006). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The superior court declined to rule on the

- 2 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

sufficiency of the state's proffered method to prove its case. The court further denied Eli Lilly's claims that the plaintiff's complaint was "remote" and held that the plaintiff's strict liability claims were not barred by the "economic loss rule". Additionally, the court denied Lilly's motion to dismiss plaintiff's claims of unfair trade practices.

6. Attached as **Exhibit C** is a true and correct copy of the Memorandum Decision And Order Denying Defendants' Motion To Stay And Granting Plaintiff's Motion To Remand, dated September 4, 2007, in the action entitled, *Utah v. Eli Lilly & Co.*, Slip. Op., No. 07-380 (D. Utah Sept. 4, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The District Court for the District of Utah granted plaintiff's motion to remand.

7. Attached as **Exhibit D** is a true and correct copy of the Memorandum And Order, dated June 27, 2007, in the action entitled, *Pennsylvania v. Eli Lilly & Co.*, No. 07-1083, 2007 WL 1876531 (E.D. Pa. June 27, 2007). In this action, the plaintiff alleged similar claims against Eli Lilly as the Plaintiffs in the case at bar. The Eastern District Pennsylvania Court granted the motion to remand.

8. Attached as **Exhibit E** is a true and correct copy of the Complaint, filed in San Francisco Superior Court on May 11, 2007. The Exhibits to the Complaint are omitted from this Exhibit, but can be found attached to the Declaration of Jeanette Haggas In Support Of Plaintiff-Relator's Opposition To Motion To Dismiss, filed November 16, 2007.

9. Attached as **Exhibit F** is a true and correct copy of the Transfer Order issued by the Joint Panel on Multi-District Litigation, dated April 14, 2004. By way of this Transfer Order, the MDL Panel created an MDL for certain common Zyprexa-related claims in United States District Court for the Eastern District of New York.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2007, at San Francisco, California.

By _____
JEANETTE HAGGAS

- 4 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION