**EXHIBIT F**

# Furious Seasons.

## Zyprexa Documents



Support This Site--Fundraiser Through Oct. 10

About 100 people a month access and download the Zyprexa documents hosted on this site. That's great. It would be even greater if you would consider making a contribution, however large or small, to this site in order to help defray the operating costs of this site. There is a PayPal button on this page or also on the site's main page. Thanks for your help.

Contrary to my February 2007 note below, the set of Zyprexa documents linked to on this page is the full and complete set of documents.

February 7, 2007

Hi. Since its inception in 2005, this blog has been all about offering transparency and accountability in the mental health world. Transparency and accountability are what the media is supposed to provide in America--be it in the form of newspapers, broadcast, websites or blogs. This page contains links to documents concerning Zyprexa, an atypical antipsychotic made by Eli Lilly. It's a drug that has been in the news, owing to these documents, since December when the *New York Times* broke news about allegations about the company's alleged behavior around the marketing of Zyprexa.

Soon after, I obtained the same set of documents. I am making them available to readers. In so doing, I make no assertions as to their content. I post. You decide.

What I have included below are links to the documents, which I converted from their original .tiff format--large files, difficult to view--to .pdfs,

### Info
About Furious Seasons
Email
Other Articles

### Search
Search this site:

[ Search ]

### Archives
October 2007
September 2007
August 2007
July 2007
June 2007
May 2007
April 2007
March 2007
February 2007
January 2007
December 2006
November 2006
October 2006
September 2006
August 2006
July 2006
June 2006
May 2006
April 2006
March 2006
February 2006
January 2006
December 2005
November 2005
October 2005
September 2005



**Extreme PDF Compression**
Create Smallest PDF and PDF/A with OCR out of your scanned documents
www.LuraTech.com

**PDF Compression & OCR**
Incredible compression rates and accurate OCR for PDFs. Free Trial.
CVisionTech.com

**Ziprexa Lawsuit Loans**
Receive Cash Before Your Settlement $5,000 to $50,000 Available Now
www.Get-Lawsuit-Loan.c

**Disability Income**
Can't work due to bipolar disorder? Qualify for disability income!
www.Allsup.com

Recent Entries

- Fundraiser Over
- Fundraiser--Final Day
- The Zyprexa Chronicles: What's Lilly Interested In?
- Seroquel, From China With Love
- Fundraiser--Tuesday Update
- What's In A Word?
- New Treatments Have Not Improved Outcomes For Schizophrenics
- Lilly CEO Calls For Drug Safety Reform
- Fundraiser--Monday Update
- The Bipolar Child: Mass. Monitors Meds
- Pharmacist Criticizes Big Pharma
- Weekend Fundraiser Update
- LA Times Makes Bogus Claim
- Atypical Nation: Abilify TV Ad Is Everywhere, Women Targeted
- Lilly Updates Zyprexa Label

POWERED BY
MOVABLE TYPE 3.2



which are much simpler to view. What I have included, for now, is not a complete set of the approximately 360 files, but one-third of the documents. You'll need a copy of Adobe Acrobat to read them.

In some cases, the original files name--numbers-- were slightly altered during the file conversion process, but the final five or six digits of the original file name are intact. I am leaving the file naming system in its original form until I figure out a better system.

If you plan to download any of the documents, please respect that I have limited amounts of file transfer bandwidth available and only download the documents for serious research or journalistic purposes. Where file sizes are over 1 MB, I have listed the file size in the link.

ZY100008758.pdf 1.1 MB

ZY100008867.pdf

ZY100008872.pdf

ZY100009526.pdf

ZY100009606.pdf

ZY100010068.pdf

ZY100014182.pdf 1 MB

ZY100022917.pdf

ZY100023162.pdf

ZY100024854.pdf 2 MB

ZY100025517.pdf

ZY100026321.pdf

ZY100027160.pdf 1.3 MB

ZY100035541.pdf 4.4 MB

ZY100040198.pdf

ZY100040369.pdf

ZY100040517.pdf

ZY100040582.pdf

ZY100040668.pdf 1.1 MB

Mental Health

- The Icarus Project
- About.com Bipolar
- The Trouble With Spikol
- Clinical Psych
- CorePsych
- The Last Psychiatrist
- John's Bipolar Stories
- The Bipolar View
- Writhe Safely
- Mood Garden
- Electro Boy
- MindFreedom
- Treatment Advocacy Center
- Peter Breggin
- David Healy
- Aaron Beck
- Schizophrenia News
- Spiritual Emergency
- Emotional Well-Being
- World of Psychology
- Mental Nurse
- Deborah Gray
- Mental Mommy
- The Splintered Mind
- Shrink Rap
- bipolar.and.me
- Cognitive Therapy Today
- Treatment Online
- Nurse Ratched
- Dr. Dork
- Psych Person
- Intueri
- Trick Cycling for Beginners
- NHS Blog Doctor
- eDrugSearch Blog
- depression introspection
- Nuts R Us News
- Scientific Misconduct Blog

Science. Big Pharma. Ethics.

- Pharma Gossip
- Science Blogs
- Mind Hacks
- bioethics.net
- Drug Wonks
- Pharma Marketing Blog
- Pharma's Cutting Edge

ZY100040886.pdf

ZY100041080.pdf

ZY100041123.pdf 4.5 MB

ZY100041262.pdf

ZY100041630.pdf

ZY100041870.pdf 1.1 MB

ZY100042223.pdf

ZY100042739.pdf

ZY100042750.pdf

ZY100042757.pdf

ZY100063012.pdf

ZY100067874.pdf

ZY100071784.pdf 1 MB

ZY100072220.pdf 3.2 MB

ZY100073663.pdf

ZY100074131.pdf

ZY100090009.pdf

ZY100090281.pdf

ZY100094522.pdf

ZY100095495.pdf

ZY100097465.pdf

ZY100124124.pdf

ZY100124141.pdf

ZY100134405.pdf

ZY100173006.pdf 2.6 MB

ZY100174816.pdf 7.8 MB

ZY100174992.pdf

ZY100175096.pdf 4.1 MB

ZY100175585.pdf

On Pharma

Current Affairs
Buzz Machine
To The People
Andrew Sullivan
Michelle Malkin
Daily Kos
Reason's Hit&Run
The Agitator
Press Think
Jim Romenesko
Gawker
The Graphic Truth
Tail Rank
Huffington Post
Instapundit
Little Green Footballs
Talking Points Memo
Christopher Hitchens
MoJo Blog

Seattle Stuff
Seattlest
The Stranger's SLOG
Sound Politics
HorsesAss
Seattle Photos
Nerd's Eye View

ZY100175630.pdf

ZY100291752.pdf

ZY100291754.pdf

ZY100291761.pdf

ZY100359341.pdf 2.5 MB

ZY100359491.pdf 1.2 MB

ZY100361910.pdf

ZY100363330.pdf

ZY100363333.pdf

ZY100363336.pdf

ZY100363340.pdf 1.4 MB

ZY100363361.pdf 1 MB

ZY100363451.pdf

ZY100363511.pdf

ZY100363522.pdf

ZY100371941.pdf

ZY100371966.pdf

ZY100373301.pdf

ZY100375878.pdf

ZY100375967.pdf 1.7 MB

ZY100378053.pdf

ZY100378054.pdf

ZY100378059.pdf

ZY100378062.pdf

ZY100378068.pdf

ZY100378070.pdf

ZY100379984.pdf

ZY100379985.pdf

ZY100382455.pdf

ZY100386523.pdf 4.5 MB

ZY100389945.pdf 1.8 MB

ZY100396818.pdf 1.5 MB

ZY100402354.pdf

ZY100406111.pdf

ZY100413599.pdf

ZY100413600.pdf

ZY100413601.pdf

ZY100426128.pdf 1.9 MB

ZY100426605.pdf

ZY100428547.pdf

ZY100428710.pdf

ZY100429703.pdf 4.8 MB

ZY100429782.pdf 5 MB

ZY100429988.pdf 7.5 MB

ZY100430539.pdf

ZY100443164.pdf

ZY100443176.pdf

ZY100446106.pdf

ZY100504288.pdf

ZY100504593.pdf

ZY100505194.pdf 1.7 MB

ZY100507583.pdf

ZY100508680.pdf

ZY100518225.pdf 3.2 MB

ZY100520528.pdf

ZY100520636.pdf 1.7 MB

ZY100520662.pdf

ZY100570354.pdf

ZY100575361.pdf

ZY100575713.pdf

ZY100578486.pdf

ZY100582035.pdf

ZY100583063.pdf

ZY100583483.pdf

ZY100585894.pdf 4.3 MB

ZY100588858.pdf

ZY100589868.pdf

ZY100590620.pdf

ZY100592565.pdf

ZY100613698.pdf

ZY100617295.pdf

ZY100625559.pdf 3.3 MB

ZY100629260.pdf

ZY100629545.pdf

ZY100631445.pdf

ZY100649495.pdf

ZY100649499.pdf

ZY100649638.pdf 1.1 MB

ZY100656008.pdf

ZY100672363.pdf

ZY100689772.pdf

ZY100699646.pdf

ZY100727780.pdf

ZY100728255.pdf

ZY100737693.pdf

ZY100738303.pdf

ZY100746619.pdf

ZY100776090.pdf

ZY100810986.pdf

ZY100839195.pdf 1.1 MB

ZY200017576.pdf

ZY200057299.pdf

ZY200061770.pdf 1.5 MB

ZY200061996.pdf 1.5 MB

ZY200083203.pdf 1.6 MB

ZY200083385.pdf

ZY200083405.pdf 3.4 MB

ZY200083622.pdf

ZY200084166.pdf

ZY200084169.pdf

ZY200084171.pdf 4.9 MB

ZY200085380.pdf 5.4 MB

ZY200098766.pdf 1 MB

ZY200098771.pdf 1 MB

ZY200099448.pdf 3.2 MB

ZY200184971.pdf 14.2 MB

ZY200185119.pdf 2.9 MB

ZY200189276.pdf 3.4 MB

ZY200189358.pdf

ZY200191250.pdf 6 MB

ZY200191312.pdf 10.7 MB

ZY200192865.pdf 1 MB

ZY200223503.pdf

ZY200227498.pdf 6.9 MB

ZY200253661.pdf

ZY200255826.pdf

ZY200263406.pdf

ZY200269693.pdf 3.8 MB

ZY200270343.pdf 3.4 MB

ZY200284418.pdf

ZY200284426.pdf

ZY200286391.pdf

ZY200287117.pdf

ZY200287123.pdf

ZY200287828.pdf

ZY200288906.pdf

ZY200307990.pdf

ZY200367441.pdf

ZY200367444.pdf

ZY200367530.pdf

ZY200370406.pdf 5.6 MB

ZY200370774.pdf

ZY200370780.pdf

ZY200371092.pdf

ZY200371102.pdf

ZY200371184.pdf

ZY200371883.pdf

ZY200381202.pdf

ZY200381764.pdf

ZY200381770.pdf

ZY200381772.pdf

ZY200382924.pdf

ZY200383042.pdf

ZY200384868.pdf

ZY200385490.pdf 8.4 MB

ZY200386618.pdf

ZY200386720.pdf

ZY200388743.pdf

ZY200388761.pdf

ZY200388811.pdf

ZY200388817.pdf

ZY200389458.pdf

ZY200390914.pdf

ZY200391031.pdf

ZY200392593.pdf

ZY200392597.pdf

ZY200392602.pdf

ZY200392604.pdf

ZY200392748.pdf

ZY200392784.pdf

ZY200393284.pdf

ZY200393547.pdf

ZY200393619.pdf

ZY200393979.pdf

ZY200394236.pdf

ZY200394251.pdf

ZY200397062.pdf

ZY200399435.pdf

ZY200422171.pdf

ZY200429419.pdf

ZY200455949.pdf

ZY200477958.pdf

ZY200506745.pdf 1.5 MB

ZY200511163.pdf

ZY200515169.pdf

ZY200521530.pdf

ZY200523459.pdf

ZY200523461.pdf

ZY200523477.pdf

ZY200523684.pdf

ZY200523829.pdf

ZY200524938.pdf

ZY200528823.pdf

ZY200528906.pdf

ZY200540696.pdf

ZY200570518.pdf 1.4 MB

ZY200572101.pdf 5.4 MB

ZY200572733.pdf

ZY200572922.pdf

ZY200573675.pdf

ZY200574303.pdf

ZY200575051.pdf

ZY200577902.pdf

ZY200581125.pdf

ZY200581142.pdf 2.3 MB

ZY200581528.pdf

ZY200583203.pdf

ZY200597928.pdf

ZY200597991.pdf

ZY200598533.pdf 5.6 MB

ZY200598805.pdf

ZY200609040.pdf

ZY200609071.pdf

ZY200611241.pdf

ZY200622359.pdf

ZY200627101.pdf 9 MB

ZY200662252.pdf

ZY200664693.pdf

ZY200664695.pdf

ZY200709934.pdf

ZY200735924.pdf 8.6 MB

ZY200736063.pdf 5.4 MB

ZY200750784.pdf

ZY200750786.pdf

ZY200937730.pdf

ZY200939286.pdf

ZY200979422.pdf

ZY201014666.pdf

ZY201016928.pdf

ZY201016929.pdf

ZY201018021.pdf

ZY201021621.pdf

ZY201084224.pdf 11 MB

ZY201116579.pdf

ZY201161183.pdf

ZY201170900.pdf

ZY201192611.pdf

ZY201200763.pdf

ZY201200879.pdf

ZY201200887.pdf

ZY201209345.pdf

ZY201212010.pdf

ZY201220087.pdf

ZY201234202.pdf

ZY201236361.pdf 1.7 MB

ZY201236621.pdf 1 MB

ZY201238586.pdf

ZY201238630.pdf 5.7 MB

ZY201238971.pdf

ZY201239720.pdf

ZY201239728.pdf

ZY201239934.pdf

ZY201246860.pdf

ZY201249534.pdf 1.1 MB

ZY201251941.pdf

ZY201269541.pdf

ZY201282302.pdf

ZY201288639.pdf

ZY201291057.pdf

ZY201292606.pdf

ZY201293435.pdf

ZY201300048.pdf

ZY201300050.pdf 1.1 MB

ZY201302222.pdf

ZY201303751.pdf

ZY201310979.pdf 9.5 MB

ZY201311824.pdf

ZY201312281.pdf

ZY201312986.pdf

ZY201321744.pdf

ZY201357563.pdf

ZY201357871.pdf 8.4 MB

ZY201358723.pdf

ZY201374832.pdf 6.2 MB

ZY201378730.pdf

ZY201379243.pdf

ZY201379728.pdf

ZY201381347.pdf

ZY201382924.pdf
ZY201383509.pdf
ZY201386949.pdf
ZY201390983.pdf
ZY201448094.pdf
ZY201463563.pdf
ZY201463564.pdf
ZY201463565.pdf
ZY201463566.pdf
ZY201522750.pdf 1.7 MB
ZY201537946.pdf
ZY201539804.pdf
ZY201548768.pdf
ZY201558654.pdf 8.4 MB
ZY201579015.pdf
ZY201584949.pdf
ZY201588416.pdf
ZY201588814.pdf
ZY201588819.pdf 2.3 MB
ZY201588969.pdf
ZY201607921.pdf
ZY201647368.pdf
ZY201748095.pdf
ZY201764135.pdf
ZY201766167.pdf
ZY201791493.pdf
ZY201796427.pdf
ZY201797499.pdf
ZY201797557.pdf
ZY201809731.pdf

ZY201833070.pdf

ZY201834253.pdf 6 MB

ZY201859615.pdf

ZY201862763.pdf

ZY202417638.pdf 4.3 MB