NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CASE NUMBER 07-CV-04911-CRB <br><br> **DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFF-RELATOR JAYDEEN VICENTE'S MEMORANDUM IN OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS UNDER RULES 12(b)1, 12(b)(6) AND 9(b)** <br><br> Date: December 7, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 8, 19th Floor <br><br> Honorable Charles R. Breyer |

- 1 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFF-RELATOR JAYDEEN VICENTE'S MEMORANDUM IN OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS UNDER RULES 12(b)1, 12(b)(6) AND 9(b)

I, Jeanette Haggas, declare:

1. I am an attorney duly licensed to practice law before the Courts of the State of California. I am an associate in the law firm of Hersh & Hersh, attorneys of record for Plaintiff in this action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto:

3. I make this Declaration in Support of Plaintiff-Relator Jaydeen Vicente's Memorandum In Opposition To Defendant Eli Lilly And Company's Motion To Dismiss Under Rules 12(B)1, 12(B)(6) And 9(B).

4. Attached as **Exhibit 1** is a true and correct copy of the Complaint, filed on May 11, 2007, in the Superior Court for the County of San Francisco. Attached to the Complaint were Exhibits lettered A through N, which are included under Exhibit 1 to this Declaration.

5. Attached as **Exhibit 2** is a true and correct copy of the LTC Best Practices Newsletter, dated Summer 2002.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2007, at San Francisco, California.

By _____
JEANETTE HAGGAS

- 2 -
DECLARATION OF JEANETTE HAGGAS IN SUPPORT OF PLAINTIFF-RELATOR JAYDEEN VICENTE'S MEMORANDUM IN OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS UNDER RULES 12(b)1, 12(b)(6) AND 9(b)