**EXHIBIT A**

# Why is Lilly expanding its Long Term Care Business?

- To improve care & maximize Zyprexa & Prozac sales for residents who receive their medications via a LTC pharmacy
- To build a LTC business that is the industry model which will:
  - Maximize Lilly's rich pipeline of future products
  - Attract external products to Lilly which will enhance our rich pipeline

# The Golden Opportunity in Long Term Care

- One of the fastest growing segments of the US population
  - Mental disorders are common
  - Use a lot of prescription drugs
- Many of Lilly's current & future products address the unmet medical needs of LTC patients (i.e. mental disorders, diabetes/complications, osteoporosis, urinary incontinence, etc.)
  - According to market research, over 50% of all residents are prescribed some type of psychoactive medicine
- Building a LTC business that is the industry model may attract external product partnerships



Building the Lilly LTC Business

- 15 Representatives
- 59 Representatives — August, 1999
- 160 Representatives — March, 2000

## Mike Murray
### Q1 Expectations for LTC-W

- Selling to Existing Customers (Continue Current Momentum)
  - Seamless Transfer of Information Between Representatives
  - Impeccable Customer/Product & Disease Knowledge
    - Ability to Deliver Core Messages
    - Ability to Create Action
- Develop Deep Understanding of LTC Network in Each DGA
- Identify Key Influencers and Maximize Selling Opportunities in LTC Network

# LTC 2001 Business Plan

**Issues/Uncertainties**
- Medicare/Medicaid reform
- Zeldox launch timing & label
- Competitor rebates & LTC pharmacy change orders
- Zyprexa anticholinergic & hyperglycemia misinformation
- Ability to align internal sales & marketing teams in a
- Detail congruity/distractions
- Corrections/Institution strategies
- SOP for LTC
- Rollout of Premier Reward
- Post Prozac patent activity/weekly

**Strengths**
- Profile & spectrum efficacy for Z&P
- Grass roots build equals greater customer/business acumen and a competitive advantage

**Opportunities**
- New Rep & Mgrs training & growth
- Zyprexa IM launch & Zyprexa Zydis
- Leverage market/customer knowledge during SF expansion
- Maximize selling resources & new brand data
- Partner with customer treatment teams to increase Rxs
- Prozac Weekly
- Hire talent, expand C/P knowledge & increase selling skills
- Immediate patient conversion potential in NH
- Integrate Brand, Sales, B2B, & Medical to maximize BUC
- Expand and make consistent SOP for clear direction

**Strategic Intent**
- Exceed Sales/BUC targets on both Zyprexa & Prozac
- Expand/develop people
- Establish Lilly as an industry model for Long Term Care

**Key Trends**
- Fastest growing segment of the market
- Aggressive pricing/rebating by competitors
- Hypercompetitive market, Inc. spend (people & promotion)
- Brand commoditization.

**Critical Success Factors**
- Staffing/Development & retention of reps & mgrs.
- Discipline to focus/balance on targeting & sales
- Establish Zyprexa as primary mood stabilizer, upgrade patients from competitors, and solve issues
- Maximize Prozac's geriatric indication (TUF pt)
- Appropriately balance Prozac and Zyprexa
- Effectively blunt Zeldox and other competitors
- Insure unrestricted availability & B2B link
- Optimize Reward & Recognition early to drive sales and retain key talent

