**EXHIBIT B**

Dear Doctor,

    This resident is receiving Zyprexa 2.5 mg daily at ____ am/pm. Current geriatric studies demonstrate that Zyprexa provides superior efficacy and safety when compared to placebo and significantly reduced caregiver burden at a dose of 5mg daily[1]. Zyprexa has also demonstrated superior efficacy in treating active, passive, and verbal aggression, as well as hallucinations and delusions[2]. Please consider upgrading this resident's treatment to 5mg daily at 5 p.m. to optimize their therapy.

---

[1] Street JS, Clark WS, Gannon KS, et al. 2000. Olanzapine treatment of psychotic and behavioral symptoms n patients with Alzheimer's disease in nursing care facilities: a double-blind, randomized, placebo-controlled trial. Arch Gen Psychiatry 57:968-976.
[2] Edell et al

Dear Doctor,

    This resident is receiving Zyprexa ____ mg ____ (QD, BID) at ____ am/pm and either has difficulty swallowing or has a G-tube. Zyprexa Zydis is a new formulation of Zyprexa that is an orally disintegrating tablet that can be placed on the resident's tongue or dissolved in water to be administered via G-tube. Please consider upgrading this resident's therapy to Zyprexa Zydis ____ mg ____ (QD, BID) at ____ am/pm to reduce the nursing time and effort required to administer this resident's medication therapy.