**EXHIBIT G**

Zyprexa LTC Nursing Home Message Implementation Guide (January 2003)

Answers TI

**LTC Implementation Guide FINAL**

Object Attachments:

| | | |
|---|---|---|
| Bibliographic Ref: | Jay Gucky | This document is categorized under: Zyprexa > Selling Message > Sales Aids |
| Object URL: | | |

Content Classified As - Zyprexa\Selling Message\Sales Aids

| | | | |
|---|---|---|---|
| Object ID: | KORBDEN-57KH55 | Date Published: | 02/21/2002 |
| Created By: | Brian Dean | Last Modified: | 03/06/2003 11:43:05 A |

| | |
|---|---|
| Select Object Brand(s): | Zyprexa |
| Associated Divisions: | Neuro LTC |
| Usage Restriction: | |

| Project Name: | Contact Name: |
|---|---|
| Language: | Contact Location: |

# ZYPREXA LONG TERM CARE

# IMPLEMENTATION GUIDE

### January 2003 Detail Aid

 



## Long Term Care 2003 Message Evolution

Congratulations on another record year for the Long Term Care sales division. The efforts of each of you are the reasons that we have had such great performance over that past couple of years. Your enthusiasm and energy in PASSIONATELY and CONSISTENTLY delivering the Zyprexa LTC message has had a tremendous impact on our customers as well as their residents in building the "brand" of Zyprexa.

The goal of the evolved LTC message is designed to build on the strong foundation that we initiated last March. The new design, layout, and look are designed to give the detail aid and story more of an emotional look and feel. Focus not as much on the "functional" components of Zyprexa, but rather on bringing the graphs to life and creating a higher level of emotion! What "functional" is as follows: having a very detailed data specific discussion with the physician. This evolved detail aid is designed to have the emotional benefits (i.e. "so whats") more prominent and be less data focused. The data is important, but the emotional benefits should be the driver in your discussions and the "functional" components should be the supporting evidence. By doing this, and explaining specific "so whats", you will be giving the physicians concrete examples of how Zyprexa can help them help their residents. Your framing will be around examples that they see and are trying to treat every day. The physician must understand how Zyprexa can make their life easier and make things easier for their staff as well as the residents' family members.

Upon reviewing the evolved LTC message you will notice that the look, feel, and style is different than that of what you have probably grown to expect from Zyprexa. As we move towards our goal of establishing more of an emotional connection between our physicians and Zyprexa, it is only fitting that the sales aid would help you in doing that. We are building on the very strong foundation that we have established over the past year. The three main message points are very similar with the addition of the key emotional phrases at the end of each point. By emphasizing these key phrases, and using them to define very specific "so whats", we feel that we can together strengthen the emotional association between the physicians and Zyprexa. As we proceed through the detail aid, you will notice

that when we take a closer look at each spread we will be summarizing three key points. They are as follows:

1. What's new on each spread
2. Suggested message summary
3. Key implementation tips

Front Cover



What's New:

1. The headline of "Helping you bring dignity to residents' lives". This is to be stated on every call.
2. Symptoms have moved into the water. This water represents an obstacle that you have to overcome in order to treat such residents. There is also the addition of a couple more mood symptom, which is to emphasize our unique ability in treating mood.

**Message Summary:**

Today Dr. Smith, I would like to share with you how Zyprexa can helps you bring dignity to your residents' lives. *(Point to verbiage)*

Doctor Smith, let's start by discussing the reason why we are both really here – this patient *(point to picture)*. She is agitated, aggressive, and irritable, she may not be able to sleep at night....

Which of these symptoms here (point to the ones on the front cover) would you say is the one you hear the nurses tell you the most often when you get paged by the nursing home late at night?

What is your first goal of therapy when you get that page from the nurse complaining about the resident who is <u>*whatever symptom doctor said*</u>?

**Key Implementation Tips**

1. Open the resident profile flap when talking to the physician. This helps them to focus specifically on the nursing home resident.
2. When discussion the symptoms, be sure to mention both the symptoms of mood and psychosis. When doing this, make sure to explain that the residents that they treat may have psychosis, mood, or both. Many times you do not know what may actually be causing the agitation or aggression. With Zyprexa, it has the unique ability to treat both.

**Spread One**



### What's New:

1. The addition of key emotional phrases at the end of each message point "...helps you Restore Calm, ...helps you Bring Comfort, and helps you Customize Care.
2. These three key message points are the "reasons to believe" why Zyprexa can help them bring dignity to residents' lives.
3. The pictures are in art form rather than real pictures. This helps prevent our very analytical customers from focusing on the particular picture and allows them to recognize what the picture is trying to communicate.

### Message Summary:

There are 3 ways that Zyprexa helps you do this that are unique to Zyprexa:

First, Zyprexa is going to predictably control symptoms of both psychosis and mood, which can help you <u>restore calm</u>.

Second, Zyprexa will dependably control disruptive behaviors over time and help you <u>bring comfort.</u>

And finally, Zyprexa offers flexible dosing with different dosing strengths and formulations to help you <u>customize care</u> and help your residents get as good as they can be by giving you the control to dose to therapeutic effect rather than side effect.

<u>Key implementation Tips</u>
1. This is a summary spread to be used on each call. This will help you in identifying needs and making the message very STP friendly.
2. The bold words are the emotional words that we want to emphasize in our discussion with the healthcare professionals. These are the words to use to we talk make the "so whats" more emotional. Bring these phrases to life. As you also may have noticed, the words "help you" appear before each of the emotional words. This is to reinforce the idea that Zyprexa is an enabler in the process of treating such residents. It is not the panacea!

<u>Spread Two: ...helps you RESTORE CALM</u>



<u>What's New:</u>
1. The addition of ...helps you RESTORE CALM.
2. The removal of the "Efficacy in total symptom improvement" graph. The rationale for this is to get you to focus more on the unique benefit that Zyrpexa provides the healthcare professional in it's ability to treat symptoms of elevated mood.
3. A bullet point summarizing the "Efficacy in total symptom improvement" graph
4. The "Efficacy in total symptom improvement" graph is placed on the following page. This graph is <u>not</u> to be part of the main Zyprexa story. It is to be used <u>only</u> if

your healthcare professional is not sold on the value of Zyprexa's ability to treat the symptoms of psychosis.

<u>Suggested Message:</u>

Zyprexa is a great solution for this complex patient because it will help you achieve that goal by predictably controlling BOTH symptoms of psychosis and elevated mood, which will help you RESTORE CALM.

It is so hard to determine what is causing the resident's behavioral problems – is it mood? Is it psychosis? Perhaps both? Should you use an antipsychotic or a mood stabilizer...an anticonvulsant? Zyprexa is the only agent that treats BOTH symptoms of elevated mood and psychosis therefore making your job a bit easier by eliminating the struggle of deciding whether to use an antipsychotic or a mood stabilizer. This also helps with medication management as well since these complex patients are most likely on a plethora of other medications already.

Because Zyprexa treats both symptoms of elevated mood and psychosis, it helps you restore calm to the resident, the staff and even the other residents - the environment will be less disruptive since the resident will be calm instead of yelling, "Help me-help me."

*(If detailing a PCP) This also is important because when the resident is calm, she may be more approachable so you can more easily figure out what is going on with her.*

Dr., is this consistent with your experience with using Zyprexa for your agitated, irritable residents? Have you used Zyprexa to treat residents like this?

<u>Key Implementation Tips:</u>
1. Be sure to mention and point to the bold words of RESTORE CALM when initiating your discussion.

2. Point to picture on the bottom of the page showing the interaction of the staff member and the resident. When you are using your "so whats" in describing RESTORE CALM, make sure that you talk to the resolved picture and what this means for the staff and LTC facility.
3. It is absolutely critical to mention the unique ability of Zyprexa to treat both the symptoms of psychosis and elevated mood. This is the differentiator against our biggest competitor Risperdal.
4. This is not designed to be a competitive sell against Depakote. It is only a comparison to demonstrate the benefits of Zyprexas's ability to treat elevated mood compared to the standard.

"Efficacy in Total Symptom Improvement" graph



What's New:
1. Graph in vertical format

Key Implementation Tips:
1. Be sure to focus on the High responders. These are the residents that represent the purple shaded box.

2. Be sure to remember to bring the "so whats" to life with this graph. It is a must for our physicians to understand the benefits of Zyprexa over Risperdal in treating their residents.

**Spread Three: ...helps you BRING COMFORT**



What's New:
1. The addition of ...helps you BRING COMFORT.
2. Introduction of the "Understanding OBRA" icon
3. Dotted lines at 3 and 6 months representing the times when physicians may start receiving change or switch letters from their consultant pharmacists.
4. Slight variation in the message element: Dependable control of *disruptive behaviors over time* helps you bring comfort.

Message Summary:

Now that you have been able to restore calm with Zyprexa, the second way Zyprexa will help you bring dignity to your residents is by dependably controlling disruptive symptoms, even over time. They will maintain their response – basically, once you have restored calm (flip back a page to first spread), you can feel comfortable that the residents will stay calm

(flip back to comfort spread). What this may mean to you is less dose increases and/or adjunctive therapy. You have a greater chance of success of keeping the patients better and comfortable with Zyprexa.

This is a great benefit not only to the patients but also to their loved ones. How nice it would be to visit your mom/dad in the facility and find that they have improved. It would be awful to come back a week or two later for a visit and see that they aren't doing well again. You can bet the family will want to talk with you to ask why their loved one isn't doing well again. Instead, with Zyprexa bringing comfort to these patients by getting them better and keeping them better, this may help release some of the feelings of guilt a family member may have about putting their loved one in a long-term care facility.

Have you seen this kind of relapse prevention before?

Finally, once you see the value of Zyprexa bringing comfort to your residents, you can feel confident that they can stay that way while you are in compliance with the OBRA guidelines. As you probably know, there is NOT a 6 month mandatory dose reduction rather, a reevaluation. That means that if the resident is doing well on 5mg of Zyprexa, you can keep them on 5mg of Zyprexa as long as you document why. Maybe you'll choose to go down to 2.5mg or up to 7.5mg. Know that you can go all the way to 10mg of Zyprexa and still be well within the OBRA guidelines.

<u>Key Implementation Tip:</u>
1. Be sure to mention and point to the bold words of BRING COMFORT when initiating your discussion.
2. Point to picture on the bottom of the page showing the interaction of the family member and the resident. When you are using your "so whats" in describing BRING COMFORT, make sure that you talk to the resolved picture and what this means for the family member and resident.
3. The OBRA icon and two bullet points were very important in the discussions with physicians. The two points talk about the myth of what the physician has to do at the six-month period. The first is that the physician must reevaluate their

residents and the second and most important is that there is NO Requirement for Mandatory dose reduction. You want to proactively use this as a reminder for the physicians rather then trying to educate them on OBRA.

4. Point to the dotted lines when having the discussion around the value of Zyprexa at the 3 and 6 months intervals.
5. Remember that this discussion is to talk about the benefits of what Zyprexa provides, not the weakness of Risperdal.

Spread Four: ...helps you CUSTOMIZE CARE



What's New:
1. The addition of ...helps you CUSTOMIZE CARE
2. Understanding OBRA point. This point mentions that a physician may dose above 10 mg of Zyprexa with supporting documentation.

Message Summary:

Dr., Zyprexa enables you to help each of your long-term care residents to reach their potential by offering different dosing options and formulations to help you customize care. There isn't a cookie-cutter approach to helping your patients. You are in control and you and the staff know the patients the best. The recommended dose of Zyprexa is 5mg but you may have some residents who only need 2.5 mg of Zyprexa and you will have some

others who need 7.5mg or 10mg of Zyprexa. And remember, you can dose all the way to 10mg of Zyprexa and be well within the OBRA guidelines.

You may have some residents that take their meds just fine and you may have some others who have such elevated behavioral symptoms that they check or spit out their medication. For those residents, there is Zyprexa Zydis.

Have you tried Zyprexa Zydis before?

No matter what, you can dose all the way to 20mg of Zyprexa without increasing the resident's risk of EPS, anticholinergic side-effects or cardiovascular side-effects.

**Implementation Tip:**
1. Make sure to point out the recommended starting dose of 5 mg.
2. The OBRA message point should only be used as a FYI statement. We do not want to confuse the physician about OBRA if they are not already aware of this opportunity.

**Safety Spread**



### What's New:

1. The addition of the safety point "Low potential for cerebrovascular accidents

### Implementation Tip:

1. Market research still validates that there is still value in showing the minimal risk of EPS graph. This point is to continue to reinforce this point with our physicians.

### Data on Demand



### What's New:

1. The "No impairment in Cognition" graph

**Implementation Tip:**

1. In market research, the biggest impact with this graph came when you talked about the benefit of Zyprexa not impairing the cognition of their residents. When you tried to talk about actually improving cognition from this graph, the physicians were less likely to believe the story.
2. The "Efficacy in improving depressive symptoms" graph is not new. It was in the previous detail aid. You may get more specific requests about depressive symptoms this time because we added depressive symptoms to the front cover. This didn't happen all that often in research, but is good for you to be aware of this possibility.

**Back Cover**



**Message Summary:**

Dr. Smith, I hope I was able to show you how Zyprexa can help you bring dignity back to your residents lives by:

1. Zyprexa is going to predictably control symptoms of both psychosis and mood, which can help you <u>restore calm</u>.

2. Zyprexa will dependably control disruptive behaviors over time and help you <u>bring comfort.</u>

3. And finally, Zyprexa offers flexible dosing with different dosing strengths and formulations to help you <u>customize care</u> and help your residents get as good as they can be by giving you the control to dose to therapeutic effect rather than side effect.

Based on the benefits that Zyprexa can provide you in treating your residents along with our discussion today, do you feel that you have residents that could benefit from Zyprexa? Would you be willing to try Zyprexa in those particular residents?