EXHIBIT H

# LTC Best Practices Newsletter

*Looking to the Future. Touching Lives. Committed to Excellence*

Winter 2003      Volume Three



I am excited to be joining the LTC sales team. It is great to be a part of history. For two consecutive years, you have been on top and have turned in above plan performance. Congratulations on an outstanding 2002 and I look forward to working with you in 2003 as we set our sights on overtaking Risperdal as the number one anti-psychotic in the marketplace! Happy New Year to Everyone!

## 2002 Fiscal YTD Results
### Q4 2001 - Q3 2002

**Top Area**
East Area      Tom Olsinski

**Top Districts**
1. Florida LTC      Robert Shew
2. Cleveland LTC      Mary Ann Elia
3. Memphis LTC      Winston Smith

**Total Portfolio**

| | | |
|---|---|---|
| Tracey Larsen | Chicago South, LTC | #1 |
| Ana Hargreave | Miami, LTC | #2 |
| Samino Scott | West Michigan, LTC | #3 |
| Donald Foy | Tallahassee, LTC | #4 |
| Robert Dunn | Montgomery, LTC | #5 |
| Sandip Patel | Lubbock, LTC | #6 |
| Sheldon Bratton | Chicago Metro, LTC | #6 |
| Amy Dahlgren | Chicago Metro, LTC | #6 |
| Michael Arnett | Wilmington, LTC | #6 |
| Jill Goldberg | Baltimore, LTC | #6 |
| Teresa Mazzarella | Utica, LTC | #11 |
| Jennifer Carmone | Providence, LTC | #11 |
| Kimberly Thomas | Memphis, LTC | #13 |
| Jodi Burns | Birmingham, LTC | #13 |
| Brandon Morris | Chesapeake, LTC | #13 |
| Robin Chapman | Austin, LTC | #16 |
| Stephen Baughan | Charlotte, LTC | #16 |
| Dennis Neuman | Pittsburgh, LTC | #16 |
| Raysa Gomez | Ft. Lauderdale, LTC | #19 |
| Dante Delgado | San Antonio S, LTC | #19 |
| Dana Johnson | White Plains, LTC | #19 |
| Denise Stubblefield | Munster, LTC | #19 |
| Stanley Peters | Nashville, LTC | #19 |
| Marcia Kennon | Cleveland Blad, LTC | #24 |
| David Reece | Cleveland Blad, LTC | #24 |
| Elizabeth Cooley-Merino | Sacramento, LTC | #24 |



*The East Team enjoys Bermuda*

## FROM TOM OLSINSKI, East Area Sales Director



A Champion is someone or group that can sustain excellence: they are the people despite all the events going on around them can lead the way to a successful outcome. With Long Term Care EXCEEDING PLAN and being the NUMBER ONE SALES DIVISION IN NEUROSCIENCE AS PROVEN BY SALES QUOTA ACHIEVEMENT FOR THE SECOND STRAIGHT YEAR proves that you are CHAMPIONS! Congratulations! Now how about a three-peat!

My appreciation to all of you for your continued focus on results. Your ownership of the territories and the districts is what drives our success. You are closest to the customers and can best make decisions on how to win through customer-connectivity and selling. Your continued shared best practices will create an unbeatable synergy in 2003!! We need to focus in 2003 on three things to be successful:

1. Customers: in a dynamic market we need to stay current on our customers through customer dialogue: who is making an impact in your territory: "own 'em and sell 'em"
2. Action: focus on selling: it's why we do everything else; avoid distractions: our role right now is clear: sell Zyprexa... for new patients, transfers from sub therapeutic treatment on other therapies and appropriate dosing of Zyprexa with patient wellness as the focus
3. Share best practices in your district... in your area ...and in the LTC nation: our strength is our people and their good ideas: we can do even better in 2003 with shared ways to win! Remember: the competition is J&J and others.

The Future is Now! Your sales leadership and championship behaviors make me proud to be a part of the Long Term Care Team! You have created the success we now enjoy and I am confident we will achieve even more in the future.

You have proven to be the best in 2001 and 2002...now let's write history together and lead the way in 2003. Thanks for all you do everyday!!!
Enjoy the Journey!

## FROM MIKE MURRAY, West Area Sales Director



Once again, you have all shown that LTC is a driving force for Zyprexa in the US affiliate in 2002. Thanks for all of your hard work and accomplishments. I continue to be very proud to be part of a group that not only produces strong sales results, but a group that shows a true passion for what you do and for the customers and patients that you serve. You have stayed very focused on our objectives through a very challenging period at Lilly. With the continued strong growth of Zyprexa, and the new product launches now becoming a reality, the sky is the limit for Lilly LTC and for the company as a whole. There has never been a better time to be doing what we are doing, and I am extremely excited about our future. With all of this opportunity also comes great challenges. We must continue to accelerate the growth of Zyprexa and drive the current trend lines to surpass Risperdal as the #1 prescribed antipsychotic. We are close, and we will be doing some real celebrating when we pass them early next year. We must also become the launch machine that is so critical to our future portfolio. The way to do that is to stay extremely focused on the selling fundamentals and maximize the 4 corners of activity. By focusing our action plans on the most important customers, and by sticking to the brand strategies (as you have with Zyprexa) we will show that we can truly maximize a portfolio of products with our customers and continue to be their most valued resource.

As we close out 2002, I would again like to thank you for all of your efforts. I hope you all had a very happy holiday season and are ready to seize all of the opportunity that lies ahead.
Let's continue to show the power and entrepreneurial spirit of Lilly LTC. Accept nothing less than the best!

# Coaches Corner

This edition's Coaches Corner features **Wayne Mielke**, our Long Term Care Coaching Champ of 2001, on the importance of **DUR Attainment**.



Who are the top antipsychotic writers in your territory?

Which facilities house the majority of the residents taking neuroleptics?

Which customers have the largest $$ growth potential?

If you can answer these questions with a specific answer, you are probably getting DUR's on a regular basis from your pharmacy accounts. If you can't, this is an excellent opportunity to increase your territory knowledge and thus your sales results.

A select group of LTC representatives from across the nation have achieved 80% DUR status, where they are obtaining prescriber level data from pharmacies that generate 80% of their sales $$'s. They can tell you who is writing what product, at what dose, in what facility. They create spreadsheets for themselves that look much like the arrow data your retail overlap's get. Although these spreadsheets can look a little different for everybody, they all answer the same question: *Where are my biggest opportunities??* They use this as a guide for frequency, routing, P2P, and 90 day action plans.

A recent survey of some representatives who are in the "80% club" reveal that the typical LTC territory is very concentrated in terms of the number of customers it takes to generate $$ sales.

- *It takes 2 – 8 customers to drive 25% of a territories antipsychotic RX's*
- *It takes 15 – 30 customers to drive 50% of a territories antipsychotic RX's*
- *It takes 85 customers to drive 80% of a territories antipsychotic RX's*

The "80% club" says it's critical to identify those customers who are writing the greatest # of prescriptions, not those who have the greatest # of beds, they also tell us that dose is important because our goal is to drive $$ sales, and high dose patients can be worth 5x low dose patients. Here's what they had to say:

- "My largest home in the territory has 1700 beds, but the DUR showed only 7 patients taking antipsychotics, a much smaller home across the street has only 88 beds but fills over 200 high dose antipsychotic prescriptions a month due to many patients taking multiple agents"
- "I found this doctor 6 months ago and I had him listed as a tier 3 – now that I have a DUR, I know he is the third largest prescriber in my entire territory"
- "I created my territory map by calling the nursing homes and working my way backwards by determining which pharmacy they used. Once I got the DUR's I realized how many non-nursing homes I had in my territory and the high volume of antipsychotic patients who live there."
- "Physicians tell me what I want to hear in terms of their prescribing habits, DUR's are helping me determine who is actually doing what they say they are doing"

**BOTTOM LINE: GETTING PHARMACY DATA IS CRITICAL TO SALES SUCCESS!!!!!!!!!!**
OK, but how do I get pharmacy data. Here is what the "80% club" had to say:

- **See your top accounts frequently.** Best practice is to be in your large accounts at least once a month in addition to any calls you make on key personnel outside of the pharmacy.
- **Cast your net broadly.** Don't call on just 1 or 2 manager level folks. The 80%'ers tell us that over 50% of the DUR's they obtain come from non-manager level personnel.
- **Track your activity.** Best practice is to keep a list of your pharmacies to make sure you are in there once a month. Also key up important folks as tier 5 customers and record your activity.
- **Thou shall give more than receive.** From the pharmacy perspective, they should always feel like you are providing far more service than you are asking for in return. Track what you've done.
- **Treat pharmacists like physicians.** Detail pharmacists like physicians, invite them to key dinner programs, distribute CME invitations and enduring materials frequently to maintain contact.
- **Maintain patient confidentiality.** Make sure the DUR's do not include any patient level information.

Perhaps your greatest resource in acquiring and analyzing pharmacy data is your district marketplace champion. They have seen examples of programs from across the nation that were a success in obtaining pharmacy data as well as having multiple examples of how the pharmacies can provide this data and what are the most effective ways to analyze it for increased sales results. Give them a call!!!

Wayne Mielke, District Manager, Indianapolis Long Term Care

IMS data is confidential & Patient confidentiality is mandatory

---

### Q1 Director Diamond Awards

This Quarterly award recognizes those with excellent implementation around the 4 Corners leading to sales results!



Congratulations to the Q1 2002 Winners:

**East- Jill Goldberg**
88% T1 2dmos., 6.55 calls/day, 98% DUR attainment, 94% T1I P2P

**West- Jaye Ramirez**
84% T1 2dmos., 6.3 calls/day, 70% DUR attainment, 80% T1I P2P

### Q1 Director Diamond Nominees
*Jennifer Carmone, Stephanie Fisher, Ann Hargreave, Marcin Kennon, Jake McDowell, Mindy Mitchell, Dennis Neuman & David Reece*

### Q2 Director Diamond Awards

This Quarterly award recognizes those with excellent implementation around the 4 Corners leading to sales results!



Congratulations to the Q2 2002 Winners:

**East- Dennis Neuman**
91% T1 2dmos., 7.2 calls/day, 75% DUR attainment, 80% T1I P2P

**West- Bobby Dunn**
88% T1 2dmos., 6.2 calls/day, 66% DUR attainment, 80% T1I P2P

### Q2 Director Diamond Nominees
*Cliff Bizzell, Tanya Calandra, Jennifer Carmone, Robin Chapman, Brent Gutmiller, Marcia Kennon, Damian Lynch, & David Reece*

*Looking to the Future, Touching Lives, Committed to Excellence*

## Q1 Best Practices Session

The following individuals were selected as Q1 Best Practices Award winners based on their outstanding Q1 sales results.

Michael Arnett, Sheldon Bratton, Michele Canon, Ann Conneally, Amy Dahlgren, Don Foy, Jill Goldberg, Raysa Gomez, Tracy Larsen, Frank Trollo, Patricia Whalon and District Manager- Mary Ann Elia

Each person participated in the Q1 Best Practices conference call and received one half day of personal time off. During the conference call, participants answered the following questions:

Realizing Prozac Weekly was a "salespersons drug," what behaviors have you transferred to Zyprexa in order to maximize your performance in Q3 & Q4?

- Prozac Weekly mandated selling to the entire treatment team – MD, DON, RN, Consultant Psychiatrist, etc.
- Obtain DUR information on project sell facility
- Being present in the facility with Tier 1 physicians
- Focusing on 1-2 facilities for top 5 Tier 1 customers
- Work with DON and RN staff to identify patients for a specific Zyprexa upgrade (e.g., Haldol patient).
- Track progress and "keep score".

How are you utilizing your 90-Day Action Plan to impact project selling?

- Target 1-2 facilities based on D.U.R. analysis of your top account(s). Focus on friendly accts. first.
- Focus on 2 specific patient types to focus on for next 90 days. E.g. Risperdal liquid users and patients that spit meds.
- Document collected "chips" and "chips needed" to move MD towards action.
- Utilize D.U.R. information in pre-call plan, creating action, and keeping score.
- Determine resources needed, document on action plan, and track utilization on T1 Util. Report.
- Follow-up: account follow-up, MD needs = meet MD needs, facility needs, and obtain new D.U.R.s to keep score.

How has segmentation changed what you do everyday with your customers?

- More specific in pre-call planning. Helps to focus on customer needs and matching message with those needs.
- Use of probing questions to uncover new "chips". Ability to match resources to meet needs.
- Don't group all physicians together for generic program. Utilize segmentation to match the best customer with the right resource. For example, "a skeptical experimenter was sent to a RCC in Chicago. Customer claimed that you invested time in me...therefore, I'll invest my time in patients!" Proceeded to start 10 new patients on Zyprexa for a "personal clinical trial".
- Ask for patient upgrades from High Flyers; ask for clinical trials or switches from other agents with Skeptical Experimenters; Zyprexa 5mg with Rule Bound; 5mg @ 5pm w/ Selective Majority.

## Q2 Best Practices Session

The following individuals were selected as Q2 Best Practices Award winners based on their outstanding Q2 sales results.

Sheldon Bratton, Steve Baughan, Amy Dahlgren, Jill Goldberg, Dana Johnson, Marcia Kennon, Tracy Larsen, David Reece, Renee Zajac and District Manager- Mary Ann Elia

Each person received a "Just Do It" award. They were also asked to submit a personal best practice. Here are the best of the best with a focus on project selling.

### Tracy Larsen, Chicago South

Situation: Increase incremental sales with Tier 1 physician, Dr. "N" (goes to 5 nursing homes; medical director at 3)

Task/ Action: Increased call activity (12 times/3 mos). Always saw MD at the nursing homes (with the exception of lunches at the office). He allowed me time with the staff, as well, to have them on board when they call physician (power of suggestion).

Did rounds with MD twice in the quarter—was able to see the type of patients he encountered most often (agitated, aggressive, on benzo's)

Had multiple follow-up calls after doing rounds (centered around those patient types and the benefits of Zyprexa)

Invited to multiple programs to utilize outside sources other than detailing (actual attendance: 3 programs/3 months)

Result: In March 2002, Dr. N's script count was as follows: Zyp 2.5=1; Zyp 5=7; Zyp 7.5=1—Total $ =$6338.70

By June 2002, Dr. N's script count was as follows: Zyp 2.5=3; Zyp 5=7; Zyp 7.5=6; Zyp 10=4—Total $=12265.20

An increase of $5926.50 per month from Pharmacy DURs

### Marcia Kennon and David Reece- Cleveland Biad

Situation: Move Zyprexa market share at the largest pharmacy account.

Task: Identify top tier one physician through analysis of account DUR

Action: Identified Dr. "W" as one of the top doctors in our territory based on DUR analysis.

- Discussed prescribing habits with Dr. "W" and uncovered that he was using Risperdal extensively in the elderly.
- Invited Dr. W to educational round table with thought leader where MD first asked questions about Zyprexa.
- MD started gaining experience with Zydis as a result of attending numerous programs and multiple weekly contacts. He also attended Dr "R" program where several areas of concern were directly addressed. Leveraged relationship with Dr. R to allow both physicians the opportunity to discuss Zyprexa one on one.
- Discussed extensively the use of Zydis for the non-compliant patients during multiple weekly contacts.

Results:

- Dr. W. became Zydis third party reference for use in detailing other physicians. He started to use Zydis for the hard to treat patient by using it as a prn medication.
- Account May and June data from the HD80 summary shows purchases for 20 mg Zydis of $313,259 and $235,886 respectively

## *L*ooking to the Future, *T*ouching Lives, *C*ommitted to Excellence

### And now, a word from the Brand Team...

The Zyprexa Brand Team has been preparing for a successful 2003 by evolving the Zyprexa LTC message into an even stronger, more impactful story to our LTC customers. The message management team was critical in the development of the piece and also the market research. The goal of the evolved LTC message is to build on the strong foundation that we initiated last March. The new design, layout, and look are designed to give the detail aid and story more of an emotional look and feel. We would like to thank the following members of the message management team for the valuable insight and contributions:

Steve Baughan
Ruth Brown
Holly Burkhart
Steve Herrin
Wendy Pollinger
Mary Ann Elia, District Manager
Tom Olsen, District Manager
Jaye Ramirez - Group Home Specific
Sheldon Bratton - Group Home Specific
Kris Lemke, District Manager - Group Home Specific

### Moving Up

*Several of our LTC colleagues moved on to new roles during the last quarter. Congratulations!!!*

| | |
|---|---|
| Reilly Decker | Beta District Manager - New Hampshire |
| ReJana Garon | LTC District Manager - Washington D.C. |
| Jill Schein | Human Resources Manager |
| Mascolia Miranda | LTC HR Personnel Representative |
| Jill Carmichael | Hospital Account Executive |



Shelly Suarez & Teresa Mazzarella



Enjoying Cabo San Lucas...
Kathy Smith, Tina Shegon & Karla Phillips



Team Building at a District Meeting
Christine Matson, Margie Pierce & Christine Pendrak



Team Florida in "Venice"
Enjoying their Quota Trip in Las Vegas



Hope you enjoyed a
Wonderful Holiday Season!



### Just Do It
#### Congratulations to *Everyone*

**East Team**
| | |
|---|---|
| David Green | Business Acumen Workshop for 3 districts |
| Ernie Arellan | Analytical help with the Cleveland Team |
| Wayne Mielke | Training DSM 301 throughout Lilly |
| Mary Ann Elia | Volunteerism outside Cleveland LTC |
| Mary Ann Elia | Q2 Best Practices Award Winner |
| Sheldon Bratton | Q2 Best Practices Award Winner |
| Amy Dahlgren | Q2 Best Practices Award Winner |
| Jill Goldberg | Q2 Best Practices Award Winner |
| Dana Johnson | Q2 Best Practices Award Winner |
| Marcia Kennon | Q2 Best Practices Award Winner |
| Tracy Larsen | Q2 Best Practices Award Winner |
| David Reece | Q2 Best Practices Award Winner |

**West Team**
| | |
|---|---|
| Steve Baughan | Q2 Best Practices Award Winner |
| Renee Zajac | Q2 Best Practices Award Winner |

**Chicago Team**
| | |
|---|---|
| Steve Hord | Neighborcare Hyperglycemia Blunting |
| Joe Grutadaro | Q2 and Q3 Incremental Business Best Practices |

**Cleveland Team**
| | |
|---|---|
| Tricia Lukomski | Omnicare DUR Attainment, impact on 3 district territories |
| Andrew Bower | Omnicare DUR Analysis |
| Tricia Lukomski | Omnicare DUR Analysis |
| Andrew Bower | TAT work and P2P programming with Sigma |
| Tricia Lukomski | TAT work and P2P programming with Sigma |
| Marcia Kennon | Development & rollout of district 90 day action plan template |
| Marcia Kennon | NCS Conventional Conversion Program |
| David Reece | NCS Conventional Conversion Program |
| David Reece | Living with regional speaker Mark Zadar, MD |
| Ann Conneally | Building a fence around William Price, MD |
| Jennifer Lee | Business Acumen Focus and Implementation |
| Jennifer Lee | TAT work and P2P programming with Detroit Retail |
| Ann Conneally | Akron South Tier 1 coverage for open territory |
| Edie Rubenfaer | Omnicare Seroquel Initiative in development |
| Brian Woeste | TAT work and P2P programming with Columbus Retail |
| Brian Woeste | Project Sell at GH with NCS in Lancaster |

**New York Team**
| | |
|---|---|
| Steve Hord | Going above and beyond to correct data from ChemRX |
| Kiana Ahye | TAT leadership and P2P speaker development |
| Damian Lynch | Implementation of the OBRA conference call |
| Stephanie Fisher | Q4 90 day action plan |
| Max Gild | Q4 90 day action plan |
| Gerrie Merola | Implementation of the MRDO conference call |
| Kristin Hughes | Implementation of the MRDO conference call |
| Arianna Vetrati | Business Ownership with the NY LTC Hospital Association |

**Boston Team**
| | |
|---|---|
| Barbara Mc Intosh | Excellent in-service at East Gate Nursing Home |
| Sharon Martin | DM Feedback collection from Boston LTC |

**Washington D.C. Team**
| | |
|---|---|
| Gary Bradshaw | Best Practice Sharing & Team Communication |
| Jeff Duermit | Creating action with Consultant Pharmacists and DUR's |
| Kristy Edstrom | Building and leveraging relationships |
| Pete Kaminskas | Communication and Team- Selling with Overlaps |
| Brandon Morris | Premier Force and Data Issue Championship Role |

**Philadelphia Team**
| | |
|---|---|
| Christine Pendrak | Applying strong Business Acumen |
| Donna Seybold | Applying strong Business Acumen |
| Michele Covington | Self-Development Focus |
| Michele Covington | Resource Utilization |
| Margie Pierce | District Meeting Follow-Up |
| Christine Matson | District Meeting Follow-Up |
| Christine Pendrak | District Meeting Follow-Up |
| Donna Seybold | District Meeting Follow-Up |
| Christine Matson | Customer Focus and Results Orientation |
| Michele Covington | Teamwork, customer focus |
| Michele Covington | Seroquel Presentation at POP Meeting |
| Michele Covington | POP Meeting Follow-up, Best Proposal |
| Steve Rothstein | Adding Value to District Meeting |
| Margie Pierce | Consistently Providing Market Knowledge from External Sources |
| Frank Trofio | Exceptional Mentoring of New Representative |

**Indianapolis Team**
| | |
|---|---|
| Kimberly Lofgren | Creating Action Dinner |
| Ruth Brown | Creating Action Dinner |
| Denise Stubblefield | Omnicare DUR Attainment |
| Brent Blackwell | Kroeger Institutional DUR Attainment |

**Pittsburgh Team**
| | |
|---|---|
| C. David Green | Joint District Meeting with Pittsburgh and New York |
| Teresa Mazzaretta | Conference Call with Key Thought Leaders |
| Mark Mikinski | Conference Call with Key Thought Leaders |
| Dennis Neuman | Conference Call with Key Thought Leaders |
| Scott Peterson | Conference Call with Key Thought Leaders |

**Florida Team**
| | |
|---|---|
| Alicia Anepete | October 2002 Florida Medical Director's Conference |
| Jerry Bell | October 2002 Florida Medical Director's Conference |
| Paw Sweeney | October 2002 Florida Medical Director's Conference |
| Elizabeth Tortorice | October 2002 Florida Medical Director's Conference |

**Los Angeles Team**
| | |
|---|---|
| Brent Gutzwiller | Project Sell Presentation and District Meeting MVP Q3 2002 |
| Jana Vannini | P2P and GUR utilization |

**Memphis Team**
| | |
|---|---|
| Richard Pryor | Nursing Home Inservice Workshop |
| Julia Franks | Nursing Home Inservice Workshop |

**Northwest Team**
| | |
|---|---|
| Rich Clubine | Outstanding Q4 Project Sell Implementation |
| Blake Nelson | P2P Championship Role |

**Sacramento Team**
| | |
|---|---|
| Jerry Windle | September District Meeting Training and Team Building Exercise |

**St. Louis Team**
| | |
|---|---|
| Jill Carmichael | Prozac Weekly Quota Performance in Q2 2002 |
| Carmen Garofalo | Prozac Weekly Quota Performance in Q2 2002 |
| Brent Fitzgerald | Project Selling Implementation Q3 2002 |
| Steve Molumby | District Meeting MVP Q3 2002 |
| Shawna Kasner | Zyprexa Quota Performance in Q2 2002 |
| Chris Barnes | Project Sell Conversions October 2002 |

**Texas Team**
| | |
|---|---|
| Dante Delgado | September District Meeting Rookie MVP |
| Robin Chapman | September District Meeting MVP |
| LaShonda Hunter | September District Meeting MVP |

*Looking to the Future, Touching Lives, Committed to Excellence*