EXHIBIT J

2174 Park Ave.
Orange Park, Florida 32073

April 24, 2001

The Lilly Lecture Bureau
220 East 42nd Street
New York, NY  10017
Re: Lecture Number

Dear Sir or Madam:

I am requesting an educational grant in favor of program funding for Dr. Joseph Micca, M.D. to speak on "Managing the Behavioral Disturbance associated with Alzheimer's Disease", on Friday, May 4, 2001, at Dave and Buster's restaurant, 7025 Salisbury Rd., Jacksonville, FL. The primary target audience will consist of Medical Directors, Nurse Practitioners, Physician Assistants, Director of Nursing, Assistant Director of Nursing and Consulting Pharmacist.

Please reimburse Dr. Joseph Micca, M.D. directly for all expenses incurred. The estimated expenses for Dr. Micca are as follows:

Honorarium:   $1000.00

Copies:   $50.00

Total Expenses: $1050.00

Our tax identification number is _____, we understand this number is needed for auditing/accounting purposes only, since the speaker will be paid directly.

Sincerely,


Tudor Jones
[Click here and type job title]

*[handwritten note:] Draft letter combining this letter & one on next page.*