EXHIBIT K

*[handwritten annotations in margins: "Dan White on for San Francisco", "Gerald McGuire", "Call speaker first", "update on psychotropic medication slides — management Savannah"]*

# FDA REGULATED PROGRAMS (PROMOTIONAL)

### Description

A program designed to provide medical education and disseminate current information about the use of Lilly products. The sales representative selects the speaker, topic, audience, date and location of the event. The purpose is to share medical information, influence prescribing habits, build relationships, improve access, and increase SOM as a result of good follow-up.

### Implementation Steps

The following steps should be taken by the sales representative to implement an effective and successful Peer to Peer Program.

- Program initiation
  - Representative identifies a program opportunity and obtains approval from District Manager to host the program (minimum of 4 weeks in advance).
- Representative identifies best speaker to fulfill program objectives.
  - If you are unsure about choosing a speaker, ask for advice from your District Manager or peers (overlaps) who have had good successes with their speakers.
  - Use Knowledge Management to identify speakers that are currently under contract with Lilly Lecture Bureau. Go to Knowledge Management, click on Programs, then click on Speaker Database. Information can be sorted by speaker's name, specialty, pay tier, products, number of speaking engagements currently registered, and city or state of speaker.
  - Speaker must have a signed "FDA Regulated Speaker Program Agreement" on file <u>before</u> the program takes place. If you wish to select a speaker who is not currently in the speaker database, your DM must give his/her approval and agree to sponsor the new speaker. LLB must be called directly (1-888-472-1654) to provide all necessary information and the physician must sign a contract <u>before</u> the lecture takes place.
  - The speaker presentation must be "On Label". Lilly will provide the slide kit and certain slides are required to be presented. The physician/HCP has flexibility in order and selection of other slides from the kit. The physician/HCP may use personal slides if within labeling and to convey disease state information. The speaker may respond to any specific, unsolicited questions from the audience and use personal slides in doing so.
- Choosing a venue
  - Choose creative venues based on target audience (see index for examples). The main focus must be on the speaker program (not entertainment) and the setting/group size must allow for business discussions.

- Value to physician/HCP should remain within GPP guidelines of less than $100 per physician/HCP (including guests).
- Program time should be balanced equally with entertainment time and make sure there are enough representatives in attendance to allow for good business discussions.
- If the physician/HCP includes family at the program, entertainment must be educational or cultural in nature and family must participate in entertainment together.

- Setting up the program
  - Book program venue as early as possible.
  - Pre-set menu to fit within your budget.
  - Pre-select wine list and order group appetizers to cut down on expenses.
  - Print out and distribute invitations to targeted physicians. Pre-approved invitations must be used. The invitation templates can be found on Knowledge Management in the program section. Select FDA regulated templates, choose product and fill in appropriate information. This invitation cannot be altered. If entertainment is a part of this program, the entertainment information must be placed on a second sheet of paper. It is a good idea to put the customer program ID# on the invitation so you can refer to it when you enter your calls after the program.

- Complete Electronic Request for Lecture form as early as possible. (As soon as date, speaker and venue are confirmed).
  - Form is located in Lotus Notes. Choose icon entitled Field Force Forms on Local, Choose New Form, and select Request for Lecture.
  - This will prompt you to fill in all necessary information. The Request for Lecture form will give you the option to schedule multiple programs for you and overlaps using the same speaker (a great way to save money for your territory), and the option to split budgets on speaker honoraria payments between districts. Make sure all information is filled out completely to ensure proper registration and payment of speaker.

- Targeting customers (guidelines on who to invite)
  - Choose target customers based on decile rating- invite those people that can impact your business. Make sure to invite other office influencers that make decisions about patient medication (physician assistants, nurse practitioners etc.).
  - Choose to invite those physicans/HCPs that are difficult to see during the day, may only be influenced by peers, and those that may be potential speakers for Lilly.
  - Build programs around important offices and targeted physicians/HCP.
  - Keep track of RSVP's and remind customers about the program the day before.

- Planning Program-Speaker Prep
  - Confirm speakers travel plans (if necessary).
  - Confirm time, location of program and AV equipment needed for this program with the speaker. It is your responsibility to order appropriate AV equipment.
  - Brief the speaker on the audience. Let speaker know the number of attendees, specialty of attendees, areas of concern of this group and a guideline of how he/she should focus the presentation.

- Ask speaker how he/she would like to be introduced to the group. (Usually name, specialty, affiliations etc.).
- Day of the Program
  - Arrive at the site early (30-45 minutes), set out sign up sheet and appropriate promotional material.
  - Work the room before and after dinner.
  - Strategically sit with most important customers, each representative should be at a separate table.
  - Introduce the speaker
  - Observe customer behavior and take notes on questions that key customers ask.
- Correctly recording a program call
  - It is important to correctly record program calls in your Premier Force database to ensure that Lilly USA can correctly evaluate impact and Return on Investment for all programs. All Peer to Peer Programs and customer interventions count as a call in your call frequency.
  - When you enter a FDA regulated Program, Premier Force will ask you for a lecture number. There are three ways to find the lecture ID#. 1) Find confirmation letter/e-mail that was sent 2) Look on Knowledge Management in customer programs section, 3) Call program vendor and ask them.
- Follow-up
  - Set expectations with customers that you will be in to follow up on the program within the next two days.
  - Give speaker feedback on presentation.
  - Complete speaker evaluation form sent via Lotus Notes.
  - Submit any food and any other incidental expenses to DM.
  - Write thank you note to speaker.

## Best Practices

The following ideas may be helpful when running an effective FDA Regulated Promotional Program

- Determine the 2-3 questions/issues that each physician/HCP says must be addressed before they will consider expanding their use of Zyprexa/Prozac Weekly. Prepare physician/HCP in advance of the program to ask a question of the speaker during the question and answer session.
- Have customers write down on a notecard at the program their key takeaway from the lecture. Questions can be written down on cards prior to or during the lecture and can be given to the speaker during the question/answer session.
- Make sure to utilize the expertise and relationships that your Lilly overlaps have developed. Forward a copy of the request for lecture to all Lilly overlaps in area. Use each other's programs as venues to send your customers and build relationships with tough to see customers. Exchange schedule information and ideas with overlaps to avoid redundant programs and decrease the chance of failure.

- Appoint a team leader (point person) or define roles when planning a program. This will eliminate confusion and create accountability.
- Tips to improve attendance
  - Create sense of urgency-"there are limited seats available"
  - Send reminders a week before the program and call the day before to ensure attendance.
  - Give detailed background information on speaker and topic (especially if a thought leader is speaking).
  - Choose creative venues.
- A few days before the dinner/event, attach a dinner/event business card and your card to the physicians/HCPs favorite treat and deliver it to the office as a reminder.