EXHIBIT L

# Independent Scientific Exchange (Non promotional Program)

## Description

This is an institution-originated program to provide medical education and disseminate current information about various disease states and products (e.g. CME dinners, Grand Rounds, CME Audioconference, and CME psychLinks). The institution, medical office or facility determines speakers, audience, date and location. Speaker and/or institution determine the presentation content and honorarium. The choice of slides is solely at the speaker's discretion. These programs are supported through an educational grant made out to the institution/organization.

## Implementation Steps

The following steps should be taken by the sales representative or institution to implement an effective and successful Scientific and Education Program.

- Non-Promotional Initiation
    Institution Initiates:
    - The Institution initiates program and contacts Lilly Sales Representative or Lilly Lecture Bureau (LLB) directly.
    - Speaker and/or institution develop the presentation content.
    - Institution and speaker determine honorarium.
    Representative Initiates:
    - Representative completes "Request for Lecture Form" in Lotus Notes (see Appendix A). Go into Lotus Notes and select "Field Sales Forms on Local". Select "New Form" then select "Request for Lecture". Fill in your information in the representative area. Select "Independent Scientific & Educational Program (Non-Promo)" under Program Information. Select the topic (psychosis/ depression) is and then fill in the Institutions information including the contact person's name.
    - Once the lecture form has been submitted, someone from LLB will contact the institution directly. The following section covers the correspondence.
    Institution /LLB administration initiates:
    - LLB contacts the institution with specific instructions on how to complete their grant request letter (see Appendix B)
    - Institution returns grant request letter to LLB.
    - Once grant is approved, LLB sends a confirmation letter to the institution with the Grant Agreement (firewall agreement, Appendix C).
    - Institution returns completed, signed Grant Agreement to LLB prior to program.

- LLB will also send confirmation letter to representative.
- If Institution would like financial assistance in providing meals for the attendees, they must request this in the grant letter. In addition if they would like help in locating a venue (restaurant or other) to host the event as well as help in disseminating invitations from their Lilly representative, they must request this in their letter.

LLB Administrative:
- LLB will send grant check to institution within 7 days after completion of the program. If there's enough time when scheduling the event, it is possible to receive the check beforehand.

- Follow-up
  - Follow-up 2-3 days later to see what impact this program had on their practice. Do they see a new way to use Lilly's products? Did all their questions/concerns get answered? How do we build that into new business?
  - Third party the speaker heavily in all of your calls. "Doctor Smith said this the other night....do you find that to be the case in your practice?"

## Do's and Don'ts

Do's

1. Attend the program, if invited.
2. Assist in transportation arrangements for the speaker, only if requested by the institution.
3. At the program, wear only a name badge that states the sales representative's name and company – NO PRODUCTS!

Don'ts

1. Don't display or distribute promotional materials of any kind in the lecture room or in the pathway to the lecture room.
2. Don't introduce the speaker or moderate during the question-and-answer period.
3. Don't ask or answer any questions during the lecture or question-and-answer period.
4. Don't offer potential attendees reimbursement for travel, personal expenses or time out of the office.
5. Don't offer gifts, entertainment, or any other inducements to potential attendees.
6. Don't distribute invitations, UNLESS requested by the institution.

## Frequently Asked Questions

1. May I suggest speakers and topics?
   The institution is responsible for selecting speakers and developing program content. If the institution makes a request for speaker suggestions, a list of several possible speakers may be provided.

2. May I plan for entertainment before, during, or after the program?
   This is not encouraged because the focus of Lilly's support should be on the educational program. However, with the consent of the institution, you may organize reasonable entertainment after the program.
3. Will I receive announcement materials (invites) from LLB?
   No. Announcement materials are for FDA-regulated programs only.
4. May I distribute program announcements or invitations?
   ONLY if requested by the institution and if it is not the only primary means of distribution.
5. May I give out product information at the program?
   No. This is permitted ONLY if the institution provides a separate location for manufacturer's promotional exhibits. Product information may be distributed in the exhibit area only.
6. May I discuss the presentation with the speaker prior to the program?
   No. Speaker requests for information or slides for his/her presentation should be forwarded to Medical Information Services.
7. **What if the institution wants the representative to pick up the food and beverage cost?**
   The institutions grant letter should include the food and beverage cost estimate so that these can be included in the grant. It is the responsibility of the institution to make the food and beverage arrangements. However, if the sponsor requests logistical assistance from you, you can help order/plan food and beverage but NOT payment for the food and beverage.

## Best Practices

The following ideas may be helpful when doing an effective Scientific and Educational Program

- Take notes during the dinner so that you may use them in follow-up visits to gain more business.
- Determine the 2-3 questions/issues that each physician says must be addressed before they will consider expanding their use of Zyprexa/Prozac Weekly. Note when those are addressed and ask MD their thoughts at follow up visit.