EXHIBIT M

# Customer Entertainment

## Description

Sales representatives may invite individuals or small groups of health care providers to meals or other social events, which facilitate the exchange of medical information. The size of a group should be no larger than that which allows for active discussions of business matters (4 docs to 1 rep may be a good rule of thumb). Social events must allow for ample discussion of business matters that ultimately will enhance patient care. This is also a great way to learn pertinent MIQ about your physicians/HCPs, as well as, expanding on deep customer knowledge.

## Implementation Steps

The following steps should be taken by the sales representative to implement an effective and successful Customer Entertainment Program.

- Entertainment Initiation
  - Representative invites customers, generally of common interest, to dinner or event (group practices generally have common interest).
  - Offer three potential dates (unless specific events i.e., sporting events, concerts, theater) that would be best for the physicians/HCPs and decide on one.
  - If dinner, make a reservation at the restaurant of choice. Tell the Host/Hostess what your function is and see if they can accommodate a more private table for your dinner.
- 1 Week Before
  - Confirm with everyone that they are still available for dinner/event.
- Day Before
  - Confirm with the physicians/HCPs the time and the location of the dinner/event.
  - Call to confirm reservation of dinner/event.
- Day of Program
  - Go to the dinner/event 30-45 minutes early to introduce yourself to the Host/Hostess and ensure tables are arranged appropriately.
  - Greet all of your customers as they arrive.
  - Make sure to take the time to speak with each customer before, after or during intermission/half-time.
- Follow-up
  - Follow-up 2-3 days later to discuss/recap specific conversations you had with the physicians/HCPs (personal and/or product related).

### Best Practices

The following ideas may be helpful when doing an effective Customer Entertainment Program.

- A few days before the dinner/event, attach a dinner/event business card and your card to the physicians/HCPs favorite treat and deliver it to the office as a reminder.
- If dinner, go to the restaurant and pre-set the menu, selecting the *best items on the menu – making sure to be sensitive to your physicians dietary habits. Also select a white and red wine for the table. (This helps control the cost and keeps the ordering time to a minimum).
- See if the restaurant has the capability of pre-printing the menu for you.
- Familiarize yourself with the most recent ARF note for each physician/HCP in attendance to have an understanding of current issues/concerns/ opportunities.