# EXHIBIT 2

**LTC Summer 2002 Newsletter**

Answers Tl

| | | |
|---|---|---|
| **Object Attachments:** | | |
| LTC Summer 2002 Newsletter | | |
| **Bibliographic Ref.:** | Randy Maloziec | This document is categorized under: Zyprexa > Field Communications > Communications |
| **Object URL:** | | |
| **Content Classified As** – Zyprexa\Field Communications\Communications | | |
| **Object ID:** | KORBDEN-5E6N2K | **Date Published:** 09/20/2002 |
| **Created By:** | Brian Dean | **Last Modified:** 09/20/2002 12:06:03 PI |
| **Select Object Brand(s):** | Zyprexa | |
| **Associated Divisions:** | Neuro LTC | |
| **Usage Restriction:** | | |
| **Project Name:** | **Contact Name:** | |
| **Language:** | **Contact Location:** | |

# LTC Best Practices Newsletter

*Looking to the Future, Touching Lives, Committed to Excellence*

**Summer 2002**  **Volume Two**

## FROM TOM OLSINSKI, National Sales Director



The final lap of a long distance race....the ninth inning.... the fourth quarter.....all times to put out the best effort to impact the conclusion of an event. That's where we are now in LTC Quota Achievement for 2002. **Now is the time** to show what we can do in LTC: lead the way in results with the strongest sales we can accomplish. Remember: we are not delivering messages like Western Union, we are **creating action** that changes the prescribing of the customer for the good of the resident. This is a simple time: we **SELL oral ZYPREXA** to the targeted customers who drive results. We have exciting new tools to help make our time even more effective through **segmentation.** The few hours a day you actually spend face to face with prescribing customers needs to be your very best positive performance. Continue to communicate your best practices and learn from each other. We want to see every District go to an achievement meeting again in 2003 for this years' results.

Thank you for all you do every day and for what you will accomplish this year. Champions sustain excellence: now is the time to create sales results from the champions in LTC! It's the fourth quarter: be your best.

**Keep selling & Enjoy the journey.**

## FROM MIKE MURRAY, West Area Sales Director



Congratulations for another strong start in LTC for 2002. This is a year of great challenge, and once again the LTC Division has led the way in sales performance, and your positive attitude and entrepreneurial spirit continue to show. As we enter the homestretch of the selling year, it has never been more important for you to increase your focus and implement with precision the one and only thing we do right now, SELL ZYPREXA! We've shown great momentum versus the competition, and we are closer to passing Risperdal in LTC prescriptions than we have ever been. At the same time, we still have great opportunity to not only pass Risperdal but take the dominant position in LTC in the pharmaceutical industry.

Your focus and sense of urgency in the last four months will determine how close we get to our goals. We have extremely focused priorities and great tools to support our efforts. The basics still revolve around the 4 corners of activity, and we have to maximize the fundamentals better than ever. We also have the new brand strategy and segmentation to become more precise on each and every sales call; approaching our customers the way they want to be approached. This will ultimately enable us to create action quicker with each customer, which is what it is all about. Your 90 Day Action Plans should be focused on the customers that can return the most business in the last months of the selling year. Set your goals, know your project sells needed to reach those goals, and keep score vs. the competition. This will enable you and our entire Division to finish on the top! I continue to be proud to be part of Lilly LTC, and I am enjoying my job as much as I ever have in working with all of you.

**Accept nothing less than the best!**

## 2002 Q1 YTD Results

**Q1 Portfolio**
Nation- 105%
West- 105%
East- 104%

**Top Districts**
| | | |
|---|---|---|
| Cleveland LTC | Mary Ann Elia | 122% |
| Florida LTC | Bob Shew/ Cheryl James | 116% |
| Texas LTC | Rick Smith/ Tina Shegon | 115% |

**Total Portfolio**
| | | |
|---|---|---|
| Michael Arnett | Wilmington | 144% |
| Donald Foy | Tallahassee | 141% |
| Sheldon Bratton & Amy Dahlgren | Chicago Metro Biad | 133% |

**Zyprexa**
| | | |
|---|---|---|
| Sheldon Bratton & Amy Dahlgren | Chicago Metro Biad | 158% |
| Tracy Larsen | Chicago South | 153% |
| Don Foy | Tallahassee | 150% |

**Prozac Weekly** (All listed were 200% to Quota and PathFinder Award Winners)
| | | | |
|---|---|---|---|
| Ann Conneally | Cleveland East | Michele Canon | Pasadena |
| Patricia Whalon & Frank Trollo | Princeton Triad | Brian Ward | Ontario |
| Lashonda Hunter | Wichita Falls | Amanda Moynihan | Springfield |
| Alan Cohen | Los Angeles | Jane Kelly | Allentown |
| Stacey Mangano | Long Beach | Beth Cooley-Merino | Sacramento |
| Max Gild & Stephanie Fisher | Parsippany Biad | Damian Lynch | Danbury |

## Best Practices Session



Congratulations to the Top Performers of **Q4**
The following representatives enjoyed two days in the **BIG APPLE** at the Grand Hyatt Hotel in vibrant New York City, New York!

**Zyprexa**
| | | |
|---|---|---|
| Cristina Rosas | Tyler | Texas LTC |
| Sam Patel | Lubbuck | Texas LTC |
| Tracy Larsen | Chicago South | Chicago LTC |

**Prozac Weekly**
| | | |
|---|---|---|
| Robin Chapman | Austin | Texas LTC |
| Chris Backes | Indianapolis North | Indiana LTC |
| Tracy Hird | San Antonio North | Texas LTC |

**Total Portfolio**
| | | |
|---|---|---|
| Ana Hargreave | Miami | Florida LTC |
| Kimberly Thomas | Memphis | South LTC |
| Teresa Mazzarella | Utica | Pittsburgh LTC |

### So, what was the secret to their success?

**Zyprexa**
- Start with the DUR to find the opportunity
  Ex: Typicals, High Dose Risperdal, liquid Risperdal, combination therapy, high benzodiazepine use, etc.
- With the DUR you know what they are writing, but do you know **why**? *Make it a priority to find out!*
- With the prescriber, identify one specific patient type to go after.
- Go with the prescriber to the NH to make rounds together.

Although we don't still actively promote P. Weekly in LTC, we learned many valuable lessons which are applicable to selling Zyprexa & creating action!

**Prozac Weekly**
- Be in the home: work w/ treatment team, do rounds with MD/RN
- In-service staff at nurses station
- Create the list while in the home
- Utilize consultant to generate list of potential PW patients for MD
- Follow up immediately after you have gained commitment
- Audioconference w/ D.O.N. and Medical Director
- Focused roundtable discussions - have the prescribers that are helping you share their experiences with other action plan MD's

*Can you apply these same best practices to Zyprexa?*

Thanks to all participants for their contributions and their outstanding performance in 2001!



*Tracy Larsen, Tracy Hird, and Christina Rosas in NYC.*



*From L to R: C. Backes, M. Murray, S. Patel, C. Rosas, T. Larsen, A. Hargraeve, R. Smith, R. Chapman, T. Hird, T. Mazzarella, K. Thomas, T. Olsinski.*

# *Looking to the Future, Touching Lives, Committed to Excellence*

## Coaches Corner
featuring **Rick Smith**, District Manager, Texas Long Term Care



**Project Selling** are two words we hear a lot of these days. In all honesty though, this is what the most successful sales representatives do on a day in day out basis. In my 25 years with Lilly, there have been 3 key learnings:

1. 20% of our customers write 80% of our business. Tier 1's are the folks who will make us successful.
2. Tier 1s are influenced by frequency, a message that hits their motivators (chips) and a supportive message from key thought leaders (resource utilization).
3. FOCUS. Every time we focus or follow through to get a result (new script, upgrade, cross-taper), our business grows and we help patients.

Project Selling at its best gives us the opportunity to apply all three key learnings. It is the "Business Ownership Mentality".

**"The Recipe"**
1. Determine the target (Tier 1, specific NH, or specific pharmacy)
2. Quantify the opportunity with a baseline DUR. This determines the physician's usage pattern to help us understand which specific patient we should go after:
   - low dose Risperdal → multi-med patient
   - high dose Risperdal → EPS concern
   - Zyprexa 2.5mg → 5mg
   - Risperdal liquid → Zydis
3. Determining what they are using and why (chips)
4. Specific plan around frequency, message and resource utilization using Segmentation
5. No more planning – JUST DO IT
6. Follow-up and keep score with a follow up DUR. Getting a follow-up DUR will help you determine if you are making progress and if it is time to go to the next target. If you are not making progress, you must reflect on what you are doing and think about doing something different. Remember that INSANITY is doing the same thing and expecting a different result!

Let me give you a hypothetical example to sell the seller.
We have 4 months left in 2002 to make it happen and drive incremental sales in 2002. Let's say we have a project sell with Dr. Plenty of Opportunity who has 25 patients on antipsychotics (12 on Zyprexa and 13 on Risperdal). Our 90-day plan is to upgrade ½ of his Risperdal patients and get all new antipsychotic starts. Here are the scenarios if we get them early versus later.



This example demonstrates the value of the annuity and the opportunity lost by not getting the script earlier in the year. Get it done early so you enjoy the benefits of refills and patients get the magic of Zyprexa. With Dr. Plenty, you may have gotten 11 new patients, but you really got 33 scripts (with refills). If we had Dr. Plenty on board in January it could have been 121 scripts just from the same 11 patients.

Let me show you a real example from Team Texas:

**Tyler, Texas – Cristina Rosas**
Cristina identified a physician whose patients were on peg tubes receiving liquid Risperdal.
- Cristina worked with the physician, got an order to get nurses to upgrade patients to Zydis.
- Cristina's Zydis, as a % of her business, is one of the fastest in the district and more importantly, she is outgrowing the atypicals by 75%.
- Cristina is also 117% with Zyprexa after finishing #2 in 2001.
- One doctor, one nursing home, one specific patient at a time.

What can Project Selling do for YOU? Business Ownership, Premier Rewards, and FOCUS. It can give you a sense of accomplishment by firsthand seeing the results of your efforts in your DUR's and celebrating the success in knowing you are helping patients. It can help with the work/family balance by helping you focus on opportunities that will bring the greatest results.

District Mangers use project Selling as well. Tina Shegon and I have a project sell underway now in a territory that could have great impact to Team Texas' success.
- Territory has 15% of the antipsychotic opportunity within Team Texas
- Risperdal has 43% Days of Therapy share vs. Zyprexa's 31% share.
- If we could overtake Risperdal in this territory, the district would be 160% to quota in 2002.
- Productivity and resource utilization need to increase
- We have confidence in the sales representative to get it done
- This territory is getting our resources and focus to make sure it happens, and happens early so we can reap the benefits throughout 2002.
- It will happen, one doctor, one NH, and one specific patient at a time.

I would bet that in your territory you have an MD that you wish, "If only I could get Dr. X to write more Zyprexa I could help patients, help myself and help my team in 2002." Put this customer in a focused Project Sell and it WILL happen. Best of luck and good selling. **2002 – This Will Be Our Finest Hour**

## Peer to Peer Solutions

In light of the recent GPP and budget challenges, the P2P team has offered solutions to help you to bring valuable programs to your customers.

- Speaker Ride-A-Longs with Local Speaker
- Focused Small Roundtables with Local Thought Leaders
- In-Services/Moderator program at all shift changes
- Psychlink/DLN at breakfast
- Increased commitment to available DTP interventions – place them in your day timers now and get them scheduled
- Non-Honorarium roundtables between Key docs – every month (same time, same place, different leader of the discussion – journal clubs)
- Tie programs to the Front End or Back End of Business Meetings at Nursing Homes, Group Homes, CMHC's, etc.
- Early Dinner programs near the MD's office (5pm – finish by 7pm)

Be Solutions-Oriented
Stay Positive
Superior Planning of Targeted Programs with Specific MD's

## *Looking to the Future, Touching Lives, Committed to Excellence*

### Q4 2001 Director Diamond Awards

This Quarterly award recognizes those with excellent implementation around the 4 Corners leading to sales results!

Congratulations to the Q4 2001 Winners:

💎 **East- Tricia Lukomski & Andrew Bower** 💎

**West- Cliff Bizzell**

### Quota Trips

Congratulations to each and every district in LTC; you all earned fabulous trips from your sales results in 2001! Here's to another year of hard work & well-deserved achievement trips!

| | |
|---|---|
| East Area | Bermuda |
| West Area | Cabo San Lucas |
| Florida LTC | Las Vegas, NV |
| Texas LTC | Kiawah Island, SC |
| Chicago LTC | Lake Tahoe, NV |
| Indianapolis LTC | Las Vegas, NV |
| New York LTC | Kiawah Island, SC |
| Boston LTC | South Beach, FL |
| Pittsburgh LTC | Key Biscayne, FL |
| Cleveland LTC | Dana Point, CA |
| Northwest LTC | Lake Tahoe, NV |
| Philadelphia LTC | Scottsdale, AZ |
| St Louis LTC | Squaw Valley, NV |
| Southeast LTC | South Beach, FL |
| Washington DC, LTC | Scottsdale, AZ |
| Memphis LTC | Key West, FL |
| Sacramento LTC | Key Largo, FL |
| Los Angeles LTC | Key West, FL |

### Moving Up

*Several of our LTC colleagues moved on to new roles during the last quarter.* **Congratulations!!!**

Chris Backes — SPP Marketing Associate
Jessica Waguespack — Sigma Area Trainer

### B2B Update-

We have developed a CME training tool applicable to nursing home caregivers on "Managing Behavioral Emergencies". This is a topic important to all caregivers as behavioral emergencies can cause danger to caregivers and patients, create a distraction from day to day operations, and trigger significant stress for the caregivers and families. This tool addresses both non-pharmacological and pharmacological approaches and has been distributed nationally through NeighborCare, PharMerica, and ASCP members. Copies have also been made available to Integrated Health Services (a national nursing home provider). If this topic resonates with your customers – please offer to join your customer to watch the video or inservice and continue to deliver the "answers that matter!"   -Your LTC B2B Team, Becki Morison, Steve Hord, Matt Zickmund, Paul Titus, Jack Campbell

### What is Segmentation?



The division of customers into groups (segments) that: (1) have common needs/wants/preferences and (2) will respond similarly to a *specific marketing strategy*.

We need to modify our strategy to better meet the needs of a particular segment. What's in it for them? Let's take a closer look. The following are examples of how one may communicate the benefits of a patient being on Zyprexa 5mg versus settling with 2.5mg…

#### HIGH FLYER

…to maximize patient outcomes, to get the patient to the highest possible level of functioning.

#### SKEPTICAL EXPERIMENTER

…try it for yourself, doctor. You tell me where you see the best clinical outcomes. I would love to get your feedback.

#### RULE BOUND

…because 5mg was shown to be the most efficacious and safe dose within our clinical trials. It is the standard of care accepted by geriatric psychiatrists around the country.

#### SELECTIVE MAJORITY

…because it is simple. 5mg at 5pm. Easy to dose for the staff, easy to remember for you.



**THE LIMITLESS TEAM** *Go Beyond!*



# Just Do It
## Congratulations to *Everyone!*

**East Team**
| | |
|---|---|
| David Green | Sharing segmentation ideas from roll-out at June district meeting |
| Mary Ann Elia | Sales growth to #1 in East and overall in Q1 2002 |

**West Team**
| | |
|---|---|
| Tom Olsen | Segmentation across LTC- voted MVP of East Area Meeting |
| Karla Phillips | Implementation of Creating Action Workshop at June Meeting |

**Chicago Team**
| | |
|---|---|
| Amy Dahlgren & Sheldon Bratton | Group Home Preceptorship Coordination |
| Joe Gruttadauro | Development of Business Plan Template |
| Shauna Kistler | Developed Pre-call Planning Worksheet |

**Cleveland Team**
| | |
|---|---|
| Andrew Bower | ICP Zyprexa performance as new #1 AP SOM on DUR |
| Andrew Bower | Segmentation to create action on 6 calls during field visit. |
| Jennifer Lee | Detroit Medical Arts Zyprexa dose optimization program. |
| Jennifer Lee | Project Sell at MORC with V. Angeluni to impact Zyprexa sales. |
| Tricia Lukornski | ICP Zyprexa performance as new #1 AP SOM on DUR |
| Tricia Lukornski | Ominicare of Perrysburg dose optimization program. |
| Ann Conneally | NCS project selling with Drs. Goldman/ Zedar. |
| Marcia Kennon | NCS project selling with Drs. Goldman/ Zedar. |
| Marcia Kennon | NCS project sell that resulted in $300,000 Zydis purchase. |
| David Reece | NCS project sell that resulted in $300,000 Zydis purchase. |
| David Reece | NCS project selling with Drs. Goldman/ Zedar. |

**Indianapolis Team**
| | |
|---|---|
| Robin Coleman | Pz Weekly project sell resulting in 285% increase ($15,300) |
| Chris Backes | Pz Weekly project sell resulting in 256% increase ($9800) |
| Samino Scott | 100% DUR Attainment within 1st 5 months in the field |
| Ruth Brown | Pz Weekly project sell resulting in 170% increase ($9200) |
| Ruth Brown | Initiation & implementation of Ohio Med Dir Assoc. Meeting |
| Lori McDonnell | "Creating Action Dinner" resulting in 12 new Zyprexa patients |

**New England Team**
| | |
|---|---|
| Garrett Ingrando | The perfect field day |
| Garrett Ingrando | DUR Attainment |
| Barbara McIntosh | Excellent creating action during a call |
| Stacy Larkin | Partnering with Pharmerica |
| Eliot Agudelo | MVP of June District Meeting |
| Amanda Moynihan | MVP of June District Meeting |
| Sharon Martin | DON challenge for Zyprexa conversions |

**New York Team**
| | |
|---|---|
| Marisol Torres | Fine attention to details to save LTC NY over $1000 |
| Kiana Ahye | Above the call of Duty w/ Dr. Glazer for his dinner program |
| Kristin Hughes | Above line attitude to Secure $10,000 P. Weekly at HH |
| Damian Lynch | Motivating Oceanside Triad w/ Zyp Q3 Award Perqs pgm. |
| Arianna Vetrati | Zy. SOM reversal w/ Risp at Metro. Jewish (70%Z/30%R) |
| Stephanie Fisher | Finding Huge MRDD mkt. th/ RPH MIQ and taking *action* |
| Max Gild | Finding Huge MRDD mkt. th/ RPH MIQ and taking *action* |
| Dana Johnson | Securing Park Ave. Education symp - 1 yr in the making |
| Gerrie Merola | Realizing she doesn't need Din Shah to be successful |
| Aviva Megibow | Whipping the Reinstein opportunity into an ACTION PLAN |
| Arianna Vetrati | Creating business opportunity for ChemRx |

**Philadelphia Team**
| | |
|---|---|
| Reilly Decker | Coaching to impact the district's ability to create action |
| Frank Trollo | Maximized resource with T1 customer |
| Trysh Whalon | Analyzed huge DUR to develop advanced targeting tool |
| Margie Pierce | Outstanding implementation of the first district conf. call |
| Sarah Burns | Exceeding expectations on 1st field ride in new district |
| Christine Pendrak | Outstanding routing, targeting & analysis in new territory |
| Paul Titus | Proactive NCS account driven priorities |
| Frank Trollo | P2P with Quality, Speed and Value |
| Donna Seybold | P2P Implementation |

**Pittsburgh Team**
| | |
|---|---|
| Mark Miklinski | Project selling vs benzodiazepines; shared learning w/ team |
| Teresa Mazzarella | Coverage of sales territory while also facilitating ID schools |
| Dennis Neuman | Nursing home rounds resulting in creating action |

**Washington D.C. Team**
| | |
|---|---|
| Gary Bradshaw | Best practice sharing & communication with peers for Q2. |

**Florida Team**
| | |
|---|---|
| Alicia Anepete | Achieving "Mission Impossible": a NH list from Pharmerica |
| Ken Jones | Achieving "Mission Impossible": a NH list from Pharmerica |
| Ana Hargreave | Project Sell: Grew Account 319% from Q4 '01 to Q1 '02 |
| Don Foy | 100% District PAC Participation & Strong Involvement in Florida legislative action team |

**Los Angeles Team**
| | |
|---|---|
| Tina Gillen | June District Meeting MVP |

**Northwest Team**
| | |
|---|---|
| Jeff Nowlin | Excellent Pres. at Dist. Meeting: "How to work a Nursing Home" |
| Rich Clubine | Prozac Weekly Champion Role |

**Sacramento Team**
| | |
|---|---|
| Jaye Ramirez | Prozac Weekly Project Sell at a Neighborcare Account |
| Bryan Zappulla | Prozac Weekly Project Sell at Neighborcare & Owens |
| Beth Cooley-Merino | Prozac Weekly Project Sell at a Neighborcare Account |
| Tremell Turner | For his efforts as Prozac Weekly product champion |
| Maggie Bolton | Provided coverage to open territory in addition to her own |

**Southeast Team**
| | |
|---|---|
| Jake McDowell | "Walk With" (rounding) idea with a Tier 1 customer/Quarter |
| Shelly Norton | Understanding Customer Needs with important MD/NP group |

**Texas Team**
| | |
|---|---|
| Christina Rosas | Setting the hurdle for resource utilization & productivity |
| Robin Chapman | Project selling with Zydis, having the highest penetration of Zydis in the district and for her productivity/resource utilization leadership |

*Looking to the Future, Touching Lives, Committed to Excellence*

## STP - Creating Action Intervention (Neuro LTC)

### Type Disease State Here

**Best Practice Description:** Acute Crisis Intervention

**Situation:**

Increase market share of Zyprexa by focusing on the implementation of Zydis.

**Task/Action:**

In the territory, most SNF's are below census. These facilities have contacted my largest Tier 1 Consulting Psychiatri[st] asked for his recommendations on how to eliminate some possible hospital admissions. One suggestion he gave wa[s] administer 5 to 10mg of Zyprexa Zydis for the highly aggressive and agitated resident that is experiencing acute brea[k] symptoms. The Doctor uses the somnolence to his advantage and feels very comfortable taking the dose higher beca[use] safety profile. The action was for me to get this Doctor to share his success with his colleagues and have them imple[ment] practice by having Zyprexa Zydis provided in the emergency kits at their respective SNF's. We were able to accomp[lish] completing a round table discussion with a practice which included 4 Doctors that are Medical Directors for six faciliti[es] territory.

**Results:**

Six facilities have two 5mg Zyprexa Zydis located in their emergency kits. The best result: this practice has resulted [in] hospital admissions.

**Document Attachments:**

**Object Attachments:**

**Bibliographic Ref:** Dennis Neuman Jr

This document is categorized under:
Best Practices
> Message

**Object URL:**

**Content Classified As** - Best Practices\Message

| | | | |
|---|---|---|---|
| **Object ID:** | KORJASN-5CLQUD | **Date Published:** | 08/01/2002 |
| **Created By:** | Julie A Shoen | **Last Modified:** | 08/01/2002 02:31:55 P[M] |

**Select Object Brand(s):**
**Associated Divisions:** Neuro Institutional, Neuro LTC, Neuro Retail
**Usage Restriction:**