NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA  94102-6388
Telephone:  (415) 441-5544
Facsimile:  (415) 441-7586

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| STATE OF CALIFORNIA ex rel. JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CASE NUMBER 07-CV-04911-CRB<br><br>**WITHDRAWAL OF *EX PARTE* APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS** |

- 1 -

WITHDRAWAL OF *EX PARTE* APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON
OPPOSITION BRIEFS

On November 16, 2007, Plaintiff-Relator Vicente filed an *Ex Parte* Application to exceed the 15-Page Limitation on briefs for Vicente's Opposition To Defendant Eli Lilly & Company's Motion To Dismiss. *See Dkt. Nos.* 40-41. Plaintiff-Relator Vicente has since filed an Opposition subject to this Court's 15-page limitation (Dkt. No. 47) and as a result, there is no need to rule on the *Ex Parte* Application to exceed the page limitation. Accordingly, Plaintiff-Relator hereby withdraws the *Ex Parte* Application, pursuant to Civil Local Rule 7-7(e).

DATED: November 19, 2007.

HERSH & HERSH
A Professional Corporation

By_____
NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
JEANETTE HAGGAS, ESQ., State Bar No. 244713
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, 2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544
Attorneys for Plaintiff

WITHDRAWAL OF *EX PARTE* APPLICATION TO EXCEED THE 15-PAGE LIMITATION ON OPPOSITION BRIEFS