1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:   (415) 772-1200
6  Facsimile:    (415) 772-7400

7  Paul E. Kalb, M.D.
   SIDLEY AUSTIN LLP
8  1501 K Street, N.W.
   Washington, D.C.  20005
9  Telephone:   (202) 736-8000
   Facsimile:    (202) 736-8711
10
   Nina M. Gussack
11 Andrew R. Rogoff
   PEPPER HAMILTON LLP
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA  19103-2799
   Telephone:   (215) 981-4000
14 Facsimile:    (215) 981-4750

15 Attorneys For Defendant
   ELI LILLY AND COMPANY

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

20 
| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | Case No. 07-cv-04911-CRB |
| | Assigned to: Hon. Charles R. Breyer |
| Relators, | **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| ELI LILLY AND COMPANY, | Date: December 7, 2007 |
| | Time: 10:00 a.m. |
| Defendant. | Place: Courtroom 8, 19th Floor |

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

SF1 1478023v.1

Defendant Eli Lilly and Company ("Lilly") hereby requests that this Court take judicial notice of the facts and documents listed below and attached hereto as exhibits, pursuant to Rule 201 of the Federal Rules of Evidence, for purposes of Lilly's previously filed motion to dismiss the complaint of *qui tam* plaintiff Jaydeen Vicente in the above-entitled action.

1. <u>Request No. 1</u>: Margaret Cronin Fisk, *Lilly Fraudulently Marketed Zyprexa, Montana Claims*, BLOOMBERG NEWS, Mar. 12, 2007, a true and correct copy of which is attached hereto as **Exhibit 1**.

This Court may properly take judicial notice of publicly available media publications. *Ritter v. Hughes Aircraft Co.*, 58 F. 3d 454 (9th Cir. 1995); *Washington Post v. Robinson*, 935 F. 2d 282, 291 (D.C. Cir. 1991) (taking judicial notice of a newspaper article to show information was in the public domain).

Respectfully submitted,

Dated: November 21, 2007       SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
Timothy T. Scott
Attorneys For Defendant
ELI LILLY AND COMPANY

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

SF1 1478023v.1