**Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
**Geoffrey M. Ezgar (SBN 184243)**
**gezgar@sidley.com**
**Paul L. Yanosy (SBN 233014)**
**pyanosy@sidley.com**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone:     (415) 772-1200**
**Facsimile:      (415) 772-7400**

**Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C.  20005**
**Telephone:     (202) 736-8000**
**Facsimile:      (202) 736-8711**

**Nina M. Gussack**
**Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
**3000 Two Logan Square**
**Eighteenth and Arch Streets**
**Philadelphia, PA  19103-2799**
**Telephone:     (215) 981-4000**
**Facsimile:      (215) 981-4750**

**Attorneys For Defendant**
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Relators, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No. 07-cv-04911-CRB <br><br> Assigned to: Hon. Charles R. Breyer <br><br> **DECLARATION OF TIMOTHY T. SCOTT IN SUPPORT OF SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** <br><br> Date:  December 7, 2007 <br> Time:  10:00 a.m. <br> Place:  Courtroom 8, 19th Floor |

I, Timothy T. Scott, declare as follows:

1. I am an attorney with Sidley Austin LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned matter, and admitted to practice before this Court. I make this declaration in support of Defendant's Supplemental Request for Judicial Notice in Support of Motion to Dismiss ("Supplemental Request for Judicial Notice").

2. Attached to the Supplemental Request for Judicial Notice are true and correct copies of the following documents:

    a. Exhibit 1: Margaret Cronin Fisk, *Lilly Fraudulently Marketed Zyprexa, Montana Claims*, BLOOMBERG NEWS, Mar. 12, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 21st day of November 2007 at San Francisco, California.

/s/ Timothy T. Scott
_____
Timothy T. Scott