| | |
|---|---|
| 1 | **Timothy T. Scott (SBN 126971)** |
|   | tscott@sidley.com |
| 2 | **Geoffrey M. Ezgar (SBN 184243)** |
|   | gezgar@sidley.com |
| 3 | **Paul L. Yanosy (SBN 233014)** |
|   | pyanosy@sidley.com |
| 4 | **SIDLEY AUSTIN LLP** |
|   | **555 California Street** |
| 5 | **San Francisco, California 94104** |
|   | **Telephone:   (415) 772-1200** |
| 6 | **Facsimile:   (415) 772-7400** |

**Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C. 20005**
**Telephone:   (202) 736-8000**
**Facsimile:   (202) 736-8711**

**Nina M. Gussack**
**Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
**3000 Two Logan Square**
**Eighteenth and Arch Streets**
**Philadelphia, PA 19103-2799**
**Telephone:   (215) 981-4000**
**Facsimile:   (215) 981-4750**

**Attorneys For Defendant**
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | ) Case No. 07-cv-04911-CRB ) ) Assigned to: Hon. Charles R. Breyer |
| Relators, | ) ) **DECLARATION OF TIMOTHY T. SCOTT IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STAY** |
| v. | ) |
| ELI LILLY AND COMPANY, | ) Date: December 7, 2007 ) Time: 10:00 a.m. ) Place: Courtroom 8, 19th Floor |
| Defendant. | ) |

**SCOTT DECLARATION ISO MOTION TO STAY**

SF1 1478029v.1

I, Timothy T. Scott, declare as follows:

1. I am an attorney with Sidley Austin LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned matter, and admitted to practice before this Court. I make this declaration in support of Defendant's Reply In Support of Motion to Stay All Proceedings Pending Transfer By The Judicial Panel on Multidistrict Litigation ("Reply in Support of Motion to Stay").

2. Attached hereto are true and correct copies of the following documents:

   a. Exhibit A: Conditional Transfer Order to MDL No. 1596, entered October 23, 2007.

   b: Exhibit B: Complaint in *State of Montana, ex rel. Mike McGrath, Attorney General of the State of Montana v. Lilly*, 07-cv-01933-JBW-RLM (Doc. No. 4) (E.D.N.Y. May 30, 1997).

   c: Exhibit C: State-Court Complaint attached to the Notice of Removal in *State of New Mexico, ex rel., Patricia Madrid, Attorney General of the State of New Mexico v. Lilly*, 1:07-cv-01749-JBW-RLM (Doc. No. 3) (E.D.N.Y. May 3, 2007)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 21st day of November 2007 at San Francisco, California.

/s/ Timothy T. Scott
Timothy T. Scott

**SCOTT DECLARATION ISO SCOTT DECLARATION ISO MOTION TO STAY**

SF1 1478029v.1