```
 1  Timothy T. Scott (SBN 126971)
    tscott@sidley.com
 2  Geoffrey M. Ezgar (SBN 184243)
    gezgar@sidley.com
 3  Paul L. Yanosy (SBN 233014)
    pyanosy@sidley.com
 4  SIDLEY AUSTIN LLP
    555 California Street
 5  San Francisco, CA  94104
    Telephone:    (415) 772-1200
 6  Facsimile:    (415) 772-7400

 7  Paul E. Kalb, M.D.
    SIDLEY AUSTIN LLP
 8  1501 K Street, N.W.
    Washington, D.C.  20005
 9  Telephone:    (202) 736-8000
    Facsimile:    (202) 736-8711
10
    Nina M. Gussack
11  Andrew R. Rogoff
    PEPPER HAMILTON LLP
12  3000 Two Logan Square
    Eighteenth and Arch Streets
13  Philadelphia, PA  19103-2799
    Telephone:    (215) 981-4000
14  Facsimile:    (215) 981-4750

15  Attorneys For Defendant
    ELI LILLY AND COMPANY
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Relators, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No.  07-cv-04911-CRB <br><br> Assigned to: Hon. Charles R. Breyer <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-CRB

SF1 1478181v.1

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On November 21, 2007, I served the following document(s) described as:

1. **DEFENDANT ELI LILLY AND COMPANY'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

2. **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

3. **DECLARATION OF TIMOTHY T. SCOTT IN SUPPORT OF SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

4. **REPLY IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

5. **DECLARATION OF TIMOTHY T. SCOTT IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STAY**

6. **CERTIFICATE OF SERVICE**

   NOTE: (Parties will receive the electronic copies of these documents via ECF electronic notification.)

on all interested parties in this action as follows:

☒ (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

Mark Zahner, Chief Prosecutor, State Bar No. 137732
Brian V. Frankel, Supervising Attorney General, State Bar No. 116802
1455 Frazee Road, Suite 315
San Diego, CA 92108
(619) 688-6065

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on November 21, 2007, at San Francisco, California.

By: _____
Joan Nielson

---

CERTIFICATE OF SERVICE - CASE NO. 07-cv-04911-CRB

SF1 1478181v.1