**ORIGINAL**

FILED
07 NOV 28 PM 3: 3[_]

Allyson Lane Baccini
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4781
Facsimile: (215) 981-4750

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Relators,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No. 07-cv-04911-CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

### APPLICATION TO APPEAR PRO HAC VICE

Pursuant to Civil L.R. 11-3, Allyson Lane Baccini, an active member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, hereby applies for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Eli Lilly and Company in the above-entitled case.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1      2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,
2   to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local
3   Rules and the Alternative Dispute Resolution programs of this Court; and,
4      3. Attorneys who are members of the bar of this Court in good standing and who
5   maintain an office within the State of California have been designated as co-counsel in the above-
6   entitled action. The names, address, and telephone number of those attorneys are:

>   Timothy T. Scott (SBN 126971)
>   tscott@sidley.com
>   Geoffrey M. Ezgar (SBN 184243)
>   gezgar@sidley.com
>   Paul L. Yanosy (SBN 233014)
>   pyanosy@sidley.com
>   SIDLEY AUSTIN LLP
>   555 California Street
>   San Francisco, California 94104
>   Telephone:    (415) 772-1200
>   Facsimile:    (415) 772-7400

15      I declare under penalty of perjury that the foregoing is true and correct.

NOVEMBER 26, 2007
Date                                            Allyson Lane Baccini

2
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611012915
Cashier ID: sprinka
Transaction Date: 11/28/2007
Payer Name: specialized legal service
--------------------------------
PRO HAC VICE
  For: allyson lane baccini
  Case/Party: D-CAN-3-07-AT-PROHAC-001
  Amount:      $210.00
PRO HAC VICE
  For: nina gussack
  Case/Party: D-CAN-3-07-AT-PROHAC-001
  Amount:      $210.00
PRO HAC VICE
  For: andrew rogoff
  Case/Party: D-CAN-3-07-AT-PROHAC-001
  Amount:      $210.00
--------------------------------
CHECK
  Check/Money Order Num: 29154
  Amt Tendered:   $630.00
--------------------------------
Total Due:       $630.00
Total Tendered: $630.00
Change Amt:      $0.00

07-4911crb


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```