**ORIGINAL FILED**

07 NOV 28 PM 3:31

[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

1  Andrew R. Rogoff
   PEPPER HAMILTON LLP
2  3000 Two Logan Square
   Eighteenth and Arch Streets
3  Philadelphia, PA  19103-2799
   Telephone:  (215) 981-4881
4  Facsimile:   (215) 981-4750

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br> Relators, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No. 07-cv-04911-CRB <br><br> Assigned to: Hon. Charles R. Breyer <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

### APPLICATION TO APPEAR PRO HAC VICE

Pursuant to Civil L.R. 11-3, Andrew R. Rogoff, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Eli Lilly and Company in the above-entitled case.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address, and telephone number of those attorneys are:

> Timothy T. Scott (SBN 126971)
> tscott@sidley.com
> Geoffrey M. Ezgar (SBN 184243)
> gezgar@sidley.com
> Paul L. Yanosy (SBN 233014)
> pyanosy@sidley.com
> SIDLEY AUSTIN LLP
> 555 California Street
> San Francisco, California 94104
> Telephone:     (415) 772-1200
> Facsimile:     (415) 772-7400

I declare under penalty of perjury that the foregoing is true and correct.

Nov. 26, 2007
Date

Andrew R. Rogoff

2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*