1

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4950
Facsimile: (215) 981-4750

**ORIGINAL**

FILED

07 NOV 28 PM 3: 30

_uthor ... W. WIEKING_
_CLERK, U.S. DISTRICT COURT_
_NORTHERN DISTRICT OF CALIFORNIA_

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | STATE OF CALIFORNIA *ex rel.* JAYDEEN    ) Case No. 07-cv-04911-CRB
VICENTE and JAYDEEN VICENTE             )
12 | Individually,                             ) Assigned to: Hon. Charles R. Breyer
                                            )
13 |           Relators,                       ) **APPLICATION FOR ADMISSION OF**
                                            ) **ATTORNEY *PRO HAC VICE***
14 | v.                                        )
                                            )
15 |                                           )
ELI LILLY AND COMPANY,                   )
16 |                                           )
           Defendant.                    )
17 | _____)

18

### APPLICATION TO APPEAR PRO HAC VICE

19

       Pursuant to Civil L.R. 11-3, Nina M. Gussack, an active member in good standing of

20

the bars of the Commonwealth of Pennsylvania and the State of New York, hereby applies for

21

admission to practice in the United States District Court for the Northern District of California on a

22

*pro hac vice* basis representing Eli Lilly and Company in the above-entitled case.

23

       In support of this application, I certify on oath that:

24

       1. I am an active member in good standing of a United States Court or of the highest

25

court of another State or the District of Columbia, as indicated above;

26

27

28

---
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

1    2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,

2  to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local

3  Rules and the Alternative Dispute Resolution programs of this Court; and,

4    3. Attorneys who are members of the bar of this Court in good standing and who

5  maintain an office within the State of California have been designated as co-counsel in the above-

6  entitled action. The names, address, and telephone number of those attorneys are:

7            Timothy T. Scott (SBN 126971)
             tscott@sidley.com
8            Geoffrey M. Ezgar (SBN 184243)
             gezgar@sidley.com
9            Paul L. Yanosy (SBN 233014)
             pyanosy@sidley.com
10           SIDLEY AUSTIN LLP
             555 California Street
11           San Francisco, California 94104
             Telephone:    (415) 772-1200
12           Facsimile:    (415) 772-7400

13

14

15           I declare under penalty of perjury that the foregoing is true and correct.

16

17

     NOVEMBER 26, 2007
18   Date                              Nina M. Gussack

19

20

21

22

23

24

25

26

27

28
                                    2