**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Relators,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No. 07-cv-04911-CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALLYSON LANE BACCINI *PRO HAC VICE* |

Allyson Lane Baccini, an active member in good standing of the bars of the States of New Jersey and Pennsylvania, whose business address and telephone number is Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799, Telephone: (215) 981-4781, having applied in the above entitled action for practice in the Northern District of California on a *pro hac vice* basis, representing Eli Lilly and Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Dec. 03, 2007

Hon. Charles R. Breyer
United States District Judge

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ALLYSON LANE BACCINI *PRO HAC VICE*