1 | **Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
2 | **Geoffrey M. Ezgar (SBN 184243)**
**gezgar@sidley.com**
3 | **Paul L. Yanosy (SBN 233014)**
**pyanosy@sidley.com**
4 | **SIDLEY AUSTIN LLP**
**555 California Street**
5 | **San Francisco, California  94104**
**Telephone:      (415) 772-1200**
6 | **Facsimile:       (415) 772-7400**

7 | **Paul E. Kalb, M.D.**
**SIDLEY AUSTIN LLP**
8 | **1501 K Street, N.W.**
**Washington, D.C.  20005**
9 | **Telephone:   (202) 736-8000**
**Facsimile:    (202) 736-8711**
10 |

11 | **Nina M. Gussack**
**Andrew R. Rogoff**
**PEPPER HAMILTON LLP**
12 | **3000 Two Logan Square**
**Eighteenth and Arch Streets**
13 | **Philadelphia, PA  19103-2799**
**Telephone:   (215) 981-4000**
14 | **Facsimile:    (215) 981-4750**

15 | **Attorneys For Defendant**
**ELI LILLY AND COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel*. JAYDEEN VICENTE and JAYDEEN VICENTE Individually, | Case No. 07-cv-04911-CRB |
| | Assigned to: Hon. Charles R. Breyer |
| Relators, | |
| v. | **STIPULATED REQUEST TO CONTINUE HEARING DATE** |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

**STIPULATED REQUEST TO CONTINUE HEARING DATE, CASE NO. 07-CV-04911-CRB**

SF1 1478851v.1

1  WHEREAS, the hearing date on the three pending motions in this case – Lilly's Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand – is set for December 7, 2007;

3  WHEREAS, Andrew R. Rogoff of Pepper Hamilton LLP in Philadelphia, Pennsylvania (*pro hac vice* application pending), one of the attorneys for Lilly who will be arguing one of the motions, will be unable to attend a December 7, 2007 hearing due to a death in his family;

WHEREFORE, the parties, by and through their respective undersigned counsel, respectfully request the Court to continue the hearing date on Lilly's Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand from December 7, 2007 to the Court's first-available date, if possible in the month of December.

Dated: December 4, 2007            SIDLEY AUSTIN LLP


By: /s/ Timothy T. Scott

Attorneys For Defendant
ELI LILLY AND COMPANY

Dated: December 4, 2007            HERSH & HERSH


By: /s/ Mark Burton

Attorneys For
Plaintiffs

*Filer's Attestation*: Timothy T. Scott hereby attests that concurrence in the filing of this document has been obtained from all signatories.