1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
3  Paul L. Yanosy (SBN 233014)
   pyanosy@sidley.com
4  **SIDLEY AUSTIN LLP**
   555 California Street
5  San Francisco, California  94104
   Telephone:      (415) 772-1200
6  Facsimile:       (415) 772-7400

7  Paul E. Kalb, M.D.
   **SIDLEY AUSTIN LLP**
8  1501 K Street, N.W.
   Washington, D.C.  20005
9  Telephone:      (202) 736-8000
   Facsimile:       (202) 736-8711
10
   Nina M. Gussack
11 Andrew R. Rogoff
   **PEPPER HAMILTON LLP**
12 3000 Two Logan Square
   Eighteenth and Arch Streets
13 Philadelphia, PA  19103-2799
   Telephone:      (215) 981-4000
14 Facsimile:       (215) 981-4750

15 Attorneys For Defendant
   **ELI LILLY AND COMPANY**

16
17                        UNITED STATES DISTRICT COURT
18                       NORTHERN DISTRICT OF CALIFORNIA
19                             SAN FRANCISCO DIVISION

20 | STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, ) | Case No. 07-cv-04911-CRB |
   |---|---|
21 |  | Assigned to: Hon. Charles R. Breyer |
22 | Relators, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE** |
23 | v. |  |
24 |  |  |
25 | ELI LILLY AND COMPANY, |  |
26 | Defendant. |  |
27 |  |  |
28

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE
CASE NO. 07-CV-04911-CRB**

SF1 1478968v.1

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing dates on

2  Lilly's Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand be continued to

3  _____ at _____.

4  Dated:        December ____, 2007        _____

5                                                  Honorable Charles Breyer
United States District Judge

---

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE
CASE NO. 07-CV-04911-CRB**

SF1 1478968v.1