1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Geoffrey M. Ezgar (SBN 184243)**
   **gezgar@sidley.com**
3  **Paul L. Yanosy (SBN 233014)**
   **pyanosy@sidley.com**
4  **SIDLEY AUSTIN LLP**
   **555 California Street**
5  **San Francisco, California  94104**
   **Telephone:         (415) 772-1200**
6  **Facsimile:          (415) 772-7400**

7  **Paul E. Kalb, M.D.**
   **SIDLEY AUSTIN LLP**
8  **1501 K Street, N.W.**
   **Washington, D.C.  20005**
9  **Telephone:    (202) 736-8000**
   **Facsimile:     (202) 736-8711**
10

   **Nina M. Gussack**
11 **Andrew R. Rogoff**
   **PEPPER HAMILTON LLP**
12 **3000 Two Logan Square**
   **Eighteenth and Arch Streets**
13 **Philadelphia, PA  19103-2799**
   **Telephone:    (215) 981-4000**
14 **Facsimile:     (215) 981-4750**

15 **Attorneys For Defendant**
   **ELI LILLY AND COMPANY**
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually, <br><br>           Relators, <br><br>     v. <br><br> ELI LILLY AND COMPANY, <br><br>           Defendant. | Case No. 07-cv-04911-CRB <br><br> Assigned to: Hon. Charles R. Breyer <br><br> ~~[PROPOSED]~~ **ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE** |

---

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE**
**CASE NO. 07-CV-04911-CRB**

SF1 1478968v.1

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing dates on

2  Lilly's Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand be continued to

3  12/21/07 at 10:00 a.m.

4  Dated:          December 5, 2007          _____

5                                                              Honorable Charles Breyer
                                                               United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE
CASE NO. 07-CV-04911-CRB

SF1 1478968v.1