**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 13, 2008

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: CV 07-04911 CRB  STATE OF CA ex rel JAYDEEN VICENTE-v-ELI LILLY AND CO.
    MDL 1596   Your case no. 1:08-cv-00600 (JBW)(RLM)

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record